UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL AND JOYCE HALLORAN, KENNETH AND VICTORIA MASCIOVECCHIO, STEVEN AND PATRICIA BROZEK, MICHAEL DYER, MICHAEL AND SUE ANN FURLONG, MARK AND CAROLYN MCKINNEY, KELLY LUXENBERG, DONALD AND NANCY POULIN, DAVID AND PATRICIA KANDRYSAWTZ, MARK AND FELICE PAWELCYZK, PETER AND PAULA LAVALLEY, STANLEY ZAREMBA, AND ROBERT AND JODI MANSFIELD, Individually and on behalf of those similarly situated, <br><br> PLAINTIFFS, <br><br> V. <br><br> HARLEYSVILLE PREFERRED INSURANCE CO., HARLEYSVILLE WORCESTER INSURANCE CO., HOMESITE INSURANCE CO., THE HANOVER INSURANCE CO., AMERICAN MODERN HOME INSURANCE CO., ACE AMERICAN INSURANCE COMPANY, UNITED SERVICES AUTOMOBILE ASSOC., CALIFORNIA CASUALTY INDEMNITY EXCH., AMICA MUTUAL INSURANCE CO., ELECTRIC INSURANCE CO., CHUBB NATIONAL INSURANCE CO., AMERICAN AUTOMOBILE ASSOC., STATE FARM FIRE & CASUALTY CO., NATIONWIDE PROPERTY & CASUALTY INSURANCE CO., FOREMOST PROPERTY AND CASUALTY INSURANCE CO., METROPOLITAN PROPERTY AND CASUALTY INSURANCE CO., KEMPER INDEPENDENCE | DOCKET NO. 3:16-CV-00133-VAB <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> MAY 6, 2016 |

INSURANCE CO., ALLSTATE INSURANCE CO., FIREMAN'S FUND INSURANCE CO., SAFECO INSURANCE COMPANY OF AMERICA, HARTFORD INSURANCE CO. OF THE MIDWEST, HARTFORD CASUALTY INSURANCE CO., EMPLOYERS MUTUAL CASUALTY CO., AMERICAN INSURANCE CO., AIG PROPERTY CASUALTY CO., LIBERTY MUTUAL FIRE INSURANCE CO., CINCINNATI INSURANCE CO., HORACE MANN INSURANCE CO., UNIVERSAL NORTH AMERICA INSURANCE CO., ARMED FORCES INSURANCE EXCH., 21ST CENTURY PREMIER INSURANCE CO., AMERICAN STRATEGIC INSURANCE CORP., GREAT NORTHERN INSURANCE CO., VIGILANT INSURANCE CO., LIBERTY INSURANCE CORP., GENERAL INSURANCE COMPANY OF AMERICA, USAA CASUALTY INSURANCE CO., BANKERS STANDARD INSURANCE CO., FEDERAL INSURANCE CO., MASSACHUSETTS HOMELAND INSURANCE CO., NATIONWIDE MUTUAL FIRE INSURANCE CO., PATRONS MUTUAL INSURANCE COMPANY OF CONNECTICUT, METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE CO., MASSACHUSETTS BAY INSURANCE CO., PROPERTY AND CASUALTY INSURANCE CO. OF HARTFORD, UTICA FIRST INSURANCE CO., MERRIMACK MUTUAL FIRE INSURANCE CO., AMERICAN COMMERCE INSURANCE CO., VERMONT MUTUAL INSURANCE CO., QUINCY MUTUAL FIRE INSURANCE CO., NATIONAL GRANGE MUTUAL INSURANCE CO., ASSOCIATED INDEMNITY CORP., PRIVILEGE UNDERWRITERS RECIPROCAL EXCH., CSAA FIRE & CASUALTY INSURANCE CO.,  PACIFIC SPECIALTY INSURANCE CO., UNION MUTUAL FIRE INSURANCE

CO., CENTRAL MUTUAL INSURANCE
CO., BUNKER HILL INSURANCE CO.,
CITIZENS INSURANCE CO. OF AMERICA,
TRUCK INSURANCE EXCH.,
IDS PROPERTY CASUALTY INSURANCE
CO., USAA GENERAL INDEMNITY CO.,
CAMBRIDGE MUTUAL FIRE INSURANCE
CO., PACIFIC INDEMNITY CO.,
NATIONWIDE GENERAL INSURANCE CO.,
TOWER INSURANCE CO. OF NEW YORK,
GENERAL CASUALTY CO.
OF WISCONSIN, PROVIDENCE MUTUAL
FIRE INSURANCE CO., REPUBLIC-
FRANKLIN INSURANCE CO.,
ECONOMY PREMIER ASSURANCE CO.,
LM INSURANCE CORP., ENCOMPASS
INDEMNITY CO., ENCOMPASS
INSURANCE CO. OF AMERICA, ALLSTATE
PROPERTY AND CASUALTY INSURANCE
CO., ALLSTATE INDEMNITY CO.,
AMERICAN BANKERS INSURANCE CO.
OF FLORIDA, FARM FAMILY CASUALTY
INSURANCE CO., UNITRIN PREFERRED
INSURANCE CO., TWIN CITY FIRE
INSURANCE CO., STILLWATER
PROPERTY AND CASUALTY
INSURANCE CO., FOREMOST INSURANCE
CO. GRAND RAPIDS MI, NATIONAL
SURETY CORP., TEACHERS INSURANCE
CO., GRAPHIC ARTS MUTUAL INS. CO.,
INTEGON NATIONAL INSURANCE CO.,
PRAETORIAN INSURANCE CO., CASCO
INDEMNITY CO.; UNITRIN DIRECT
PROPERTY & CASUALTY CO., AEGIS
SECURITY INSURANCE CO., AFFILIATED
FM INSURANCE CO., MERASTAR
INSURANCE CO., PHARMACISTS MUTUAL
INSURANCE CO., UTICA MUTUAL
INSURANCE CO., ONEBEACON
AMERICAN INSURANCE CO., VALLEY
FORGE INSURANCE CO., BALBOA
INSURANCE CO., HINGHAM MUTUAL
FIRE INSURANCE CO., DANBURY
INSURANCE CO., SENTRY INSURANCE A
MUTUAL CO., BEDIVERE INSURANCE

CO., AIU INSURANCE CO., COUNTRYWAY INSURANCE CO., INDEMNITY INSURANCE CO. OF NORTH AMERICA, ACE FIRE UNDERWRITERS INSURANCE CO., MERITPLAN INSURANCE CO., INSURANCE CO. OF NORTH AMERICA, STONINGTON INSURANCE CO., CONTINENTAL CASUALTY CO., MIDDLESEX INSURANCE CO., PEERLESS INSURANCE CO., AMERICAN STATES INS. CO., TRAVELERS HOME & MARINE INS. CO., STANDARD FIRE INS. CO., MIDDLESEX MUTUTAL ASSURANCE CO., NEW LONDON CNTY MUTUAL INS. CO., COVENANT INS. CO., TRAVELERS IND. CO. OF AMERICA, TRAVELERS PERSONAL SECURITY INS. CO., SENTINEL INS. CO. LTD., TRUMBULL INS. CO., AUTOMOBILE INS. CO. OF HARTFORD CT., HARTFORD INS. CO. OF THE SOUTHEAST, HARTFORD ACCIDENT & INDEMNITY CO., HARTFORD UNDERWRITERS INS, CO., HARTFORD FIRE INS. COMPANY; UNITED SERVICES AUTOMOBILE ASSOCIATION, THE TRAVELERS COMPANIES; MAPFRE INSURANCE COMPANY; MAIN STREET AMERICA ASSURANCE GROUP.

                DEFENDANTS.

## MOTION FOR LEAVE TO AMEND
## PURSUANT TO RULE 15(a)

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiffs move for leave of the Court to amend its First Amended Complaint as follows:

a)     By adding Plaintiffs;

    1)     Donald and Nancy Poulin;

    2)     Mark and Carolyn McKinney;

      3)    Peter and Paula Lavalley;

      4)    David and Patricia Kandyswartz;

      5)    Kelly and Geoff Luxenberg;

      6)    Mark and Felice Pawelczyk;

      7)    Stanley Zaremba;

      8)    Michael and Sue Ann Furlong; and

      9)    Robert and Jodi Mansfield.

b)    By adding Defendants;

      1)    United Services Automobile Association;

      2)    The Travelers Companies;

      3)    Mapfre Insurance Company; and

      4)    Main Street America Assurance Group.

c)    By eliminating Defendants;

      1)    First American Property and Casualty Insurance Co,;

      2)    Aspen American Insurance Co.; and

      3)    Insurance Services Office Inc.

d)    By adding causes of action for;

      1)    Additonal Breach of Contract Claims; and

      2)    Claims for Breach of Implied Covenant and Fair Dealing.

THE PLAINTIFFS:


By  /s/
   Ryan P. Barry (ct21683)
   Barry & Barall, LLC
   202 West Center Street
   Manchester, CT  06040
   (860) 649-4400
   (860) 645-7900
   rbarry@barryandbarall.com


By  /s/
   Anthony Spinella, Jr. (ct29782)
   Barry & Barall, LLC
   202 West Center Street
   Manchester, CT  06040
   (860) 649-4400
   (860) 645-7900
   anthony@barryandbarall.com

THEIR ATTORNEYS