IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL AND JOYCE HALLORAN, et al., Individually and on behalf of those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>HARLEYSVILLE PREFERRED INSURANCE CO., et al.<br><br>    Defendants. | NO.: 3:16-cv-00133-VAB<br><br><br><br><br><br><br><br><br><br><br><br>JUNE 9, 2016 |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 7(e), Defendant 21st Century (21st Century) moves this Honorable Court to allow Attorney Aubrey E. Blatchley of Locke Lord LLP leave to withdraw as counsel of record for 21st Century in this action. The withdrawal of Attorney Blatchley and the firm Locke Lord LLP as counsel for 21st Century will neither prejudice the Plaintiff nor delay the proceedings in this cause because 21st Century has substitute counsel who has already appeared on its behalf in these proceedings and, as such, withdrawal is in the interest of justice. In support of this motion, 21st Century avers as follows:

1. Stephen R. Klaffky of Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC filed his notice of appearance in this case on behalf of 21st Century on May 19, 2016 and will continue handling the defense of 21st Century. *See* Notice of Appearance of Stephen R. Klaffky, Docket Entry No. 301.

AM 58104051.1

2.      Allowing the withdrawal of Attorney Blatchley as counsel for 21st Century will neither delay these proceedings nor prejudice any party.

WHEREFORE, Defendant 21st Century respectfully requests the Court enter an order granting this Motion to Withdraw as Counsel for 21st Century.

Respectfully Submitted,

By: /s/Aubrey E. Blatchley
Aubrey E. Blatchley (ct26578)
Locke Lord LLP
20 Church Street, 20th Floor
Hartford, CT 06103
Phone: (860) 525-5065
Fax: (860) 527-4198
Email: aubrey.blatchley@lockelord.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2016 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System. A copy of this Motion was also served by certified mail/return receipt requested on the following:

Michelle Sherman
Sr. Corporate Counsel - Litigation
Corporate Legal Department
Farmers Group, Inc.
6301 Owensmouth Ave., 3rd Floor
Woodland Hills, CA 91367
***On behalf of 21st Century Insurance Co.***

                                                    */s/ Aubrey E. Blatchley*
                                                    Aubrey E. Blatchley