UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL AND JOYCE HALLORAN, ET AL.,<br><br>                Plaintiffs,<br><br>v.<br><br>HARLEYSVILLE PREFERRED INSURANCE COMPANY, ET AL.<br><br>                Defendants. | CIVIL ACTION NO: 3:16-CV-00133-VAB<br><br><br><br><br><br>OCTOBER 13, 2016 |

## JOINT MOTION FOR MODIFICATION OF CASE SCHEDULE

Plaintiffs Michael and Joyce Halloran et al., and the undersigned Defendants hereby jointly move for modification of the case schedule, as set forth more fully below, for the following reasons:

1.      Plaintiffs intend to move for leave to file a Third Amended Complaint, which Plaintiffs contemplate will drop defendants that to Plaintiffs' knowledge have no contractual relationship with a named plaintiff, add additional named plaintiffs and causes of action on their behalf, and possibly add additional claims on behalf of existing plaintiffs.

2.      The undersigned Defendants are reserving all of their rights, including without limitation the right to oppose leave to amend if they deem appropriate after receiving Plaintiffs' motion for leave. The undersigned Defendants nevertheless do not wish to incur additional legal fees preparing responses to the Second Amended Complaint given Plaintiffs' intention to move for leave to file a proposed third amended complaint.

Accordingly, Plaintiffs and the undersigned Defendants hereby jointly request that the Court enter an order that:

14556395-v1

      a.      Plaintiffs may file a motion for leave to file a Third Amended Complaint by October 31, 2016. Defendants will respond to that motion within the 21-day period provided for in the Local Rules.

      b.      Defendants' obligations to file responsive pleadings directed to the current Second Amended Complaint are stayed pending a ruling on the motion for leave to file a Third Amended Complaint. Upon issuance of the Court's ruling on the motion for leave, Defendants shall have 30 days thereafter to respond to the current Second Amended Complaint, or to the Third Amended Complaint, as the case may be.  All other proceedings in this case are stayed until further order of the Court.

**Plaintiffs Michael and Joyce Halloran, et al., individually and on behalf of those similarly situated,**

By:    /s/ Ryan P. Barry_____
Ryan P. Barry (ct21683)
Anthony Spinella, Jr. (ct29782)
Barry & Barall, LLC
202 West Center Street
Manchester, CT 06040
Tel. (860) 649-4400
Fax (860) 645-7900
rbarry@barryandbarall.com

| | |
|---|---|
| */s/ Richard L. Fenton*<br>Richard L. Fenton, phv08139<br>Mark L. Hanover, phv08143<br>Kristen C. Rodriguez, phv08145<br>DENTONS US LLP<br>233 S. Wacker Dr., Ste. 5900<br>Chicago, IL 60606<br>T:  (312) 876-8000<br>F:  (312) 876-7934<br>richard.fenton@dentons.com<br>mark.hanover@dentons.com<br>kristen.rodriguez@dentons.com<br><br><br>/s/ Elizabeth Flynn, CT03472<br>FITZHUGH & MARIANI LLP<br>155 Federal St., Ste. 1700<br>Boston, MA 02110-1727<br>T:  (617) 695-2330<br>F:  (617) 965-2335<br>eflynn@fitzhughlaw.com<br><br>*Attorneys for Allstate Indemnity Company, Allstate Insurance Company of America, Allstate Property and Casualty Insurance Company, Encompass Indemnity Company, and Encompass Insurance Company of America and Patrons Mutual Insurance Company of Connecticut* | */s/ Wystan M. Ackerman*<br>Wystan M. Ackerman (ct24090)<br>E-mail: wackerman@rc.com<br>Jessica A.R. Hamilton (ct29702)<br>E-mail: jhamilton@rc.com<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>Tel. No.: (860) 275-8200<br>Fax No.: (860) 275-8299<br><br>*Attorneys for Defendants The Hanover Insurance Company, Massachusetts Bay Insurance Company, Citizens Insurance Company of America, Electric Insurance Company, United Services Automobile Association, USAA Casualty Insurance Company, USAA General Indemnity Company, Horace Mann Insurance Company, Teachers Insurance Company, General Casualty Company of Wisconsin, Praetorian Insurance Company, Balboa Insurance Company, Meritplan Insurance Company, Stonington Insurance Company, Quincy Mutual Fire Insurance Company, ACE American Insurance Company, Chubb National Insurance Company, Great Northern Insurance Company, Vigilant Insurance Company, Bankers Standard Insurance Company, Federal Insurance Company, Pacific Indemnity Company, Indemnity Insurance Company of North America, ACE Fire Underwriters Insurance Company, Insurance Company of North America, Fireman's Fund Insurance Co., American Insurance Co., National Surety Corp., Associated Indemnity Corp., Universal North America Insurance Company, IDS Property Casualty Insurance Company, Farm Family Casualty Insurance Company, Travelers Home and Marine Insurance Company, The Standard Fire Insurance Company, Travelers Indemnity Company of America, Travelers Personal Security Insurance Company and The Automobile Insurance Company of Hartford,* |

3

|  | *Connecticut* |
|---|---|
| */s/ Richard L. Fenton*<br>Richard L. Fenton, phv08139<br>Mark L. Hanover, phv08143<br>Kristen C. Rodriguez, phv08145<br>DENTONS US LLP<br>233 S. Wacker Dr., Ste. 5900<br>Chicago, IL 60606<br>T: (312) 876-8000<br>F: (312) 876-7934<br>richard.fenton@dentons.com<br>mark.hanover@dentons.com<br>kristen.rodriguez@dentons.com<br><br>*Attorneys for Economy Premier Assurance Company, Unitrin Direct Property & Casualty Company, Unitrin Preferred Insurance Company and Merastar Insurance Company* | *s/ Richard L. Fenton*<br>Richard L. Fenton, phv08139<br>Mark L. Hanover, phv08143<br>Kristen C. Rodriguez, phv08145<br>DENTONS US LLP<br>233 S. Wacker Dr., Ste. 5900<br>Chicago, IL 60606<br>T: (312) 876-8000<br>F: (312) 876-7934<br>richard.fenton@dentons.com<br>mark.hanover@dentons.com<br>kristen.rodriguez@dentons.com<br><br>/s/ Daniel P. Scapellati, ct03855<br>HALLORAN & SAGE, LLP<br>225 Asylum Street<br>Hartford, CT 06103<br>T: (860) 522-6103<br>F: (860) 548-0006<br>scapellati@halloransage.com<br><br>*Attorneys for Kemper Independence Insurance Company, Metropolitan Group Property and Casualty Insurance Company, and Metropolitan Property; Casualty Insurance Company* |
| UNION MUTUAL FIRE INSURANCE COMPANY; AND VERMONT MUTUAL INSURANCE COMPANY<br><br>BY:  /s/ Stuart G. Blackburn<br>    Stuart G. Blackburn (ct00686)<br>    *sgb@blackburnohara.com*<br>    Derek E. Donnelly (ct28922)<br>    *dd@blackburnohara.com*<br>    Blackburn & O'Hara, LLC<br>    Two Concorde Way<br>    P.O. Box 608<br>    Windsor Locks, CT 06096<br>    Tel. (860) 292-1116<br>    Fax (860) 292-1221 | DEFENDANT PACIFIC SPECIALTY INSURANCE COMPANY<br><br>By     /s/ Michele C. Wojcik<br>Michele C. Wojcik<br>Federal Bar No: ct 20903<br>NUZZO & ROBERTS, L.L.C.<br>One Town Center<br>P.O. Box 747<br>Cheshire, Connecticut 06410<br>Tel: 203-250-2000<br>Fax: 203-250-3131<br>mwojcik@nuzzo-roberts.com |

| | |
|---|---|
| Their Attorneys | |
| DEFENDANTS,<br>HARLEYSVILLE PREFERRED INSURANCE CO., HARLEYSVILLE WORCESTER INSURANCE CO., NATIONWIDE PROPERTY & CASUALTY INSURANCE CO., NATIONWIDE MUTUAL FIRE INSURANCE CO., NATIONWIDE GENERAL INSURANCE<br><br>By: /s/ Daniel M. Blouin<br>Daniel M. Blouin, #ct29984<br>Seyfarth Shaw LLP<br>131 South Dearborn, 24th Floor<br>Chicago, IL 60603<br>Tel:  312-460-5000<br>Fax: 312-460-7000<br>Email:  dblouin@seyfarth.com | */s/ Timothy R. Scannell*<br>Timothy R. Scannell (ct28847)<br>Boyle, Shaughnessy & Campo, P.C.<br>280 Trumbull Street, 22nd Floor<br>Hartford, CT 06103<br>T: (860) 952-9800<br>F: (860) 278-7757<br>Email: tscannell@bsctrialattorneys.com<br><br>-and-<br><br>*/s/ Ashley A. Noel*<br>Ashley A. Noel (phv08157)<br>Boyle, Shaughnessy & Campo, P.C.<br>280 Trumbull Street, 22nd Floor<br>Hartford, CT 06103<br>T: (860) 952-9800<br>F: (860) 278-7757<br>Email: anoel@bsctrialattorneys.com<br><br>*Attorneys for Defendants Armed Forces Insurance Exchange and Covenant Insurance company* |
| */s/ Matthew C. Wagner*<br>Jonathan P. Whitcomb (ct15014)<br>jwhitcomb@dmoc.com<br>Matthew C. Wagner (ct25926)<br>mwagner@dmoc.com<br>Diserio Martin O'Connor & Castiglioni LLP<br>One Atlantic Street<br>Stamford, Connecticut 06901<br>Tel. (203) 358-0800<br>Fax (203) 348-2321<br><br>*Attorneys for Privilege Underwriters Reciprocal Exchange* | */s/ Lawrence J. Klein*<br>Lawrence J. Klein (ct 04067)<br>Marc E. Haas (phv 08041)<br>SEDGWICK LLP<br>225 Liberty Street, 28th<br>New York, New York 10281-1008<br>Tel: 212.422.0202<br>Fax: 877.543.9170<br>lawrence.klein@sedgwicklaw.com<br>marc.haas@sedgwicklaw.com<br><br>*Attorneys for Defendants<br>AIU Insurance Company and<br>AIG Property Casualty Company* |

| | |
|---|---|
| DEFENDANTS UTICA MUTUAL INSURANCE CO., GRAPHIC ARTS MUTUAL CO., and REPUBLIC-FRANKLIN INSURANCE CO.<br><br>/s/ Daniel W. Levin<br>**Daniel W. Levin, Esq. (ct11633)**<br>MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN<br>105 Maxess Road - Suite 303<br>Melville, New York 11747<br>Tel. (631) 232-6130<br>Fax (631) 232-6184<br>dwlevin@mdwcg.com<br>-and-<br><br>**James H. Cole, Esquire (phv08048)**<br>MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN<br>10 N. Main Street, 2nd Floor<br>Doylestown, PA 18901<br>Tel. (267) 880-2026<br>Fax (215)-348-5439<br>jhcole@mdwcg.com | FINN DIXON & HERLING LLP<br><br>By: /s/ Michael Q. English (with permission)<br>Michael Q. English (ct29019)<br>Evan I. Cohen (ct29799)<br>177 Broad Street, 15th Floor<br>Stamford, CT 06901-2689<br>Tel: (203) 325-5000<br>Fax: (203) 325-5001<br>E-mail: menglish@fdh.com<br>        ecohen@fdh.com<br><br>Bryce L. Friedman (phv08137)<br>Shannon K. McGovern (phv08138)<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Tel.: 212-455-2000<br>Fax: 212-455-2502<br>E: mail:bfriedman@stblaw.com<br>        smcgovern@stblaw.com<br><br>*Attorneys for Affiliated FM Insurance Company* |
| DEFENDANT,<br>HOMESITE INSURANCE COMPANY<br><br>By:      /s/ Stephen R. Klaffky<br>Judy Y. Barrasso (*pro hac vice*)<br>Stephen R. Klaffky (CT27037)<br>BARRASSO USDIN KUPPERMAN<br>  FREEMAN & SARVER, L.L.C.<br>909 Poydras Street, 24th Floor<br>New Orleans, Louisiana 70112<br>Phone: 504-589-9700<br>Fax: 504-589-9701<br>jbarrasso@barrassousdin.com<br>sklaffky@barrassousdin.com | *s/ Anthony J. Antonellis*<br>Anthony J. Antonellis (ct29323)<br>aantonellis@sloanewalsh.com<br>Matthew J. Kennedy (ct29748)<br>mkennedy@sloanewalsh.com<br>Christopher M. Reilly (admitted PHV)<br>creilly@sloanewalsh.com<br>Sloane & Walsh, LLP<br>Three Center Plaza, 8th Floor<br>Boston, Massachusetts 02108<br>Tel:   617-523-6010<br>Fax:   617-227-0927<br><br>*Attorneys for the Defendant, Amica Mutual Insurance Company* |

6

| | |
|---|---|
| DEFENDANT,<br>21st CENTURY PREMIER INSURANCE COMPANY<br><br>By:      /s/ Stephen R. Klaffky<br>Judy Y. Barrasso (*pro hac vice*)<br>Stephen R. Klaffky (CT27037)<br>BARRASSO USDIN KUPPERMAN<br>  FREEMAN & SARVER, L.L.C.<br>909 Poydras Street, 24th Floor<br>New Orleans, Louisiana 70112<br>Phone: 504-589-9700<br>Fax: 504-589-9701<br>jbarrasso@barrassousdin.com<br>sklaffky@barrassousdin.com | |
| THE DEFENDANTS VALLEY FORGE INSURANCE COMPANY and CONTINENTAL CASUALTY COMPANY<br><br>/s/Darren P. Renner, Esq.<br>Darren P. Renner, Esq. (ct 15901)<br>Keidel Weldon & Cunningham LLP<br>190 Old Ridgefield Road<br>Wilton, CT 06897<br>Phone: (203) 869-2200<br>Fax: (914) 948-7010<br>drenner@kwcllp.com<br><br>-and-<br><br>William P Lalor, Esq. (phv 08046)<br>Visiting Counsel<br>Elenius Frost and Walsh<br>125 Broad Street, 7th Floor<br>New York, NY 10004<br>Phone: (212) 440-2516<br>Fax: (212) 440-2749<br>Email: william.lalor@cna.com<br><br>*Attorney for Continental Casualty Company and Valley Forge Insurance Company* | /s/ Scott T. Ober<br>Scott T. Ober, Esquire<br>sober@hassettanddonnelly.com<br>Hassett & Donnelly, P.C.<br>100 Pearl Street, 11th Floor<br>Hartford, CT 06103<br>(860) 247-0644<br>Juris #432210<br><br>*Attorneys for Defendant NGM Insurance Company* |

7

| | |
|---|---|
| DEFENDANT<br>AMERICAN STRATEGIC INSURANCE CORP.<br><br>  /S/ Greg S, Krieger<br>  Greg S. Krieger<br>  Howard, Kohn, Sprague & FitzGerald, LLP<br>  237 Buckingham Street<br>  Hartford, CT  06126-0896<br>  ph: 860-525-3101<br>  FAX:  860-247-4201<br>  Federal Bar No: ct 25227<br>  EMAIL: gsk@hksflaw.com | American Commerce Insurance Company Bedivere Insurance Company, Central Mutual Insurance Company,  Employers Mutual Casualty Company, Massachusetts Homeland Insurance Company, One Beacon American, Integon National Insurance Company, Middlesex Insurance Company, Sentry Insurance, A Mutual Company,<br>Stillwater Property Casualty Insurance Company and Tower Insurance Company of New York<br><br>s/Michael R. Heller<br>Michael R. Heller<br>Morrison Mahoney LLP<br>Four Stamford Plaza<br>107 Elm Street, Suite 403<br>Stamford, CT  06902<br><br>Michael F.Aylward<br>William A.Schneider<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA  02210 |
| /s/ _Philip T. Newbury, Jr.<br>Philip T. Newbury, Jr.<br>(ct05283)<br>Kieran Leary<br>HOWD & LUDORF, LLC<br>65 Wethersfield Ave.<br>Hartford, CT 06114-1121<br>Tel: (860) 249-1361<br>Fax: (860) 249-7665<br><br>A. Hugh Scott<br>(pvh08031)<br>Robert A. Kole<br>(phv08030)<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>Tel: (617) 248-5000<br>Fax: (617) 248-4000 | /s/ Daniel P. Scapellati<br>Daniel P. Scapellati<br>Federal Bar No. ct03855<br>HALLORAN & SAGE LLP<br>225 Asylum Street<br>Hartford, CT 06103<br>Tel: (860) 522-6103<br>scapellati@halloransage.com<br>Attorney for Countryway Insurance Company |

| | |
|---|---|
| hscott@choate.com<br>rkole@choate.com<br><br>Attorneys for Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, LM Insurance Corporation, General Insurance Company of America, Peerless Insurance Company, SAFECO Insurance Company of America, American States Insurance Company | |
| /s/ Braden H. Farber<br>Braden H. Farber (CT30009)<br>FARBER, BROCKS & ZANE, L.L.P.<br>400 Garden City Plaza, Suite 100<br>Garden City, NY 11530<br>Tel: (516) 739-5100<br>Fax: (516) 739-5103<br>bhfarber@fbzlaw.com<br>Attorney for Utica First Insurance Company | /s/ Jeffrey C. Pingpank<br>Jeffrey C. Pingpank (CT 05235)<br>COONEY, SCULLY, AND DOWLING<br>Hartford Square North<br>Ten Columbus Blvd.<br>Hartford, CT 06106<br>Tel: (860) 527-1141<br>Fax: (860) 247-5215<br><br>Of Counsel:<br>Drew H. Campbell (OH 0047197)<br>BRICKER & ECKLER, LLP<br>100 South Third Street<br>Columbus, OH 43215<br>Tel: (614) 227-2319<br>Fax: (614) 227-2390<br>Admitted *pro hac vice*<br>Attorneys for Defendant Casco Indemnity Company |
| s/ Robert D. Helfand<br>Robert D. Helfand (ct28925)<br>John C. Pitblado (ct25563)<br>CARLTON FIELDS JORDEN BURT, P.A.<br>One State Street, Suite 1800<br>Hartford, Connecticut 0613<br>Tel: (860) 392-5044<br>Fax: (860) 392-5058<br>rhelfand@carltonfields.com<br>jpitblado@carltonfields.com<br>-and-<br>Brooke L. French (449989)<br>CARLTON FIELDS JORDEN BURT, P.A.<br>1201 Peachtree Street NW<br>Suite 3000<br>Atlanta, Georgia 30309<br>Tel: (404) 815-2704<br>Fax: (404) 815-3415 | /s/Peter J. Ponziani<br>Peter J. Ponziani, ct05265<br>Kathleen F. Adams, ct28120<br>LITCHFIELD CAVO LLP<br>82 Hopmeadow Street, Suite 210<br>Simsbury, CT 06089-9694<br>Tel: (860) 413-2800<br>Fax: (860) 413-2801<br>Ponziani@litchfieldcavo.com<br>adamsk@litchfieldcavo.com<br><br>-and-<br><br>s/William J. Kelly III<br>William J. Kelly III, phv08144<br>KELLY & WALKER LLC<br>1512 Larimer Street, Suite 200<br>Denver, CO 80202 |

| | |
|---|---|
| bfrench@carltonfields.com<br><br>Attorneys for Defendant American Bankers Insurance Company of Florida | Tel. (720) 236-1800/Fax. (720) 236-1799<br>Email: wkelly@kellywalkerlaw.com<br><br>Attorneys for Defendant Middlesex Mutual Assurance Company |
| /s/ Michael F. Lettiero<br>Michael F. Lettiero (ct28428)<br>Robert J. Chomiak, Jr. (ct21485)<br>GOLDBERG SEGALLA, LLP<br>100 Pearl Street, Suite 1100<br>Hartford, CT 06103-4506<br>Tel: (860) 760-3300<br>Fax: (860) 760-3301<br>mlettiero@goldbergsegalla.com<br>rchomiak@goldbergsegalla.com<br><br>Daniel W. Gerber (phv08045)<br>GOLDBERG SEGALLA, LLP<br>665 Main Street, Suite 400<br>Buffalo, NY 14203<br>Tel: (716) 566-5400<br>Fax: (716) 566-5401<br>dgerber@goldbergsegalla.com<br><br>Attorneys for Defendants Aegis Security Insurance Company | s/ Mark A. Johnson<br>Mark A. Johnson (phv08065)<br>Rodger L. Eckelberry (phv08077)<br>Robert J. Tucker (phv08078)<br>Andrew E. Samuels (phv08079)<br>BAKER & HOSTETLER LLP<br>Capitol Square, Suite 2100<br>65 East State Street<br>Columbus, OH 43215-4260<br>Tel: (614) 228-1541<br>Fax: (614) 462-2616<br>mjohnson@bakerlaw.com<br>reckelberry@bakerlaw.com<br>rtucker@bakerlaw.com<br>asamuels@bakerlaw.com<br><br>Deborah Etlinger (ct02877)<br>Eric D. Eddy (ct25242)<br>WOLF, HOROWITZ & ETLINGER, LLC<br>99 Pratt Street, Suite 401<br>Hartford, CT 06103<br>Tel: (860) 724-6667<br>Fax: (860) 293-1979<br>detlinger@wolfhorowitz.com<br>eeddy@wolfhorowitz.com<br><br>Counsel for Defendants American Modern Home Insurance Company, California Casualty Indemnity Exchange, and Cincinnati Insurance Company |
| DEFENDANT,<br>PROVIDENCE MUTUAL FIRE INSURANCE COMPANY<br><br>By:_____/s/Tara L. Trifon_____<br>Tara L. Trifon (ct28415)<br>Locke Lord LLP<br>20 Church Street, 20th Floor<br>Hartford, CT 06103<br>Phone: (860) 525-5065<br>Fax: (860) 527-4198<br>Email: tara.trifon@lockelord.com | HARTFORD INSURANCE COMPANY OF THE MIDWEST; HARTFORD CASUALTY INSURANCE COMPANY; PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD; TWIN CITY FIRE INSURANCE COMPANY; SENTINEL INSURANCE COMPANY, LTD.; TRUMBULL INSURANCE COMPANY; HARTFORD INSURANCE COMPANY OF THE SOUTHEAST; HARTFORD ACCIDENT AND INDEMNITY COMPANY; HARTFORD |

| | |
|---|---|
| *Attorney for Defendant Providence Mutual Fire Insurance Co.* | UNDERWRITERS INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; BUNKER HILL INSURANCE COMPANY; HINGHAM MUTUAL FIRE INSURANCE COMPANY; DANBURY INSURANCE COMPANY; AND NEW LONDON COUNTY MUTUAL INSURANCE COMPANY<br><br>By:  s/Thomas O. Farrish<br>    Thomas O. Farrish (ct26917)<br>    tofarrish@daypitney.com<br>    John W. Cerreta (ct28919)<br>    jcerreta@daypitney.com<br>    Daniel J. Raccuia (ct29535)<br>    draccuia@daypitney.com<br>    Day Pitney LLP<br>    242 Trumbull St.<br>    Hartford, Connecticut 06103-3499<br>    (860) 275-0100<br>    (860) 275-0343 (fax)<br><br>    -and-<br><br>    Michael P. Mullins (ct29746)<br>    mmullins@daypitney.com<br>    Day Pitney LLP<br>    One International Place<br>    Boston, MA 02110<br>    (617) 345-4600<br>    (617) 345-4745 (fax)<br><br>    Their Attorneys |
| FOREMOST PROPERTY AND CASUALTY INSURANCE, CO., FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, AND TRUCK INSURANCE EXCHANGE<br><br>By:   */s/Aubrey E. Blatchley*<br>    Aubrey E. Blatchley (ct26578)<br>    Locke Lord LLP<br>    20 Church Street, 20th Floor | */s/ Karen L. Karpie*<br>Karen L. Karpie (Bar No. CT 04269)<br>Robert J. Sickinger (Bar No. CT 18425)<br>MURPHY AND KARPIE, LLC<br>350 Fairfield Avenue, Suite 408<br>Bridgeport, Connecticut 06604<br>Tel: (203) 333-0177<br>Fax: (203) 333-8475<br>E-mail: karpie@murphykarpie.com |

11

| | |
|---|---|
| Hartford, CT 06103<br><br>Phone: (860) 525-5065<br>Fax: (860) 527-4198<br>Email: aubrey.blatchley@lockelord.com<br><br>Randall A. Hack<br>Brian I. Hays (admitted pro hac vice)<br>Locke Lord LLP<br>111 S. Wacker Dr.<br>Chicago, IL 60606<br>Phone: (312) 443-1707<br>Fax: (312) 896-6707<br>Email: bhays@lockelord.com | E-mail: sickinger@murphykarpie.com<br><br>-and-<br><br>Douglas W. Dunham (Bar No. PHV 08028)<br>Guyon H. Knight (Bar No. PHV 08029)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100<br>E-mail: douglasdunham@quinnemanuel.com<br>E-mail: guyonknight@quinnemanuel.com<br><br>*Attorneys for Defendant State Farm Fire & Casualty Company* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2016, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

    /s/ Wystan M. Ackerman