UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL AND JOYCE HALLORAN, PHIL BASQUIAT AND AMY SOMERVILLE, PATRICIA AND STEVEN BROZEK, MICHAEL DYER, DONNA FRANKENBERG, MICHAEL AND SUE ANN FURLONG, JACQUELINE GRIBBON, DAVID AND PATRICIA KANDRYSAWTZ, PETER AND PAULA LAVALLEY, ALFRED AND JEANNETTE LESPERANCE, ALFRED J. AND JEANNETTE G. LESPERANCE, TRUSTEES OF THE LESPERANCE FAMILY LIVING TRUST, GEOFFREY AND KELLY LUXENBERG, SCOTT AND DEBORAH MACGLAFLIN, ROBERT AND JODI MANSFIELD, KENNETH AND VICTORIA MASCIOVECCHIO, MARK AND CAROLYN MCKINNEY, KATHY NOBLET, DAWN L. NORRIS, MARK AND FELICE PAWELCYZK, DONALD AND NANCY POULIN, STEVEN AND COLLEEN SWART, MARY LOU THIELING, AND STANLEY ZAREMBA, | DOCKET NO. 3:16-CV-00133-VAB |
| Individually and on behalf of those similarly-situated, | |
| PLAINTIFFS, | |
| V. | |
| HARLEYSVILLE PREFERRED INSURANCE CO., AIG PROPERTY CASUALTY CO., ALLSTATE INSURANCE CO., AMERICAN COMMERCE INSURANCE CO., AMICA MUTUAL INSURANCE CO., BUNKER HILL INSURANCE CO., CITIZENS INSURANCE COMPANY OF AMERICA, CSAA FIRE & CASUALTY INSURANCE COMPANY, FIDELITY AND GUARANTY INSURANCE COMPANY, GOVERNMENT EMPLOYEES INSURANCE COMPANY, HOMESITE INSURANCE CO., KEMPER | OCTOBER 31, 2016 |

1

| | |
|---|---|
| INDEPENDENCE INSURANCE CO., LIBERTY MUTUAL INSURANCE COMPANY, MAPFRE INSURANCE COMPANY; MERRIMACK MUTUAL FIRE INSURANCE CO., METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE CO., MIDDLESEX MUTUAL ASSURANCE CO., NGM INSURANCE COMPANY, NATIONWIDE PROPERTY & CASUALTY INSURANCE CO., NEW LONDON COUNTY MUTUAL INS. CO., PEERLESS INSURANCE CO., SAFECO INSURANCE COMPANY OF AMERICA, STANDARD FIRE INS. CO., STATE FARM FIRE & CASUALTY CO., THE ANDOVER COMPANIES, THE AUTOMOBILE INS. CO. OF HARTFORD, CONNECTICUT, THE TRAVELERS COMPANIES, TRAVELERS HOME & MARINE INS. CO., TRAVELERS IND. CO. OF AMERICA, TRUMBULL INS. CO., DEFENDANTS. | |

## MOTION FOR LEAVE TO AMEND AND FOR PERMISSIVE JOINDER

Pursuant to Fed. R. Civ. P. Rules 15(a) and 20 and this Court's Order [ECF No. 326], the Plaintiffs, Michael and Joyce Halloran, Stephen and Patricia Brozek, Kenneth and Victoria Masciovecchio, and Michael Dyer ("Plaintiffs") hereby move for permission to file a Third Amended Complaint and for Permissive Joinder of plaintiffs and defendants therein. The proposed Third Amended Complaint, a copy of which is attached at **Exhibit A**, adds 19 new plaintiffs[1] who, like Plaintiffs, own homes in Hartford, Tolland or Windham Counties in Connecticut. Each of their homes has basement walls that have suffered a direct physical loss.

---

[1] Phil Basquiat and Amy Somerville; Donna Frankenberg; Michael and Sue Ann Furlong; Jaqueline Gribbon; David and Patricia Kandrysawtz; Peter and Paula LaValley; Alfred and Jeanette Lesperance; Alfred J. and Jeannette G. Lesperance, Trustees of The Lesperance Family Living Trust; Geoffrey and Kelly Luzenberg; Scott and Deborah MacGlaflin; Robert and Jodi Mansfield; Mark and Carolyn McKinney; Kathy Noblet; Dawn Norris; Mark and Felice Pawelcyzk; Donald and Nancy Poulin; Steven and Colleen Swart; Mary Lou Thieling; and Stanley Zaremba.

2

Each has basement walls in a state of collapse because they were built with concrete containing deleterious iron sulfide minerals. The oxidation (rusting) of these minerals, some of which are pyrrhotite, pyrite, and marcasite, produces a chemical reaction that causes the concrete to swell and crack and the concrete paste to break down. This is a continuous and irreversible condition. Ultimately, the new plaintiffs' homes will fall into their basements.

The new plaintiffs have filed claims for coverage with their insurance companies. Some of these claims have been denied while others are being reviewed by insurance companies who know they will reject them anyway. The new plaintiffs assert claims for breach of contract.

The proposed Third Amended Complaint also adds new defendants[2] that either issued homeowners insurance policies to the new plaintiffs or the existing Plaintiffs. Additionally, as indicated in the parties' Joint Motion for Modification of Case Schedule [ECF No. 325], the proposed Third Amended Complaint drops defendants that to Plaintiffs' knowledge have no contractual relationship with a named plaintiff. As of April 8, 2016, the Plaintiffs had named a total of 127 Defendants in this case. See ECF No. 241 (Defendants' Memorandum of Law In Support of Certain Defendants' Non-Consented Motion for Entry of Proposed Case Management Plan). The proposed Third Amended Complaint reduces the total number of defendants to 30.[3]

---

[2] Fidelity and Guaranty Insurance Company; Government Employees Insurance Company; Liberty Mutual Insurance Company; and The Andover Companies.

[3] Harleysville Preferred Insurance Company; AIG Property Casualty Company; Allstate Insurance Company; American Commerce Insurance Company; Amica Mutual Insurance Company; Bunker Hill Insurance Company; Citizens Insurance Company of America; CSAA Fire & Casualty Insurance Company; Fidelity and Guaranty Insurance Company; Government Employees Insurance Company; Homesite Insurance Company; Kemper Independence Insurance Company; Liberty Mutual Insurance Company; MAPFRE Insurance Company; Merrimack Mutual Fire Insurance Company; Metropolitan Group Property and Casualty Insurance Company; Middlesex Mutual Assurance Company; NGM Insurance Company; Nationwide Property and Casualty Insurance Company; New London County Mutual Insurance Company; Peerless Insurance Company; Safeco Insurance Company of America; Standard Fire Insurance Company State Farm Fire & Casualty Company; The Andover Companies; The Automobile Insurance Company of Hartford, Connecticut; The Travelers Companies; The Travelers Home & Marine Insurance Company; Travelers Indemnity Company of America; and Trumbull Insurance Company.

Finally, the proposed Third Amended Complaint adds additional claims on behalf of existing Plaintiffs. [Id.].

Plaintiffs submit a memorandum of law and a proposed Third Amended Complaint in support of their Motion.

WHEREFORE, Plaintiffs move for permission to amend their complaint and add plaintiffs and defendants as described herein.

THE PLAINTIFFS:

By   /s/ Ryan P. Barry
    Ryan P. Barry (ct21683)
    Anthony Spinella, Jr. (ct29782)
    Barry & Barall, LLC
    202 West Center Street
    Manchester, CT 06040
    (860) 649-4400
    (860) 645-7900
    Email:  rbarry@barryandbarall.com
    Email:  anthony@barryandbarall.com

By   /s/ Elizabeth J. Stewart
    Elizabeth J. Stewart (ct01316)
    Melissa A. Federico (ct28278)
    Murtha Cullina LLP
    265 Church Street
    New Haven, CT 06510
    Telephone:  203.772.7700
    Facsimile:  203.772.7723
    Email:  estewart@murthalaw.com
           mfederico@murthalaw.com

THEIR ATTORNEYS

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2016, a copy of the foregoing Motion for Leave To Amend and For Permissive Joinder was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Elizabeth J. Stewart
Elizabeth J. Stewart