UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL AND JOYCE HALLORAN, ET AL.,<br><br>            Plaintiffs,<br><br>    v.<br><br>HARLEYSVILLE PREFERRED INSURANCE COMPANY, ET AL.<br><br>            Defendants. | CIVIL ACTION NO: 3:16-CV-00133-VAB<br><br><br><br><br>APRIL 21, 2017 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby give notice that all claims alleged against all of the following defendants are hereby dismissed without prejudice:

21ST CENTURY PREMIER INSURANCE COMPANY
ACE AMERICAN INSURANCE COMPANY
ACE FIRE UNDERWRITERS INSURANCE CO.
AEGIS SECURITY INSURANCE CO.
AFFILIATED FM INSURANCE CO.
AIU INSURANCE CO.
ALLSTATE INDEMNITY CO.
ALLSTATE PROPERTY AND CASUALTY INSURANCE CO.
AMERICAN AUTOMOBILE ASSOC.
AMERICAN BANKERS INSURANCE CO. OF FLORIDA
AMERICAN INSURANCE CO.
AMERICAN MODERN HOME INSURANCE CO.
AMERICAN STATES INS. CO.
AMERICAN STRATEGIC INSURANCE CORP.
ARMED FORCES INSURANCE EXCH.
ASSOCIATED INDEMNITY CORP.
BALBOA INSURANCE CO.
BANKERS STANDARD INSURANCE CO.
BEDIVERE INSURANCE CO.
CALIFORNIA CASUALTY INDEMNITY EXCH.
CAMBRIDGE MUTUAL FIRE INSURANCE CO.
CASCO INDEMNITY CO.
CENTRAL MUTUAL INSURANCE CO.
CHUBB NATIONAL INSURANCE CO.
CINCINNATI INSURANCE CO.

CONTINENTAL CASUALTY CO.
COUNTRYWAY INSURANCE CO.
COVENANT INS. CO.
DANBURY INSURANCE CO.
ECONOMY PREMIER ASSURANCE CO.
ELECTRIC INSURANCE CO.
EMPLOYERS MUTUAL CASUALTY CO.
ENCOMPASS INDEMNITY CO.
ENCOMPASS INSURANCE CO. OF AMERICA
FARM FAMILY CASUALTY INSURANCE CO.
FEDERAL INSURANCE CO.
FIREMAN'S FUND INSURANCE CO.
FOREMOST INSURANCE COMPANY OF GRAND RAPIDS, MICHIGAN
FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY
GENERAL CASUALTY CO. OF WISCONSIN
GENERAL INSURANCE COMPANY OF AMERICA
GOVERNMENT EMPLOYEES INSURANCE COMPANY
GRAPHIC ARTS MUTUAL INS. CO.
GREAT NORTHERN INSURANCE CO.
HARLEYSVILLE WORCESTER INSURANCE CO.
HARTFORD ACCIDENT & INDEMNITY CO.
HARTFORD CASUALTY INSURANCE CO.
HARTFORD FIRE INS. COMPANY
HARTFORD INS. CO. OF THE SOUTHEAST
HARTFORD INSURANCE CO. OF THE MIDWEST
HARTFORD UNDERWRITERS INSURANCE COMPANY
HINGHAM MUTUAL FIRE INSURANCE CO.
HORACE MANN INSURANCE CO.
IDS PROPERTY CASUALTY INSURANCE CO.
INDEMNITY INSURANCE CO. OF NORTH AMERICA
INSURANCE CO. OF NORTH AMERICA
INTEGON NATIONAL INSURANCE CO.
LIBERTY INSURANCE CORP.
LIBERTY MUTUAL INSURANCE COMPANY
LM INSURANCE CORP.
MAIN STREET AMERICA ASSURANCE GROUP.
MASSACHUSETTS BAY INSURANCE CO.
MASSACHUSETTS HOMELAND INSURANCE CO.
MERASTAR INSURANCE CO.
MERITPLAN INSURANCE CO.
METROPOLITAN PROPERTY AND CASUALTY INSURANCE CO.
MIDDLESEX INSURANCE CO.
NATIONAL SURETY CORP.
NATIONWIDE GENERAL INSURANCE CO.
NATIONWIDE MUTUAL FIRE INSURANCE CO.
ONEBEACON AMERICAN INSURANCE CO.

PACIFIC INDEMNITY CO.
PACIFIC SPECIALTY INSURANCE CO.
PATRONS MUTUAL INSURANCE COMPANY OF CONNECTICUT
PHARMACISTS MUTUAL INSURANCE CO.
PRAETORIAN INSURANCE CO.
PRIVILEGE UNDERWRITERS RECIPROCAL EXCH.
PROPERTY AND CASUALTY INSURANCE CO. OF HARTFORD
PROVIDENCE MUTUAL FIRE INSURANCE CO.
QUINCY MUTUAL FIRE INSURANCE CO.
REPUBLIC-FRANKLIN INSURANCE CO.
SENTINEL INS. CO. LTD.
SENTRY INSURANCE A MUTUAL CO.
STILLWATER PROPERTY AND CASUALTY INSURANCE CO.
STONINGTON INSURANCE CO.
TEACHERS INSURANCE CO.
THE ANDOVER COMPANIES
THE HANOVER INSURANCE CO.
TOWER INSURANCE CO. OF NEW YORK
TRAVELERS PERSONAL SECURITY INS. CO.
TRUCK INSURANCE EXCHANGE
TWIN CITY FIRE INSURANCE CO.
UNION MUTUAL FIRE INSURANCE CO.
UNITED SERVICES AUTOMOBILE ASSOC.
UNITED SERVICES AUTOMOBILE ASSOCIATION
UNITRIN DIRECT PROPERTY & CASUALTY CO.
UNITRIN PREFERRED INSURANCE CO.
UNIVERSAL NORTH AMERICA INSURANCE CO.
USAA CASUALTY INSURANCE CO.
USAA GENERAL INDEMNITY CO.
UTICA FIRST INSURANCE CO.
UTICA MUTUAL INSURANCE CO.
VALLEY FORGE INSURANCE CO.
VERMONT MUTUAL INSURANCE CO.
VIGILANT INSURANCE CO.

                                      PLAINTIFFS

By:   /s/ Ryan P. Barry
      Ryan P. Barry (ct21683)
      Anthony Spinella, Jr. (ct29782)
      Barry & Barall & Spinella, LLC
      202 West Center Street
      Manchester, CT 06040
      (860) 649-4400
      Fax (860) 649-7900
      Email: rbarry@bbsattorneys.com

>By:     /s/ Elizabeth J. Stewart_____
>Elizabeth J. Stewart (ct01316)
>Melissa A. Federico (ct28278)
>Murtha Cullina LLP
>265 Church Street
>New Haven, CT 06510
>(203) 772-7700
>Fax (203) 772-7723
>Email: estewart@murthalaw.com
>          mfederico@murthalaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

 /s/ Ryan P. Barry