UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL AND JOYCE HALLORAN, ET AL,<br><br>                Plaintiffs,<br><br>   v.<br><br>HARLEYSVILLE PREFERRED INSURANCE COMPANY, ET AL.<br><br>                Defendants. | CIVIL ACTION NO: 3:16-CV-00133-VAB |

**ALLSTATE INSURANCE COMPANY'S
MOTION TO DISMISS THE SUBSTITUTED THIRD AMENDED COMPLAINT**

      Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Allstate Insurance Co. ("Allstate") by its undersigned attorneys, hereby moves to dismiss the claims brought by Mark and Felice Pawelcyzk and Steven and Colleen Swart against Allstate in the Substituted Third Amended Class Action Complaint (Doc. 352) (the "TAC"). Specifically, Allstate moves to dismiss Counts 35, 37, 42-45, 53, 54, 56, and 57 brought against it in the TAC. In support of this Motion, Allstate submits the Memorandum of Law filed contemporaneously with this Motion, which is incorporated herein. In further support of this Motion, Allstate also hereby incorporates the Motion to Dismiss Counts 42-45, 54, and 57 of the Third Amended Complaint and supporting Memorandum of Law filed at Doc. 373.

      WHEREFORE, Allstate respectfully requests that this Court grant this Motion, dismiss Counts 35, 37, 42-45, 53, 54, 56, and 57 against Allstate, and award any further relief that the Court deems just and appropriate.

ORAL ARUMENT REQUESTED

Dated: June 2, 2017          Respectfully submitted,

*/s/ Richard L. Fenton*
Richard L. Fenton, phv08139
Mark L. Hanover, phv08143
Kristen C. Rodriguez, phv08145
DENTONS US LLP
233 S. Wacker Dr., Ste. 5900
Chicago, IL 60606
T: (312) 876-8000
F: (312) 876-7934
richard.fenton@dentons.com
mark.hanover@dentons.com
kristen.rodriguez@dentons.com

Elizabeth F. Flynn, CT03472
117 New London Turnpike
Glastonbury, CT 06033
T: (860) 430-9993
F: (860) 430-9899
Elizabeth@attyeflynn.com

*Attorneys for Allstate Insurance Company*

103844618

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Richard L. Fenton