# EXHIBIT G

☐ Nationwide Mutual Insurance Company
☐ Harleysville Mutual Insurance Company**
☐ Harleysville Insurance Company of Ohio* **
☐ Harleysville-Atlantic Insurance Company**
☐ Harleysville Insurance Company of New Jersey
☒ Harleysville Preferred Insurance Company*
☐ Harleysville Lake States Insurance Company*
☐ Harelysville Insurance Company*
☐ Harleysville Insurance Company of New York*
☐ Harleysville Pennland Insurance Company* **
☐ Harleysville Worcester Insurance Company*
☐ Penn Mutual Insurance Company**

# LETTER OF CERTIFICATION

June 2, 2017

Carrie Lescas
Paralegal

This is to certify that to the best of my knowledge and belief the attached is a true and correct copy of:

HOCB84409, all policy terms from 08/27/2016 to 08/27/2017,

insofar as it relates to the insurance afforded hereunder at the following location:

127 Pinney St, Ellington, CT 06029-3623, to the Named Insured: Michael Halloran,

on the date of loss        , and purchased in Connecticut.

Debra J. Niess
Manager, Processing - Commercial Lines

*These companies changed their name effective July 1, 2001: Harleysville Insurance Company of Ohio f/k/a Great Oaks Insurance Company; Harleysville Preferred Insurance Company f/k/a Huron Insurance Company; Harleysville Lake States Insurance Company f/k/a Lake States Insurance Company; Harleysville Insurance Company f/k/a Minnesota Fire and Casualty Insurance Company; Harleysville Insurance Company of New York f/k/a New York Casualty Insurance Company; Harleysville Pennland Insurance Company f/k/a Pennland Insurance Company; and Harleysville Worcester Insurance Company f/k/a Worcester Insurance Company.

**The obligations of Harleysville Mutual Insurance Company, Harleysville Pennland Insurance Company and Penn Mutual Insurance Company have been assumed by Nationwide Mutual Insurance Company. The obligations of Harleysville Insurance Company of Ohio and Harleysville-Atlantic Insurance Company have been assumed by Harleysville Worcester Insurance Company.

U-523 (Ed. 8-15)

HOCB84409



Harleysville Insurance
355 Maple Avenue
Harleysville, PA 19438
800.523.6344
www.harleysvillegroup.com

---

**Billing Statements Are Mailed Separately.**

---

Agent: 06-0212      Phone: 860.228.9049
CONTRIBUQUOTE LLC
DBA GOODWORKS - POSTEMSKI INSURANCE
P O BOX 307
COLUMBIA, CT  06237-

**Michael  Halloran**
**127 Pinney St**
**Ellington, CT  06029-3623**

Dear Policyholder:

Thank you for renewing your trust in Harleysville as your personal insurer. Enclosed is your policy renewal. Please take a few moments to review these documents and contact your  independent agent with any questions about your policy.

GU-1214 0507



**Harleysville**
*Good people to know*

# Here's another way you save by carrying both auto and homeowners coverage with Harleysville!

You probably know by now that you're saving hard-earned money by insuring both your auto and home with Harleysville. But did you know that, should you file a claim that involves both your car and your home, you'll save even more?

That's right—because of what's known as a one occurrence deductible. For example, if both your home and your auto are damaged as a result of the same covered peril, say a windstorm, and the amount of your loss on each policy exceeds the deductible on that policy, you'll need to meet only one deductible—the highest of the two policies—before your insurance kicks in. Compare that to people who have their auto policy with one company and their homeowners with another. When a covered peril causes damage to both their home and their auto, these folks need to meet the deductibles of both their auto policy and their homeowners policy before their insurers begin to reimburse them for their losses.

## What if two of your cars are damaged?
The one occurrence deductible also applies in situations when two or more of your cars are damaged in the same incident. Say a windstorm blows down the huge tree in your front yard—and it lands right on top of two of your vehicles parked in your driveway. Because both vehicles were damaged as a result of the same windstorm, you will need to meet only one deductible, the largest that applies.

## Questions?
If you have a question about the one occurrence deductible or any other aspect of your Harleysville coverage, please contact your independent agent—the expert you can trust in all matters involving your personal insurance protection.

ST-7665 03/08

**Harleysville Preferred Insurance Company**
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

# Harleysville
*Good people to know*®

**Homeowners Policy - Renewal**

**Insured:** Michael  Halloran

**Policy Number:** HOCB84409

**Account Number:** 804727HA
**Company:** Harleysville Preferred Insurance Company

**Program:**  Preferred 11
**Effective Date:**                08/27/2016
**Expiration Date:**              08/27/2017
**Issue Date:**                      06/20/2016

**Your Harleysville Independent Agent:**
CONTRIBUQUOTE LLC
DBA GOODWORKS - POSTEMSKI INSURANCE
P O BOX 307
COLUMBIA, CT  06237-
Phone: 860.228.9049
(Agency Code:06-0212)

Michael  Halloran
127 Pinney St
Ellington, CT  06029-3623

---

YOUR ANNUAL PREMIUM IS  **$1,069.00**

---

This policy does not provide flood coverage.

### What We Cover and the Cost of Your Protection

Coverages for **127 Pinney St , Ellington CT  06029**

#### Basic Coverages

| | Limits | Annual Premium |
|---|---|---|
| **Section I - Property** | | |
| A. Dwelling | $ 340,000 | $1,167.00 |
| B. Other Structures | 34,000 | Included |
| C. Personal Property | 238,000 | Included |
| D. Loss of Use | 68,000 | Included |
| **Section I Deductible(s)** | | |
| All Perils | 1,000 | -$132.00 |
| **Section II - Liability** | | |
| E. Personal Liability | 500,000 Per Occurrence | $30.00 |
| F. Medical Payments | 5,000 Per Person | $10.00 |
| **Additional Coverages** | | |
| Signature Endorsement | | Included |
| Home Replacement Cost Extra Protection | 150% of Coverage A | $12.00 |
| Water Back Up and Sump Overflow | 10,000 Total | |
| | 3,000 Coverage C Sublimit | $80.00 |
| **Additional Credits or Charges** | | |
| Personal Account Bill | | Included |
| Escaped Liquid Fuel and Limited Lead Credit | | -$9.00 |
| Financial Factor Discount | | -$70.00 |

F-3059J 0707                        Insured Copy                                    Page 1   of 3

**Harleysville Preferred Insurance Company**
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**Harleysville**
*Good people to know*®

**Homeowners Policy - Renewal**

**Insured:** Michael  Halloran

**Policy Number:** HOCB84409

| | |
|---|---:|
| Protective Devices Credit | -$19.00 |
| Claims Schedule Credit | Included |
| Companion Policy Credit | Included |
| Policy Subtotal | $1,069.00 |
| Policy Fee | 0.00 |
| **ANNUAL POLICY PREMIUM** | **$1,069.00** |

*Thank you for giving us the opportunity to provide your insurance protection*

### Information Used to Determine Your Premium

**Basic Property Information**

| Form | Rating Territory | Protection Class | Structure Type | Construction Type | Number of Families | Year Built | Residence Type |
|---|---|---|---|---|---|---|---|
| HO 0003 | 42 | 5 | Dwelling | Frame | 1 | 1985 | Primary |

**Additional Information**

| Purchased Date | Primary Heat Type | Supplemental Heat Type | Suburban Rating | Feet/Miles From Ocean | Mandatory Hurricane Deductible Territory |
|---|---|---|---|---|---|
| | Oil-In Basement | None | No | 39.58MI | No |

| Under Construction | | | | Windstorm Protection | |
|---|---|---|---|---|---|
| No | | | | None | |

**Additional Interests**

| Interest Name | Interest Type | Loan Number |
|---|---|---|
| AMERICAN EAGLE FCU. ISAOA/ATIMA C/O CENLAR P.O. BOX 202028 FLORENCE SC  29502 | First Mortgagee | 0033649450 |

### Forms, Endorsements and other Enclosures    * indicates copy enclosed

| | Form | Edition | Title |
|---|---|---|---|
| * | F3059J | 0707 | Declaration Page |
| * | F4097 | 1291 | Volunteer Protection Endorsement |
| * | F4348 | 0498 | Advisory Notice - Property Remediation For Escaped Liquid Fuel And Limited Lead And Escaped Liquid Fuel Liability Coverages |
| * | F4456 | 0812 | Signature Homeowners Endorsement |
| * | F4600 | 0106 | Home Replacement Cost Extra Protection |
| * | F4645 | 1107 | Domestic Dog and Domestic Cat Limited Coverage Endorsement |
| * | F4784 | 0812 | Water Backup and Sump Overflow |
| * | FW4112 | 0994 | Other Structures Endorsement |
| * | GU1197 | 0706 | Privacy Notice |
| * | GU1207 | 1002 | Important Notice to Senior Citizens Third Party Notification - Connecticut |

**Harleysville Preferred Insurance Company**
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

# Harleysville
*Good people to know®*

**Homeowners Policy - Renewal**

**Insured:** Michael  Halloran

**Policy Number:** HOCB84409

| | | | |
|---|---|---|---|
| * | GU1214 | 0507 | Personal Lines Cover Letter - Renewal |
| * | HO0003 | 0491 | Homeowners Special Form |
| * | HO0106 | 1199 | Special Provisions - Connecticut |
| * | HO0416 | 0491 | Premises Alarm or Fire Protection System |
| * | HO0476 | 0902 | Limited Fungi, Wet or Dry Rot, or Bacteria Coverage - Forms HO 00 03 or HO 0006 with additional endorsements |
| * | HO0496 | 0491 | No Section II Coverage for Home Day Care Business |
| * | HO0568 | 1199 | Property Remediation For Escaped Liquid Fuel And Limited Lead And Escaped Liquid Fuel Liability Coverages |
| * | PJ0004 | 0415 | Policy Jacket |
| * | ST7665 | 0308 | One Occurrence Deductible Stuffer |

HOCB84409



# Harleysville Insurance:  Our Privacy Pledge

Providing superior products and services to our customers requires us to obtain various types of personal information. In entrusting your business to us, we understand that you expect your personal information to remain private and to be treated with the utmost confidence.  Please be assured we are committed to safeguarding your privacy, and have established a policy to maintain the confidentiality of your personal information. We think it is important for you, as well, to understand how Harleysville Insurance* obtains, uses and safeguards your personal information.

### How we obtain, use and protect your personal information

### Information we obtain
The information we obtain will depend upon the type of insurance you request and may include:
- *Information we receive from you* in writing, by telephone or electronically on applications or other forms. Examples: your name, address, social security number and income.  For some insurance products, the information may include your health history.

- *Information about your transactions with us.*  Examples: your policy coverage, premiums, claims history and payment history.

- *Information we receive from a consumer reporting agency.*  Examples: your credit score, credit history and motor vehicle reports.

### Information we disclose
Except as explained below, we may share any personal information about our customers and former customers within Harleysville Insurance in order to offer you other Harleysville Insurance services that are likely to be of value to you.
- Unless you tell us not to, we may share credit information about you within Harleysville Insurance. Examples: your credit score, credit history or motor vehicle reports.  We share this information in order to provide you with the appropriate insurance coverage.  If you prefer that we not share this information within Harleysville Insurance, you may tell us not to by calling a toll-free number 1.800.829.7865.

As permitted by law, we may disclose (without specific authorization) any personal information about our customers and former customers we obtain to third parties (which includes persons and companies within and outside Harleysville Insurance) as is necessary for these parties to help us service or process your transaction with us.

We may disclose the following information to companies that perform marketing services for Harleysville Insurance or to other financial institutions such as banks, thrift institutions or insurance companies with which we have joint marketing agreements:
- *Information we receive from you* on applications or other forms.  Examples: your name, address and telephone number.
- *Information about your transactions with us,* such as your policy coverage.
- These third parties must agree to maintain strict confidentiality protections and limit the use of the customer information we provide them.

We do not sell or otherwise provide lists of our customers to third parties to market non-financial services.

HOCB84409

## Confidentiality of Health Information

It is often necessary for us to obtain personal health information in order to underwrite insurance and process claims for various types of personal insurance coverages. We recognize your concerns about the security of that information and want to assure you that any personal health data you provide to us will be held in strict confidence. We will not disclose nor share your personal health information for marketing or any other unauthorized purpose. We may disclose or share your personal health information for underwriting your policy or administering your policy or claim or for other purposes permitted by law.

## Harleysville Insurance independent agents

Independent insurance agents of Harleysville Insurance are authorized to solicit business for Harleysville Insurance. However, they are not Harleysville Insurance employees. Because they have a unique business relationship with you, they may have additional personal information about you that we do not have. Agents may use any of your personal information they have for purposes other than doing business with us. If so, your agent may need to provide you with the agency's privacy policy.

## Information security standards

We maintain physical, electronic and procedural safeguards to protect customer information. We restrict access to your personal information to those persons who have a business need for such information.

## We'll keep you informed

As a valued customer, we respect your privacy concerns. We will provide you with an annual notice. In the event of future changes in our privacy policy, we will provide you an updated notice.

*Our privacy pledge extends to all companies of Harleysville Insurance:

Harleysville Lake States Insurance Company
Harleysville Life Insurance Company
Harleysville Mutual Insurance Company
Harleysville Pennland Insurance Company
Harleysville Preferred Insurance Company
Harleysville Worcester Insurance Company

Harleysville-Atlantic Insurance Company
Harleysville Insurance Company
Harleysville Insurance Company of New Jersey
Harleysville Insurance Company of New York
Harleysville Insurance Company of Ohio
Mainland Insurance Company

HOCB84409

# Harleysville
# Preferred
# Insurance
# Company

A Stock Company



**Harleysville.**

a Nationwide Insurance® company

355 Maple Avenue
Harleysville, Pennsylvania 19438

This policy jacket with the policy provisions, declarations or information page, and endorsements, if any, completes this policy.

We will provide insurance described in this policy in return for the premium and compliance with all applicable policy provisions.

In Witness Whereof, the Company has caused this policy to be executed and attested.


*Mark A. Berven*
President & Chief Operating Officer

*Robert W. Horner III*
Vice President & Secretary

HOCB84409

POLICY NUMBER:                                                                                    HOMEOWNERS

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## WATER BACK UP AND SUMP OVERFLOW

**1.** For an additional premium, we insure up to $ **3,000,** for **Coverage C – Personal Property** and **$10,000.00** total coverage for direct physical loss, not caused by the negligence of any "insured," to property covered under Section I, Coverages A, B, C and D caused by:

**a.** Water which backs up through sewers or drains; or

**b.** Water which overflows from a sump even if such overflow results from the mechanical breakdown of the sump pump. This coverage does not apply to direct physical loss of the sump pump, or related equipment, which is caused by mechanical breakdown.

This endorsement does not increase the limits of liability for Coverages A, B, C or D stated in the policy Declarations.

**2. Special Deductible**

The following deductible provision replaces any other deductible provision in the policy with respect to loss covered under this endorsement.

We will pay only that part of the loss which exceeds $250. No other deductible applies to this coverage. This deductible does not apply with respect to Coverage D - Loss of Use.

**3. 30 Day Waiting Period**

This coverage does not apply if the loss occurs or is in progress within the first 30 days of the issue date (shown on the "Declarations Page") of this coverage, when added after the original inception date.

**4. Section I - Perils Insured Against**

In Form **HO 00 03,** paragraph **2.e.(2)** under Coverage A - Dwelling and Coverage B - Other Structures is deleted, with respect to coverage for loss caused by overflow of sumps, and replaced by the following:

**(2)** Inherent vice, latent defect;

If Form **HO 00 15,** this is subparagraph **1.b.(4)(b)** in **HO 17 32,** this subparagraph **2.e.(2).**

In Form **HO 00 03,** Peril 12, Accidental Discharge, is deleted and replaced by the following:

**Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

This peril does not include loss:

**a.** To the system or appliance from which the water or steam escaped;

**b.** Caused by or resulting from freezing except as provided in the peril of freezing below; or

**c.** On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises."

**5. Section I - Exclusions**

**3. Water Damage** is deleted and replaced by the following:

**3. Water Damage,** meaning:

**a.** Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind; or

**b.** Water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

Direct loss by fire or explosion resulting from water damage is covered.

(In form **HO 00 03,** this is item **1.c.**)

All other provisions of this policy apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1999

F-4784 (Ed. 8-12)

HOCB84409

GU-1207
(Ed. 10-02)

### IMPORTANT NOTICE TO SENIOR CITIZENS
### THIRD PARTY NOTIFICATION
### CONNECTICUT

If you are a named insured and age fifty-five or older, Connecticut law permits you to designate a third party to whom we will send a duplicate copy of any cancellation or nonrenewal notice issued to you for your automobile and/or homeowner's policies.

If you are interested in designating someone to receive such duplicate notices, you should discuss this with them and obtain their approval.  Complete the lower portion of this form by:

1. Entering the third party's name and address;
2. Signing and dating this form;
3. Having the third party sign and date it; and
4. Returning it certified mail, return receipt requested, to:

> Harleysville Insurance
> ATTN:  Personal Lines Processing
> 355 Maple Avenue
> Harleysville, PA 19438-2297

Keep a copy of the completed form for your records.  The third party designation will become effective no later than ten (10) business days after we receive the completed form signed by both you and the third party designee.  You may terminate the third party designation by sending written notification by certified mail, return receipt requested, to the designated third party and us.

**Request to Designate A Third Party to Receive A Copy of Policy Termination Notices**

Insured's Name and Mailing Address:

Policy Number:
Policy Effective Date:
Policy Type:  Automobile
Agency Code:

I designate the following person to receive a duplicate copy of any cancellation or nonrenewal notice that you might send me for the policy number shown above.

Name: _____

Street: _____

City: _____  State: _____  Zip: _____

Signature of Insured                                    Date

**I accept the designation above.  I understand my designation as a third party shall not constitute acceptance of any liability on my part or the insurer for services provided to the senior citizen insured. If I decide to terminate my designation, I must send written notification by certified mail, return receipt requested, to both the insured and the insurer.**

Signature of Third Party Designee                          Date

HOCB84409

POLICY NUMBER:                                                            **HOMEOWNERS**
                                                                         **HO 04 76 09 02**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA
## COVERAGE
### FOR USE WITH FORM HO 00 03 WITH HO 00 15 AND FORM HO 00 06 WITH HO 17 31 OR HO 17 32

**SCHEDULE\***

These limits of liability apply to the total of all loss or costs payable under this endorsement, regardless of the number of "occurrences", the number of claims made, or the number of locations insured under this endorsement and listed in this Schedule.

| | | |
|---|---|---|
| 1. | Section **I** – Property Coverage Limit Of Liability for the Additional Coverage "Fungi", Wet Or Dry Rot, Or Bacteria | $10,000 |
| 2. | Section **II** – Coverage **E** Aggregate Sublimit Of Liability for "Fungi", Wet Or Dry Rot, Or Bacteria | $50,000 |

*Entries may be left blank if shown elsewhere in this policy for this coverage.

**DEFINITIONS**

The following definition is added:

**"Fungi"**

**a.** "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or byproducts produced or released by fungi.

**b.** Under Section **II,** this does not include any fungi that are, are on, or are contained in, a good or product intended for consumption.

**SECTION I – PROPERTY COVERAGES**

**ADDITIONAL COVERAGES**

The following Additional Coverage is added:

**12. "Fungi", Wet Or Dry Rot, Or Bacteria**

**a.** The amount shown in the Schedule above is the most we will pay for:

**(1)** The total of all loss payable under Section **I** – Property Coverages caused by "fungi", wet or dry rot, or bacteria;

**(2)** The cost to remove "fungi", wet or dry rot, or bacteria from property covered under Section **I** – Property Coverages;

**(3)** The cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi", wet or dry rot, or bacteria; and

**(4)** The cost of testing of air or property to confirm the absence, presence or level of "fungi", wet or dry rot, or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of "fungi", wet or dry rot, or bacteria.

**b.** The coverage described in **12.a.** only applies when such loss or costs are a result of a Peril Insured Against that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at and after the time the Peril Insured Against occurred.

HOCB84409

**c.** The amount shown in the Schedule for this coverage is the most we will pay for the total of all loss or costs payable under this Additional Coverage regardless of the:

**(1)** Number of locations insured under this endorsement; or

**(2)** Number of claims made.

**d.** If there is covered loss or damage to covered property, not caused, in whole or in part, by "fungi", wet or dry rot, or bacteria, loss payment will not be limited by the terms of this Additional Coverage, except to the extent that "fungi", wet or dry rot, or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Additional Coverage.

This coverage does not increase the limit of liability applying to the damaged covered property.

(This is Additional Coverage **11.** in Form **HO 00 06.**)

## SECTION I – PERILS INSURED AGAINST

In Form **HO 00 03** with **HO 00 15:**

Paragraph **1.b.(4)(c)** is deleted and replaced by the following:

**(c)** Smog, rust or other corrosion;

Paragraph **1.b.(4)(i)** is added:

**(i)** Constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

In Form **HO 00 06** with **HO 17 31:**

Paragraph **3.d.(3)** is deleted and replaced by the following:

**(3)** Smog, rust or other corrosion;

Paragraph **3.d.(9)** is added:

**(9)** Constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

In Form **HO 00 06** with **HO 17 32:**

Paragraph **2.e.(3)** is deleted and replaced by the following:

**(3)** Smog, rust or other corrosion;

Paragraph **2.e.(9)** is added:

**(9)** Constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

## SECTION I – EXCLUSIONS

Exclusion **1.i.** is added:

**i. "Fungi", Wet Or Dry Rot, Or Bacteria**

"Fungi", Wet Or Dry Rot, Or Bacteria meaning the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot, or bacteria.

This Exclusion does not apply:

**(1)** When "fungi", wet or dry rot, or bacteria results from fire or lightning; or

**(2)** To the extent coverage is provided for in the "Fungi", Wet Or Dry Rot, Or Bacteria Additional Coverage under Section **I** – Property Coverages with respect to loss caused by a Peril Insured Against other than fire or lightning.

Direct loss by a Peril Insured Against resulting from "fungi", wet or dry rot, or bacteria is covered.

(This is Exclusion **9.** in Form **HO 00 06.**)

## SECTION II – CONDITIONS

Condition **1.** Limit Of Liability is deleted and replaced by the following:

**1. Limit Of Liability**

Our total liability under Coverage **E** for all damages resulting from any one "occurrence" will not be more than the Coverage **E** limit of liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions will be considered to be the result of one "occurrence".

 © ISO Properties, Inc., 2002 HO 04 76 09 02

HOCB84409

Our total liability under Coverage **F** for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage **F** limit of liability shown in the Declarations.

However, our total liability under Coverage **E** for the total of all damages arising directly or indirectly, in whole or in part, out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi", wet or dry rot, or bacteria will not be more than the Section **II** – Coverage **E** Aggregate Sublimit Of Liability for "Fungi", Wet Or Dry Rot, Or Bacteria. That sublimit is the amount shown in the Schedule. This is the most we will pay regardless of the:

**a.** Number of locations insured under the policy to which this endorsement is attached;

**b.** Number of persons injured;

**c.** Number of persons whose property is damaged;

**d.** Number of "insureds"; or

**e.** Number of "occurrences" or claims made.

This sublimit is within, but does not increase, the Coverage **E** limit of liability. It applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations.

All other provisions of the policy apply.

With respect to damages arising out of "fungi", wet or dry rot, or bacteria described in **1. Limit Of Liability** of this endorsement, Condition **2. Severability Of Insurance** is deleted and replaced by the following:

**2. Severability Of Insurance**

This insurance applies separately to each "insured" except with respect to the Aggregate Sublimit of Liability described in this endorsement under Section **II** – Conditions **1., Limit Of Liability.** This condition will not increase the limit of liability for this coverage.

All other provisions of the policy apply.

HOCB84409

POLICY NUMBER:

**HOMEOWNERS**
**HO 05 68 11 99**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PROPERTY REMEDIATION FOR ESCAPED LIQUID FUEL
### AND
## LIMITED LEAD AND ESCAPED LIQUID FUEL LIABILITY COVERAGES
## ALL FORMS EXCEPT FORMS HO 00 04 AND HO 00 06

### SCHEDULE*

For the credit given or the premium charged, the coverage provided by this endorsement and the applicable Limits of Liability shown in this Schedule apply. These limits of liability apply to the total of all loss, damage or expense payable under this endorsement, regardless of the number of locations insured under this endorsement and listed in this Schedule.

| | | |
|---|---|---|
| 1. | Aggregate Limited Lead And Escaped Liquid Fuel Liability Limit Of Liability | $50,000 |
| 2. | Property Remediation For Escaped Liquid Fuel Limit Of Liability<br>This **Property Remediation For Escaped Liquid Fuel Limit Of Liability** applies to the "residence premises" as defined in Definition **8.** "Residence premises" in this endorsement, including any of the following locations: | $10,000 |

\* Entries may be left blank if shown elsewhere in this policy for this coverage.

### A. Definitions

The definitions applying to the policy form and to Special Provisions Endorsement **HO 01 06,** other than Definition **8.** "Residence premises", apply to this endorsement. Definition **8.** "Residence premises" is amended and Definitions **9.** through **11.** are added only with respect to the coverage provided by this endorsement.

**8.** "Residence premises" means:

**a.** The one family dwelling where you reside;

**b.** The two, three or four family dwelling where you reside in at least one of the family units;

**c.** That part of any other building where you reside; or

and which is shown as the "residence premises" in the Declarations.

**d.** Any location shown in the Schedule of this endorsement.

"Residence Premises" also includes the other structures and grounds at those locations.

**9.** "Covered real property". The following applies only to the **Section I – Additional Coverage – Property Remediation For Escaped Liquid Fuel:**

**a.** "Covered real property" means:

**(1)** Property owned by an "insured" and covered under Coverage **A** – Dwelling of this policy;

HOCB84409

(2) Any other one, two, three or four family dwelling building owned by an "insured" and shown in the Schedule under Item **2.**;

(3) Materials and supplies located on or next to the "residence premises", used to construct, alter or repair the dwelling or other structures on the "residence premises";

(4) Property owned by an "insured" and covered under Coverage **B** – Other Structures of this policy, provided such property is located on the "residence premises"; and

(5) Land, other than farm land:

   (a) Which is within the "residence premises";

   (b) Which is owned by an "insured"; and

   (c) On which a building or structures described in Paragraphs **9.a.(1)**, **(2)**, **(3)** or **(4)** is located.

**b.** "Covered real property" does not include:

(1) Water;

(2) Other structures that are part of the "fuel system"; or

(3) Trees, shrubs, plants or lawns, except to the extent permitted by Paragraph **B.3.c.** of this endorsement.

**10.** "Covered personal property". The following applies only to the **Section I – Additional Coverage – Property Remediation For Escaped Liquid Fuel:**

**a.** "Covered personal property" means personal property:

(1) Owned or used by an "insured" and covered under Coverage **C** – Personal Property of this policy; and

(2) Located on the "residence premises".

**b.** Loss or damage to such property shall be subject to those Coverage **C** Special Limits of Liability that apply.

**11.** "Fuel System" means:

**a.** One or more containers, tanks or vessels which have a total combined storage capacity of 100 or more U.S. gallons of liquid fuel; and

(1) Are, or were, used to hold liquid fuel that is intended to be used solely for one or more of the following:

   (a) To heat or cool a building;

   (b) To heat water;

   (c) To cook food; or

   (d) To power motor vehicles, other motorized land conveyances or watercraft owned by an "insured" and not used at any time or in any manner for "business"; and

(2) Are, or were, located on:

   (a) "Covered real property"; or

   (b) An "insured location";

**b.** Any pumping apparatus, which includes the motor, gauge, nozzle, hose or pipes that are, or were, connected to one or more containers, tanks or vessels described in Paragraph **11.a.;**

**c.** Filler pipes and flues connected to one or more containers, tanks or vessels described in Paragraph **11.a.;**

**d.** A boiler, furnace or a water heater, the liquid fuel for which is stored in a container, tank or vessel described in Paragraph **11.a.,** and which is located on:

(1) "Covered real property"; or

(2) An "insured location";

**e.** Fittings and pipes connecting the boiler, furnace or water heater to one or more containers, tanks or vessels described in Paragraph **11.a.;** or

**f.** A structure that is specifically designed and built to hold the liquid fuel that escapes from one or more containers, tanks or vessels described in Paragraph **11.a.**

**B. Section I – Additional Coverages**

The following Additional Coverage is added:

**PROPERTY REMEDIATION FOR ESCAPED LIQUID FUEL**

**1.** With respect to the total of all escapes of liquid fuel from a "fuel system" which an "insured" first discovers or learns of during the policy period, we will pay up to the Limit of Liability shown in the Schedule for loss, damage or expense described in Paragraph **B.3.**

**2.** The Limit shown in the Schedule for this coverage is the most we will pay for the total of all loss, damage or expense payable under Paragraph **B.3.** regardless of the:

**a.** Number of locations insured under this endorsement;

**b.** Number of escapes of liquid fuel from a "fuel system" an "insured" first discovers or learns of during the policy period; or

Copyright, Insurance Services Office, Inc., 1999

HOCB84409

**c.** Number of claims made.

**3. Loss, Damage Or Expense Covered**

This Coverage pays for:

**a.** Loss or damage to:

 **(1)** "Covered real property"; or

 **(2)** "Covered personal property";

 caused directly or indirectly by the escape of such fuel from a "fuel system";

**b.** The reasonable expense you incur to:

 **(1)** Take temporary measures to stop the further escape of liquid fuel from any part of the "fuel system";

 **(2)** Retard or stop the spread of escaped liquid fuel;

 **(3)** Clean up, remove or treat loss or damage to:

 **(a)** "Covered real property"; or

 **(b)** "Covered personal property"; or

 **(4)** Test, monitor or assess the effects of the escape of liquid fuel on or away from "covered real property":

 **(a)** As required by law; or

 **(b)** In response to a request, demand or order by a governmental authority or court of law.

 We will pay for such expense only if it results from the same escape that is payable under Paragraph **B.3.a.**, or **b.;**

**c.** Loss or damage to trees, shrubs, plants or lawns, located on the "residence premises", but only if there is loss, damage or expense caused by the same escape that is payable under Paragraph **B.3.a.** or **b.** However, we will not pay more than an amount equal to 5% of the Limit of Liability shown in the Schedule for the total of all loss or damage to trees, shrubs, plants or lawns. No more than $500 of this amount will be payable for any lawn or any one tree, shrub, or plant. We do not cover property grown for "business".

 Under Form **HO 00 08,** no more than $250 of the amount of insurance available under this coverage will be payable for lawns or any one tree, shrub or plant; and

**d. Additional Living Expense**

 **(1)** Additional Living Expense means any necessary increase in living expenses you incur, so that your household can maintain its normal standard of living, if the escape of liquid fuel:

 **(a)** Results in loss, damage or expense payable under Paragraph **B.3.a.** or **b.;** and

 **(b)** Makes that part of the "residence premises" where you reside not fit to live in.

 **(2)** Payment for Additional Living Expense will be for the shortest time required:

 **(a)** To make that part of the "residence premises" where you reside fit to live in; or

 **(b)** For your household to settle elsewhere, if you permanently relocate.

 This period of time applies even if it extends past the expiration date of this policy.

 We do not cover loss or expense due to cancellation of a lease or agreement.

 **(3)** This coverage does not increase the Limit of Liability shown in the Schedule.

 **(4) Section I – Property Coverages, Coverage D – Loss Of Use** in the policy form does not apply to this endorsement.

**4. Deductible**

The deductible amount, equal to that which applies to the peril of Fire, applies to loss, damage or expense covered under this additional coverage. We will pay only that part of the total of all loss, damage or expense payable under Paragraph **B.3.** that exceeds that deductible amount.

**5. Loss, Damage Or Expense Not Covered**

We will not pay:

**a.** For any diminution or reduction in the market value of any:

 **(1)** "Covered real property"; or

 **(2)** "Covered personal property";

 whether or not such property is damaged;

HOCB84409

**b.** For any damage resulting from the loss of or reduction in value of a pending sale of:

    **(1)** "Covered real property"; or

    **(2)** "Covered personal property";

**c.** To replace any fuel;

**d.** For any expense to:

    **(1)** Demolish or remove; or

    **(2)** Repair, replace, rebuild or restore;

    any part of a "fuel system", other than those expenses provided for in Paragraph **B.3.a.** or **b.;** or

**e.** For any damage that results from an escape from:

    **(1)** One or more containers, tanks or vessels, that are, or were, used to hold liquid fuel and are a part of a motor vehicle, motorized land conveyance or watercraft; or

    **(2)** Related lines or parts, that are, or were, connected to a motor vehicle, motorized land conveyance or watercraft.

**6.** For Form **HO 00 03**, under **Section I – Perils Insured Against,** Paragraph **2.e.(5)** does not apply to this **Property Remediation For Escaped Liquid Fuel** Coverage.

**7.** When Special Computer Coverage Endorsement is attached, Paragraph **B.(3)(e)** in that endorsement, under **Perils Insured Against,** does not apply to this **Property Remediation For Escaped Liquid Fuel** Coverage.

**8.** For Form **HO 00 03** when the Special Personal Property Coverage Endorsement is attached, Paragraph **1.b.(4)(e)** in that endorsement, does not apply to this **Property Remediation For Escaped Liquid Fuel** Coverage.

**9.** The **Section I – Exclusions** and **Section I – Additional Coverages** apply to this **Property Remediation For Escaped Liquid Fuel** Coverage.

**10.** The **Section I – Conditions** apply to this **Property Remediation For Escaped Liquid Fuel** Coverage except as provided in Paragraph **C. Section I – Conditions** below.

**11.** This **Property Remediation For Escaped Liquid Fuel** Coverage does not apply to any "residence premises" at which the containers, tanks or vessels, described in Paragraph **A.11.a.,** have a total combined storage capacity of less than 100 U.S. gallons of liquid fuel.

Coverage, if any, for escape of liquid fuel from such containers, tanks or vessels is subject to those:

**a.** Exclusions;

**b.** Conditions;

**c.** Other provisions; and

**d.** Limits of Liability;

that apply to real and personal property under the policy to which this endorsement is attached.

**C. Section I – Conditions – Property Remediation For Escaped Fuel**

With respect to loss, damage or expense described in Paragraph **B. Section I – Additional Coverages,** Section I – Condition **7. Other Insurance,** is deleted and replaced by the following:

**7. Other Insurance And Service Agreement**

    **a. Other Insurance**

        If loss, damage or expense covered in preceding Paragraph **B.** is also covered by other insurance, we will pay only the proportion of the loss, damage or expense that the limit of liability that applies under this endorsement bears to the total amount of insurance covering the loss, damage or expense.

    **b. Service Agreement**

        If loss, damage or expense covered in preceding Paragraph **B.** is also covered by a service agreement, then this Property Remediation For Escaped Liquid Fuel Coverage is excess over any amounts payable under any such agreement. Service Agreement means a "fuel system" service plan, property restoration protection plan, or similar service or warranty agreement, even if it is characterized as insurance.

Copyright, Insurance Services Office, Inc., 1999

HO 05 68 11 99

HOCB84409

**D. Section II – Liability Coverages**

**LIMITED LEAD AND ESCAPED LIQUID FUEL LIABILITY COVERAGE**

1. With respect to "bodily injury" or "property damage" described in Paragraph **D.2.,** the coverages provided by **Section II – Liability Coverages, Coverage E – Personal Liability** and **Coverage F – Medical Payments To Others** in the policy form, and the Limits of Liability stated on the Declarations page do not apply.

2. This coverage applies if a claim is made or a suit is brought against an "insured" for damages because of:

   **a.** "Bodily injury" or "property damage" caused by an "occurrence" involving the escape of fuel from a "fuel system". However, this limited coverage does not apply to an "occurrence" of fire or explosion that results from such escaped fuel. Damages resulting from such an "occurrence" of fire or explosion are subject to the Coverage **E** – Personal Liability limit of liability of the policy to which this endorsement is attached;

   **b.** "Bodily injury" caused by an "occurrence" involving the absorption, ingestion or inhalation of lead which is in or on an "insured location"; or

   **c.** "Property damage" caused by an "occurrence" of lead contamination, but only if, immediately prior to the "occurrence", the lead was located at an "insured location".

   NO OTHER LEAD OR ESCAPED LIQUID FUEL LIABILITY COVERAGE APPLIES UNDER THIS POLICY EXCEPT AS PROVIDED IN THIS PARAGRAPH.

3. If coverage applies as stated in Paragraph **D.2.,** we will:

   **a.** Pay up to the Aggregate Limit of Liability stated in the Schedule for damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

   **b.** Provide a defense at our expense by counsel of our choice even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from "bodily injury" or "property damage" described in Paragraph **D.2.** exhausts the Aggregate Limit of Liability stated in the Schedule.

4. With respect only to applying the provisions of this coverage as described in Paragraph **D.2.,** "bodily injury" or "property damage" caused in whole or in part by an "occurrence" described in Paragraph **D.2.** shall be deemed to have been caused solely by such an "occurrence" regardless of any other covered cause or event contributing to the "bodily injury" or "property damage".

5. The **Section II – Additional Coverages** in the policy form apply with respect to this coverage as described in Paragraph **D.** except as provided in Paragraph **E. Section II – Additional Coverages.**

6. The **Section II – Conditions** in the policy form apply with respect to this coverage as described in Paragraph **D.** except as provided in Paragraph **F. Section II – Liability Conditions.**

7. This coverage does not apply to an "insured location" at which the containers, tanks or vessels described in Paragraph **A.11.a.** have a total combined storage capacity of less than 100 U.S. gallons of liquid fuel.

   Coverage, if any, for an "occurrence" involving the escape of liquid fuel from such containers, tanks or vessels is subject to those:

   **a.** Exclusions;

   **b.** Conditions;

   **c.** Other provisions; and

   **d.** Limits of Liability;

   that apply to Personal Liability and Medical Payments To Others coverage in the policy to which this endorsement is attached.

**E. Section II – Additional Coverages**

With respect to coverage described in Paragraph **D. Section II – Liability Coverages,** Additional Coverage **4. Loss Assessment** is deleted and replaced by the following:

**4. Loss Assessment**

   **a.** We will pay up to the Aggregate Limit of Liability stated in the Schedule for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of:

   **(1)** An "occurrence" involving the escape of fuel from a "fuel system";

 Copyright, Insurance Services Office, Inc., 1999

**(2)** "Bodily injury" caused by an "occurrence", on property owned by all members collectively, involving the absorption, ingestion or inhalation of lead which occurs on an "insured location" containing the "residence premises";

**(3)** "Property damage" caused by an "occurrence", on property owned by all members collectively, of lead contamination, but only if the lead originates at an "insured location" containing the "residence premises"; or

**(4)** Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided:

  **(a)** The director, officer or trustee is elected by the members of a corporation or association of property owners; and

  **(b)** The director, officer or trustee serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

**b.** This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises".

**c.** We do not cover assessments charged against you or a corporation or association of property owners:

  **(1)** As required by law; or

  **(2)** In response to a request, demand or order by a governmental authority or court of law.

**d.** Regardless of the number of assessments, the Aggregate Limit of Liability stated in the Schedule is the most we will pay for loss arising out of:

  **(1)** One accident, including continuous or repeated exposure to the same general harmful conditions; or

  **(2)** A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

**e.** The following do not apply to this coverage:

  **(1)** Section **II** – Coverage **E** – Personal Liability Exclusion **2.a.(1)** in the policy form to which this endorsement is attached; and

  **(2)** Sections **I** and **II** Conditions, Item **1.** Policy Period in this endorsement and in the policy form to which this endorsement is attached.

**F. Section II – Liability Conditions**

With respect to coverage described in Paragraph **D.** Section **II** – Liability Coverages:

**1.** Conditions **4. – Duties Of An Injured Person – Coverage F – Medical Payments To Others** and **5. – Payment Of Claim – Coverage F – Medical Payments To Others** are deleted; and

**2.** Conditions **1. – Limit Of Liability** and **2. – Severability Of Insurance** in the policy form are deleted and replaced by the following:

  **1. Aggregate Limit Of Liability**

  Our total liability in any one policy period for all damages resulting from the total of all "bodily injury" or "property damage" during the policy period will not be more than the Limited Lead and Escaped Liquid Fuel Liability Coverage Aggregate Limit of Liability stated in the Schedule. This is the most we will pay regardless of the:

  **a.** Number of locations insured under the policy to which this endorsement is attached;

  **b.** Number of persons injured;

  **c.** Number of persons whose property is damaged;

  **d.** Number of "insureds"; or

  **e.** Number of claims made.

  The "occurrence" limit of liability does not apply to this coverage.

  **2. Severability Of Insurance**

  This insurance applies separately to each "insured" except with respect to the Aggregate Limit of Liability described in Paragraph **F.2.1.** This condition will not increase the Limit for this coverage.

**G. Sections I And II – Conditions**

**Sections I And II – Conditions,** Item **1. Policy Period** is deleted with respect to the provisions of this endorsement and replaced by the following:

  **1. Policy Period – Section II – Liability**

  This endorsement applies to "bodily injury" or "property damage" described in Paragraph **D.2.**

All other provisions of the policy not specifically modified by this endorsement apply.

Copyright, Insurance Services Office, Inc., 1999
HO 05 68 11 99

HOCB84409

F-4097
(Ed. 12-91)

## VOLUNTEERS PROTECTION ENDORSEMENT

The Definitions and Extensions of Coverage below are made part of the policy to which this endorsement is attached.

### DEFINITIONS

Definitions are added as follows:

9. **Volunteer** means the performing of services by **you** for an organization for a charitable purpose or in direct service to the general public or the community without pay.

10. **Volunteer service** includes but is not limited to service performed for:

    a.  volunteer fire and ambulance companies;
    b.  churches;
    c.  schools;
    d.  hospitals; and
    e.  charitable arts and civic organizations.

    **Volunteer service** does not include **your** primary employment.

### EXTENSIONS OF COVERAGE

### Section I - Perils Insured Against

### Coverage C - Personal Property

The named perils in the policy are expanded to insure against direct physical loss to covered property while **you** are a **volunteer. We** will not pay more than $250 in the aggregate for any one loss.
The policy deductible is changed to $50 for this extension.

### Section I - Exclusions

Exclusions for Forms HO 00 01, HO 00 02,  HO 00 04, and HO 00 06 are added as follows:

 9. wear: ;
10. gradual deterioration;
11. inherent vice; or
12. latent defect.

Under exclusion 1., items i, j, k, and l for Form HO 00 03 are added as follows:

 i. wear: ;
 j. gradual deterioration;
 k. inherent vice; or
 l. latent defect.

### Section II - Liability Coverage

### Section II - Conditions

### Coverage F - Medical Payments To Others

We will increase the limit of liability for Coverage F, Medical Payments to Others, to twice the amount stated in the Declarations for **bodily injury** caused as a direct result of acting as a **volunteer.**

### Section II - Exclusions

Exclusion 1b. is deleted and the following added:

b. Arising out of or in connection with a "business" engaged in by an "insured." This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business;"

This exclusion does not apply to activities performed as a volunteer.

HOCB84409

Under exclusion 1.d. exception (1) is added:

(1) professional services performed as a **volunteer.**

> The above does not apply to health care services performed by medical health care professionals such as, but not limited to:
>
> (i)    doctors;
>
> (ii)   nurses; and
>
> (iii)  paramedics.

### Section II - Additional Coverages

3.  **Damage to Property of Others** is extended to include the following:

> We will pay up to $2,500 per occurrence for **property damage** to property of others caused by **you** as a direct result of acting as a **volunteer.**

All other provisions of this policy apply.

HOCB84409

# DWELLING LIABILITY AND HOMEOWNERS
## PROPERTY REMEDIATION FOR ESCAPED LIQUID FUEL
### AND
## LIMITED LEAD AND ESCAPED LIQUID FUEL LIABILITY COVERAGES

## ADVISORY NOTICE TO POLICYHOLDERS

THIS NOTICE DOES NOT PROVIDE COVERAGE NOR DOES THIS NOTICE REPLACE ANY PROVISIONS OF YOUR POLICY. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE FOR COMPLETE INFORMATION ON THE COVERAGES YOU ARE PROVIDED WITH. IF THERE IS ANY CONFLICT BETWEEN THE POLICY AND THIS NOTICE, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

*The policy you have just applied for or received has:*

>> *added coverage for damage to your property caused by the escape of certain petroleum products that may be found in or on your home, your residential unit in an apartment, condominium or cooperative building, your household or personal property, other real property you own that is covered in this policy and land on which your home or unit or covered personal property is located; and*

>> *reduced liability coverage for injury to another person, or damage to the property of others, that is caused by the escape of certain petroleum products or by lead on or emanating from an insured location such as your house, any other premises where you are living but which you do not own, or vacant land that you own.*

## ESCAPED FUEL REMEDIATION

If liquid fuel escapes from a fuel storage system on your property, loss or damage caused by the escaped fuel to your home, personal property, any other one, two, three or four family dwelling building you own and insure for remediation coverage will be covered. Additionally, your land on which the house, other structures or other dwelling building you own are situated will be covered for loss or damage. Coverage will apply when the fuel storage tanks, vessels and/or containers on your property have a total combined storage capacity of 100 or more U.S. gallons of liquid fuel. Coverage will also be provided for:

1. The cost of making temporary repairs to stop the further escape of liquid fuel, or to retard or stop the spread of escaped liquid fuel.

2. Reasonable expenses to test, monitor or assess the effects of escaped liquid fuel, required by law, or when a governmental agency or a court of law requests, orders or demands that you do so.

3. Loss or damage to your trees, shrubs and plants that are not grown for business; and

4. Additional living expenses you incur to maintain your normal standard of living.

However, there will be no coverage:

1. For a reduction in the market value of your house and any other dwelling building you own, including the land on which they are situated, or your personal property, whether or not such property, whether or not such property has been damaged;

2. For damages resulting from the loss of a pending sale of your house and, if covered under this policy, other dwelling buildings, other structures and your personal property;

F-4348 (Ed. 4-98)                                                                                      Page 1 of 2

HOCB84409

3. To replace any of the escaped fuel;

4. For any expense you incur to demolish, repair or replace any part of your fuel system; and

5. For any damages resulting from an escape of liquid fuel from one or more containers, tanks or vessels or related lines or parts that are connected to or a part of a motor vehicle, motorized land conveyance or watercraft.

### Our limit of liability

We will provide up to $10,000 of coverage. The limit is the most we will pay for the total of all loss, damage or expense caused by the escape of liquid fuel from your fuel system during the policy period regardless of the number of locations insured under your policy, the number of escapes of liquid fuel you discover or learn of during the policy period or the number of claims made.

### Your Deductible

We will apply a deductible amount of the greater of $250 or the amount that applies to the peril of fire.

### LEAD AND ESCAPED FUEL LIABILITY COVERAGE

1. For a reduced premium, we have limited your coverage when a claim is made or a suit is brought against you by another person alleging damages because of:

   a. bodily injury arising out of the absorption, ingestion or inhalation of lead that is in or on your home or your residential unit, any other structures you may own, your personal property, water and soil on any insured location;

   b. property damage arising out of lead contamination, but only if the lead originates at an insured location; or

   c. bodily injury or property damage arising out of the escape of liquid fuel from your fuel storage system when the fuel storage tanks, vessels and/or containers have a total combined storage capacity of 100 or more U.S. gallons of liquid fuel and the fuel is used to heat or cool your dwelling, heat water, cook food, or power your motor vehicle, recreational vehicle or boat not used in any business.

2. Where the limit of liability for your previous lead and escaped fuel liability coverage was provided on an occurrence basis, the new limit of liability is provided on an aggregate basis. This means that the limit for liability coverage is the most we will pay for all damages resulting from the total of all bodily injury or property damage, occurring during the entire policy period, that is caused by the escape of liquid fuel from your fuel system or the exposure to lead. This aggregate limit is the most we will pay regardless of the number of locations insured under the policy, number of insureds, number of persons injured by the lead or escaped fuel, number of persons whose property is damaged by the lead or escaped fuel or the number of claims made against you.

   We provide up to $50,000 of coverage.

 Copyright, Insurance Services Office, Inc. 1997

HOCB84409

F-4456
(Ed. 8-12)

# SIGNATURE<sup>SM</sup> HOMEOWNERS ENDORSEMENT
## Connecticut

## DEFINITIONS

The following is added:

**9.** "Personal injury" means injury arising out of one or more of the following:

    **a.** false arrest, detention or imprisonment, or malicious prosecution;

    **b.** libel, slander or defamation of character; or

    **c.** invasion of privacy, wrongful eviction or wrongful entry.

## SECTION 1 – PROPERTY COVERAGES
### COVERAGE C – Personal Property
## SPECIAL LIMITS OF LIABILITY

We agree to increase the special limits of liability that apply to your policy for the types of property in the amounts indicated below.

**1.** $800 additional on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum, coins and medals.

**2.** $4,000 additional on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets, and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

    This limit includes the cost to research, replace or restore the information from the lost or damaged material.

**3.** $1,000 additional on watercraft, including their trailers, furnishings, equipment and outboard engines or motors.

**4.** $2,000 additional on trailers not used with watercraft.

**5.** $4,000 additional for loss by theft, misplacing, or losing of jewelry, watches, precious and semi-precious stones and $4,000 additional for loss by theft, misplacing, or losing of furs.

**6.** $3,000 additional for loss by theft, misplacing, or losing of firearms.

**7.** $7,500 additional for theft, misplacing, or losing of silverware, silver plated ware, goldware, gold-plated ware and pewterware. This includes flatware, holloware, tea sets, trays and trophies made of or including silver, gold or pewter.

**8.** $7,500 additional on property, on the "residence premises" used at any time or in any manner for any "business" purpose.

**9.** $750 additional on property, away from the "residence premises" used at any time or in any manner for any "business" purpose. However, this limit does not apply to loss to adaptable electronic apparatus as described in Special Limits **10.** and **11.** in the policy.

## ADDITIONAL COVERAGES

Item **1. Debris Removal** is deleted and replaced with:

**1. Debris Removal.** We will pay your reasonable expense for the removal of:

    **a.** Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

    **b.** Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for debris removal expense.

We will also pay your reasonable expense, up to $500, for the removal from the "residence premises" of:

    **a.** Your tree(s) felled by the peril of Windstorm or Hail;

    **b.** Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or

    **c.** A neighbor's tree(s) felled by a Peril Insured Against under Coverage C.

The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

Item **3** is deleted for form **HO 00 03** only and replaced with:

HOCB84409

3. **Trees, Shrubs and Other Plants.** We cover trees, shrubs, plants or lawns, on the "residence premises," for loss caused by the following Perils Insured Against: Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles not owned or operated by a resident of the "residence premises," Vandalism or malicious mischief or Theft.

We will pay up to 5% of the limit of liability that applies to the dwelling for all trees, shrubs, plants or lawns. No more than $1000 of this limit will be available for any one tree, shrub or plant. We do not cover property grown for "business" purposes.

This coverage is additional insurance.

Item **3.** is deleted, for form **HO 00 06** only, and replaced with:

3. **Trees, Shrubs and Other Plants.** We cover trees, shrubs, plants or lawns, on the "residence premises," for loss caused by the following Perils Insured Against: Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles not owned or operated by a resident of the "residence premises," Vandalism or malicious mischief or Theft.

We will pay up to 10% of the limit of liability that applies to Coverage C for all trees, shrubs, plants or lawns. No more than $1,000 of this limit will be available for any one tree, shrub or plant. We do not cover property grown for "business" purposes.

This coverage is additional insurance.

Item **4. Fire Department Service Charge** is amended to show the limit of liability is increased to $1,000.

Item **6. Credit Card, Fund Transfer Card, Forgery and Counterfeit Money** is amended to show the limit is increased to $10,000.

Item **7. Loss Assessment** is amended to show the limit is increased to $5,000.

Item **8. Collapse**

Paragraph **a.** is deleted and replaced by the following:

a. Perils Insured Against in Coverages A and B. – These perils apply to covered buildings for loss insured by this additional coverage. Perils Insured Against in Coverage C – Personal Property. These perils apply to covered personal property for loss insured by this additional coverage.

The following **ADDITIONAL COVERAGES** are added:

11. **Refrigerated Property Coverage.** We will pay up to $500 for any one loss from spoilage of property in a refrigerator or freezer on the "residence premises." The spoilage must be due to change in temperature resulting from: interruption of electrical service to the "residence premises" caused by damage to generating or transmission equipment which results in a breakdown in the system supplying electricity; or mechanical or electrical breakdown of the refrigerator or freezer. We will pay only that part of your loss that exceeds $25.

No other deductible applies to this coverage.

12. **Lock Replacement Coverage.** We will pay up to $500 for repair or replacement of your dwelling door locks and window locks when it is likely that the corresponding key(s) have been stolen.

We do not cover:

1) Keys from any motor vehicle or trailer whether subject to motor vehicle registration or not;

2) Loss to property due to any fraudulent, dishonest or criminal any by any "insured";

3) Loss in or to a dwelling under construction, and/or renovation; or

4) Loss from any part of a "residence premises" rented by an "insured" to other than an "insured."

No deductible applies to this coverage

13. **Fine Arts Blanket Coverage.**

We provide $5,000 blanket coverage for fine arts. We shall not pay a greater proportion of any loss on fine arts than this $5,000 bears to the cash market value at the time of loss.

The following exclusions apply to Fine Arts:

1. damage caused by any repairing, restoration or retouching;

2. breakage of art glass windows, glassware, statuary, marble, bric-a-brac, porcelains and similar fragile articles. We cover loss by breakage if caused by:

    (a) fire or lightning;

    (b) explosion, aircraft or collision;

    (c) windstorm, earthquake or flood;

    (d) malicious damage or theft;

    (e) derailment or overturn of a conveyance;

3. loss to property exhibited at fair grounds or premises of national or international expositions unless the premises are covered by this policy.

HOCB84409

**Territorial Limits**

    Fine Arts are covered only within the United States and Canada.

**Special Provisions**

    Fine Arts:  You agree that the covered property will be handled by competent packers.

**14. Water Back Up and Sump Overflow.**

    **1.** We insure, for a maximum of $5,000 coverage, for direct physical loss to property covered under Section I caused by water, or waterborne material, which:

      **a.** Backs up through sewers or drains; or

      **b.** Overflows or is discharged from a:

        **(1)** Sump, sump pump; or

        **(2)** related equipment;

        even if such overflow or discharge results from mechanical breakdown.  This coverage does not apply to direct physical loss of the sump pump, or related equipment, which is caused by mechanical breakdown.

    This additional coverage does not increase the limits of liability for Coverage A, B, C or D stated in the policy Declarations.

    This additional coverage does not apply if **a.** and **b.** above are the direct or indirect result of flood, surface water, waves, including tidal wave and tsunami, tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind, including storm surge

    **2. Special Deductible**

      The following deductible provision replaces any other deductible provision in the policy with respect to loss covered under this additional coverage.

      We will pay only that part of the loss which exceeds $250. No other deductible applies to this coverage. This deductible does not apply with respect to Coverage D – Loss of Use.

    **3.** This coverage does not apply if the loss occurs, or is in progress, within the first 15 days of the issue date (shown on the "Declarations Page") of this coverage, when added after the original policy inception date.

**SECTION I – PERILS INSURED AGAINST**

The Perils Insured Against under Coverages A, B and C for form **HO 00 03** and Coverage A and C for form **HO 00 06** are deleted and replaced by those shown below.  For **HO 00 06**, this coverage is provided with the understanding that you occupy the unit in which property covered under Coverage C is located.

We insure against risk of direct loss to property described in Coverages A, B and C, only if that loss is a physical loss to property.

We do not insure, however, for loss:

    **1.** Under Coverages A, B and C for **HO 00 03** and Coverages A and C in **HO 00 06**:

      **a.** Excluded under SECTION I – EXCLUSIONS:

      **b.** Under form **HO 00 06**, to property in a unit regularly rented or held for rental to others by you;

      **c.** Caused by:

        **(1)** Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage of overflow from within the system or appliance caused by freezing.  This exclusion applies only while the dwelling is vacant, unoccupied or being constructed, unless you have reasonable care to:

          **(a)** Maintain heat in the building; or

          **(b)** Shut off the water supply and drain the system and appliances of water;

        **(2)** Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

          **(a)** Fence, pavement, patio or swimming pool;

          **(b)** Foundation, retaining wall, or bulkhead; or

          **(c)** Pier, Wharf or dock;

        **(3)** Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

       **(4)** Any of the following:

          **(a)** Wear and tear, marring, deterioration;

          **(b)** Inherent vice, latent defect;

          **(c)** Smog, rust or other corrosion, mold, wet or dry rot;

          **(d)** Smoke from agricultural smudging or industrial operations;

HOCB84409

(e) Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by one or more of the Perils Insured Against that would apply under Coverage C of the policy form if this endorsement were not attached to the policy form.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.  Waste includes materials to be recycled, reconditioned or reclaimed;

(f) Settling, shrinking, bulging or expansion, including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings;

(g) Birds, vermin, rodents, or insects; or

(h) Animals owned or kept by an "insured."

If any of these cause water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance.

We do not cover loss to the system or appliance from which this water escaped.

Under items **(1)** through **(4)**, any ensuing loss to property described in Coverages A, B and C not excluded or excepted in this policy is covered.

**2.** Under Coverages A and B in **HO 00 03** and Coverage A in form **HO 00 06**:

**a.** Caused by vandalism and malicious mischief if the dwelling has been vacant for more than 30 consecutive days immediately before the loss.  A dwelling being constructed is not considered vacant.

**b.** Involving collapse, other than as provided in Additional Coverages – **8.** Collapse.  However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

**3.** Under Coverage C caused by:

**a.** Breakage of:

(1) Eyeglasses, glassware, statuary, marble;

(2) Bric-a-brac, porcelains and similar fragile articles other than jewelry, watches, bronzes, cameras and photographic lenses.

There is coverage for breakage of the property by or resulting from:

(1) Fire, lightning, windstorm, hail;

(2) Smoke, other than smoke from agricultural smudging or industrial operations;

(3) Explosion, riot, or civil commotion;

(4) Aircraft, vehicles, vandalism and malicious mischief, earthquake or volcanic eruption;

(5) Collapse of a building or any part of a building;

(6) Water not otherwise excluded;

(7) Theft or attempted theft; or

(8) Sudden and accidental tearing apart, cracking, burning or bulging of:

(a) A steam or hot water heating system;

(b) An air conditioning or automatic fire protective sprinkler system; or

(c) An appliance for heating water;

**b.** Dampness of atmosphere or extremes of temperature unless the direct cause of loss is rain, snow, sleet or hail;

**c.** Refinishing, renovating or repairing property other than watches, jewelry and furs;

**d.** Collision, other than collision with a land vehicle, sinking, swamping or stranding of watercraft, including their trailers, furnishings, equipment and outboard engines or motors;

**e.** Destruction, confiscation or seizure by order of any government or public authority; or

**f.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.  However, any ensuing loss to property described in Coverage C not excluded or excepted in this policy is covered.

## SECTION I – EXCLUSIONS

**1.b. Earth Movement.** The following paragraph is added:

This exclusion applies only to property described in Coverages A and B.

**1.c. Water Damage** is deleted and replaced by the following:

**c. Water**

This means:

(1) Flood, surface water, waves, including tidal wave and tsunami, tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind, including storm surge;

HOCB84409

**(2)** Water which

**(a)** Backs up through sewers or drains; or

**(b)** Overflows or is otherwise discharged from a sump, sump pump or related equipment.

This exclusion does not apply to the extent that coverage is provided by the Water Back Up and Sump Overflow Additional Coverage.

**(3)** Water below the surface of the ground including water which exerts pressure on, or seeps, leaks or flows through a building, sidewalk, driveway, patio, foundation, swimming pool or other structure; or

**(4)** Waterborne material carried or otherwise moved by any of the water referred to in **1.c.(1)** through **1.c.(3)** of this exclusion.

This Exclusion applies regardless of whether any of the above, in **1.c.(1)** through **1.c.(4)**, is caused by an act of nature or is otherwise caused.

This Exclusion applies to, but is not limited to, escape, overflow or discharge, for any reason, of water or water-borne material from a dam, levee, seawall or any other boundary or containment system.

However, direct loss by fire, explosion or theft resulting from any of the above, in **1.c.(1)** through **1.c.(4)**, is covered.

Water damage to property described in Coverage C away from a premises or location owned, rented, occupied or controlled by an "insured" is covered.

Water damage to property described in Coverage C on a premises or location owned, rented, occupied or controlled by an "insured" is excluded even if weather conditions contribute in any way to produce the loss. We will cover, to the extent that coverage is provided under Additional Coverage **14.** Water Back Up and Sump Overflow, damage to property in Coverage **C** located at the "residence premises" or any other residence owned by, rented to, or occupied by an "insured" while an "insured" is temporarily living there.

## SECTION I – PERSONAL PROPERTY REPLACEMENT COST

**a.** Covered losses to the following property are settled at replacement cost at the time of loss:

**(1)** Coverage C – Personal Property;

**(2)** If covered in this policy, awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings.

Personal Property Replacement Cost coverage will also apply to the following articles or classes of property if they are separately described and specifically insured in this policy;

**a.** Jewelry;

**b.** Furs and garments trimmed with fur or consisting principally of fur;

**c.** Cameras, projection machines, films and related articles of equipment;

**d.** Musical equipment and related articles of equipment;

**e.** Silverware, silver-plated ware, goldware, gold-plated ware and pewterware, but excluding pens, pencils, flasks, smoking implements or jewelry; and

**f.** Golfer's equipment meaning golf clubs, golf clothing and golf equipment.

Personal Property Replacement Cost coverage will not apply to other classes of property separately described and specifically insured.

## 1. PROPERTY NOT ELIGIBLE

Property listed below is not eligible for replacement cost settlement. Any loss will be settled at actual cash value at any time of loss but not more than the amount required to repair or replace.

**a.** Antiques, fine arts, paintings and similar articles of rarity or antiquity which cannot be replaced.

**b.** Memorabilia, souvenirs, collectors items and similar articles whose age or history contribute to their value.

**c.** Articles not maintained in good or workable condition.

**d.** Articles that are outdated or obsolete and are stored or not being used.

## 2. REPLACEMENT COST

The following loss settlement procedure applies to all property insured under this endorsement:

**a.** We will pay no more than the least of the following amounts:

**(1)** Replacement cost at the time of loss without deduction for depreciation;

**(2)** The full cost of repair at the time of loss;

**(3)** The limit of liability that applies to Coverage C, if applicable;

**(4)** Any applicable special limits of liability stated in this policy; or

**(5)** For loss to any item separately described and specifically insured in this policy, the limit of liability that applies to the item.

**b.** When the replacement cost for the entire loss under this endorsement is more than $500, we will pay no more than the actual cash value for the loss or damage until the actual repair or replacement is complete.

F-4456 (Ed. 8-12)

HOCB84409

   c. You may make a claim for loss on an actual cash value basis and then make claim within 180 days after the loss for any additional liability in accordance with this endorsement.

**17.Replacement Cost Protection Coverage A Dwelling.**

We agree to amend the present limits of liability in accordance with the following provisions:

**A.** If you have:

   **1.** allowed us to adjust the Coverage A limit of liability and the premium in accordance with:

     **a.** the property evaluations we make; and

     **b.** any increase in inflation; and

   **2.** notified us, within 30 days of completion of any improvements, alterations, or additions to the dwelling building which increase the replacement cost of the dwelling building by 5% or more; and

   **3.** elected to repair or replace the damaged dwelling building;

**B.** We will:

   **1.** increase the Coverage A limit of liability to equal the current replacement cost of the dwelling if the amount of loss to the dwelling is more than the limit of liability indicated on the Declarations page, but not to exceed 125% of the Coverage A limit;

   **2.** also increase by the same percentage applied to Coverage A the limits of liability for Coverages B, C and D. However, we will do this only if the Coverage A limit of liability is increased under paragraph **1.** above as a result of Coverage A loss;

   **3.** adjust the policy premium for the time of loss for the remainder of the policy term based on the increased limits of liability.

**C.** For the purpose of settling that loss only, **Section I Condition 3. Loss Settlement** paragraph **b.** is deleted and replaced by paragraphs **b., c.** and **d.** as follows:

   **b.** Building under Coverages A or B at replacement cost without deduction for depreciation.  We will pay no more than the smallest of the following amounts for like construction and use on the same premises:

     **(1)** the replacement cost of the building damaged or destroyed;

     **(2)** the necessary amount actually spent to repair or replace the damaged or destroyed building; or

     **(3)** the limit of liability under this policy that applies to the building, increased in accordance with paragraphs **B.1.** and **B.2.**  The most the company will pay is 125% of the Coverage A limit.

   **c.** We will pay not more than the actual cash value of the damage until actual repair or replacement is made.

   **d.** You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to buildings on an actual cash value basis.  You may then make claim within 180 days after loss for any additional liability on a replacement cost basis.

## SECTION II – LIABILITY COVERAGES

### COVERAGE E – Personal Liability

This section is deleted and replaced with the following:

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury", "personal injury," or "property damage" caused by an "occurrence" to which this coverage applies, we will:

**1.** Pay up to our limit of liability for the damages for which the "insured" is legally liable.

**2.** Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent.  We may investigate and settle any claim or suit that we decide is appropriate.  Our duty to settle or defend ends when the amount we pay for damages resulting from the "occurrence" equals our limit of liability.

## SECTION II – EXCLUSIONS

**Item 1.f.(3)** is deleted and replaced by the following:

   **(3)** a motorized golf cart when used off public roads:

**Item 1.f.(4)(b)** is deleted and replaced by the following:

   **(4)(b)** designed for assisting the elderly or handicapped; or

**Item 1.g.** is deleted and replaced by the following:

**WATERCRAFT**

   **g.** arising out of:

     **(1)** the ownership, maintenance, use, loading or unloading of a watercraft described below;

     **(2)** the entrustment by an insured of a watercraft described below to any person; or

     **(3)** vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using a watercraft described below.

HOCB84409

Watercraft

Excluded watercraft are those that are principally designed to be propelled by engine power or electric motor, or are sailing vessels, whether owned or rented to an "insured." This exclusion does not apply to watercraft:

**(1)** that are not sailing vessels and are powered by:

**(a)** inboard or inboard-outdrive engine or motor power of 50 horsepower or less not owned by an "insured";

**(b)** inboard or inboard-outdrive engine or motor power of more than 50 horsepower not owned by or rented to an "insured";

**(c)** one or more outboard engines or motors with 61 total horsepower or less;

**(d)** one or more outboard engines or motors with more than 60 total horsepower if the outboard engine or motor is not owned by an "insured";

**(e)** outboard engines of more than 60 total horsepower owned by an "insured" if:

**(i)** you acquire them prior to the policy period; and

**(a)** you declare them at policy inception; or

**(b)** your intention to insure is reported to us in writing within 45 days after you acquire the outboard motors.

**(ii)** you acquire them during the policy period.

This coverage applies for the policy period.

**(2)** that are sailing vessels, with or without auxiliary power:

**(a)** less than 26 feet in overall length;

**(b)** 26 feet or more in overall length, not owned by or rented to an "insured."

**(3)** that are stored;

**2. Coverage E – Personal Liability** is amended to include the following:

**2.g.** Personal injury insurance does not apply to:

**1.** Liability assumed by the "insured" under any contract or agreement except any indemnity obligation assumed by the "insured" under a written contract directly relating to the ownership, maintenance or use of the premises;

**2.** Injury caused by a violation of a penal law or ordinance committed by or with the knowledge or consent of an "insured";

**3.** Injury sustained by any person as a result of an offense directly or indirectly relating to the employment of this person by the "insured";

**4.** Injury arising out of or in connection with a "business" engaged in by an "insured." This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owned, or implied to be provided because of the nature of the "business";

**5.** Civic or public activities performed for pay by an "insured"; or

## SECTION II – ADDITIONAL COVERAGES

**1. Claims Expenses**

Paragraph **c.** is deleted and replaced by the following:

**c.** Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $100 per day for assisting us in the investigation or defense of a claim or suit;

**3. Damage to Property of Others** is amended to show a limit of $1,000.

The following **SECTION II – Additional Coverage** is added:

**5. Part-time Business Pursuits. SECTION II, Coverage E – Personal Liability and Coverage F – Medical Payments** of this policy shall extend to cover any "insured" under the age of 21 involved in occasional, part-time "business" pursuits.

All other provisions of this policy apply.

HOCB84409

F-4600
(Ed. 1-06)

# HOME REPLACEMENT COST EXTRA PROTECTION

**(Applies only when loss to dwelling building exceeds the Coverage A
Limit of Liability shown in the Declarations)**

To the extent that coverage is provided, we agree to provide an additional amount of insurance in accordance with the following provisions:

**A.** If you have:

    **1.** Allowed us to adjust the Coverage A limit of liability and the premium in accordance with:

        **a.** The property evaluations we make; and

        **b.** Any increases in inflation; and

    **2.** Notified us, within 30 days of completion, of any improvements, alterations or additions to the dwelling building which increase the replacement cost of the dwelling building by 5% or more;

    the provisions of this endorsement will apply after a loss, provided you elect to repair or replace the damaged or destroyed dwelling building.

**B.** If there is a loss to the dwelling building that exceeds the Coverage A limit of liability shown in the Declarations, for the purpose of settling that loss only:

    **1.** We will provide an additional amount of insurance, up to 50% of the Coverage A limit of liability; and

    **2.** We will increase, by the same percentage applied to Coverage A, the limits of liability for Coverages B, C, and D. However, we will do this only if the Coverage A limit of liability increased under paragraph **B.1.** as a result of a Coverage A loss; and

    **3.** Section I Condition **3.** Loss Settlement paragraph **b.** is deleted and replaced by paragraphs **b., c.,** and **d.** as follows:

        **b.** The dwelling building under Coverage A or B at replacement cost without deduction for depreciation. We will pay no more than the smallest of the following amounts for like construction and use on the same premises:

            **(1)** The replacement cost of that part of the dwelling building damaged or destroyed;

            **(2)** The necessary amount actually spent to repair or replace the damaged or destroyed dwelling building; or

            **(3)** The limit of liability under this policy that applies to the dwelling building, plus any additional amount provided by this endorsement.

        **c.** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete.

        **d.** You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to the dwelling building on an actual cash value basis. You may then make claim within 180 days after loss for any additional liability on a replacement cost basis.

    **4.** We will adjust the policy premium from the time of loss for the remainder of the policy term based on the increased limits of liability.

    **5.** If the Signature ™ Homeowners Endorsement is attached to your policy, the provisions of Condition 17, Replacement Cost Protection Coverage A Dwelling, of that endorsement are replaced in their entirety and superceded by the provisions of this endorsement.

All other provisions of this policy apply.

HOCB84409

F-4645
(Ed. 11-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## DOMESTIC DOG AND DOMESTIC CAT LIMITED COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:
**HOMEOWNERS POLICY**

### A. Domestic Dog and Domestic Cat Limited Coverage

Solely for the purpose of the coverage provided by this endorsement, Item **2.** of the **Property Not Covered** section of **Coverage C. - Personal Property** under **SECTION I – PROPERTY COVERAGES** is amended as follows:

**Property Not Covered.** We do not cover:

2  Animals, birds  or fish, except that if any domestic dog or domestic cat which is owned by any "insured" suffers  injury or death caused by any of the following perils which occur at an "insured location":

   **a.** Fire and Lightening;

   **b.** Windstorm or Hail,

   This peril does not include the injury or death of a dog or cat inside a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening;

   **c.** Explosion;

   **d.** Smoke, meaning sudden or accidental injury or death from smoke;

   **e.** aircraft; and

   **f.** Falling objects,

   This peril does not include the injury or death of a dog or cat located inside a building unless the roof or an outside wall of the building is first damaged by a falling object;

we will pay your reasonable veterinarian costs and expenses incurred for the necessary treatment of such injured domestic dog or cat as the result of such injury, subject to all of the **Section I Exclusions** of your policy and **B. Limit of Insurance** below.  We will only reimburse you for those services that are rendered within one year of the date of the loss.  In the event of the death of such domestic dog or domestic cat, we will pay you a death benefit of $500 minus any amount that we pay for reasonable and necessary veterinarian costs and expenses for the treatment of such dog or cat. The most we will pay for any one animal in any one accident for both veterinarian costs and expenses and death is a total of $500.

### B. Limit of Insurance

Regardless of the number of dogs and cats injured or killed in an "occurrence", the total combined amount that we will pay for injury and/or death under the coverage provided by this endorsement in any one "occurrence" is $1,500, subject to a maximum combined total payment of $500 for the injury and/or death of any one dog or cat.  This coverage is additional coverage.  No deductible applies to the coverage provided by this endorsement.

### C. Definition

Solely for the purposes of the coverage provided by this endorsement, "insured" means you and residents of your household who are:

   **a.** Your relatives; or

   **b.** Other persons under the age of 21 and in the care of any person named above.

Except as modified herein, all of the **Section I Conditions** apply to the coverage provided by this endorsement.

HOCB84409

**HOMEOWNERS**

FW-4112
(Ed. 9-94)

# OTHER STRUCTURES ENDORSEMENT

**SECTION I**

**Coverage B – Other Structures**

It is agreed under Section I, Coverage A, that if at the time of loss there are no wholly detached other private structures contained on the premises described exceeding $1,000 combined replacement cost for all such buildings, the limit of liability shown for Coverage B shall be added to the limit of liability shown for Coverage A and the sum of the two shall be the Company's Limit of Liability under Coverage A.

It is understood that this extension of coverage may not be used to satisfy:

1. The 80% Insurance To Value requirement of the Replacement Cost provision of the policy,

or

2. The 100% Insurance To Value and Guaranteed Replacement Cost provisions of the policy.

HOCB84409

HOMEOWNERS
HO 00 03 04 91

# HOMEOWNERS 3
## SPECIAL FORM

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We," "us" and "our" refer to the Company providing this insurance. In addition, certain words and phrases are defined as follows:

**1.** "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

**2.** "Business" includes trade, profession or occupation.

**3.** "Insured" means you and residents of your household who are:

**a.** Your relatives; or

**b.** Other persons under the age of 21 and in the care of any person named above.

Under Section II, "insured" also means:

**c.** With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in **3.a.** or **3.b.** above. A person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner is not an "insured";

**d.** With respect to any vehicle to which this policy applies:

**(1)** Persons while engaged in your employ or that of any person included in **3.a.** or **3.b.** above; or

**(2)** Other persons using the vehicle on an "insured location" with your consent.

**4.** "Insured location" means:

**a.** The "residence premises";

**b.** The part of other premises, other structures and grounds used by you as a residence and:

**(1)** Which is shown in the Declarations; or

**(2)** Which is acquired by you during the policy period for your use as a residence;

**c.** Any premises used by you in connection with a premises in **4.a.** and **4.b.** above;

**d.** Any part of a premises:

**(1)** Not owned by an "insured"; and

**(2)** Where an "insured" is temporarily residing;

**e.** Vacant land, other than farm land, owned by or rented to an "insured";

**f.** Land owned by or rented to an "insured" on which a one or two family dwelling is being built as a residence for an "insured";

**g.** Individual or family cemetery plots or burial vaults of an "insured"; or

**h.** Any part of a premises occasionally rented to an "insured" for other than "business" use.

**5.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

**a.** "Bodily injury"; or

**b.** "Property damage."

**6.** "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

**7.** "Residence employee" means:

**a.** An employee of an "insured" whose duties are related to the maintenance or use of the "residence premises," including household or domestic services; or

**b.** One who performs similar duties elsewhere not related to the "business" of an "insured."

**8.** "Residence premises" means:

**a.** The one family dwelling, other structures, and grounds; or

**b.** That part of any other building;

where you reside and which is shown as the "residence premises" in the Declarations.

"Residence premises" also means a two family dwelling where you reside in at least one of the family units and which is shown as the "residence premises" in the Declarations.

Copyright, Insurance Services Office, Inc., 1990

## SECTION I – PROPERTY COVERAGES

### COVERAGE A – Dwelling

We cover:

1. The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

2. Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises."

This coverage does not apply to land, including land on which the dwelling is located.

### COVERAGE B – Other Structures

We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

This coverage does not apply to land, including land on which the other structures are located.

We do not cover other structures:

1. Used in whole or in part for "business"; or

2. Rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

The limit of liability for this coverage will not be more than 10% of the limit of liability that applies to Coverage A. Use of this coverage does not reduce the Coverage A limit of liability.

### COVERAGE C – Personal Property

We cover personal property owned or used by an "insured" while it is anywhere in the world. At your request, we will cover personal property owned by:

1. Others while the property is on the part of the "residence premises" occupied by an "insured";

2. A guest or a "residence employee," while the property is in any residence occupied by an "insured."

Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises," is 10% of the limit of liability for Coverage C, or $1000, whichever is greater. Personal property in a newly acquired principal residence is not subject to this limitation for the 30 days from the time you begin to move the property there.

**Special Limits of Liability.** These limits do not increase the Coverage C limit of liability. The special limit for each numbered category below is the total limit for each loss for all property in that category.

1. $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum, coins and medals.

2. $1000 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

   This limit includes the cost to research, replace or restore the information from the lost or damaged material.

3. $1000 on watercraft, including their trailers, furnishings, equipment and outboard engines or motors.

4. $1000 on trailers not used with watercraft.

5. $1000 for loss by theft of jewelry, watches, furs, precious and semi-precious stones.

6. $2000 for loss by theft of firearms.

7. $2500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.

8. $2500 on property, on the "residence premises," used at any time or in any manner for any "business" purpose.

9. $250 on property, away from the "residence premises," used at any time or in any manner for any "business" purpose. However, this limit does not apply to loss to adaptable electronic apparatus as described in Special Limits **10.** and **11.** below.

10. $1000 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic apparatus includes:

    a. Accessories or antennas; or

    b. Tapes, wires, records, discs or other media;

    for use with any electronic apparatus.

Copyright, Insurance Services Office, Inc., 1990
HO 00 03 04 91

HOCB84409

11. $1000 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:

   a. Is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power;

   b. Is away from the "residence premises"; and

   c. Is used at any time or in any manner for any "business" purpose.

   Electronic apparatus includes:

   a. Accessories and antennas; or

   b. Tapes, wires, records, discs or other media;

   for use with any electronic apparatus.

**Property Not Covered.** We do not cover:

1. Articles separately described and specifically insured in this or other insurance;

2. Animals, birds or fish;

3. Motor vehicles or all other motorized land conveyances. This includes:

   a. Their equipment and accessories; or

   b. Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of motor vehicles or all other motorized land conveyances. Electronic apparatus includes:

      (1) Accessories or antennas; or

      (2) Tapes, wires, records, discs or other media;

      for use with any electronic apparatus.

      The exclusion of property described in **3.a.** and **3.b.** above applies only while the property is in or upon the vehicle or conveyance.

   We do cover vehicles or conveyances not subject to motor vehicle registration which are:

   a. Used to service an "insured's" residence; or

   b. Designed for assisting the handicapped;

4. Aircraft and parts. Aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

5. Property of roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";

6. Property in an apartment regularly rented or held for rental to others by an "insured," except as provided in Additional Coverages **10.**;

7. Property rented or held for rental to others off the "residence premises";

8. "Business" data, including such data stored in:

   a. Books of account, drawings or other paper records; or

   b. Electronic data processing tapes, wires, records, discs or other software media;

   However, we do cover the cost of blank recording or storage media, and of pre-recorded computer programs available on the retail market; or

9. Credit cards or fund transfer cards except as provided in Additional Coverages **6.**

**COVERAGE D – Loss Of Use**

The limit of liability for Coverage D is the total limit for all the coverages that follow.

1. If a loss covered under this Section makes that part of the "residence premises" where you reside not fit to live in, we cover, at your choice, either of the following. However, if the "residence premises" is not your principal place of residence, we will not provide the option under paragraph **b.** below.

   a. **Additional Living Expense,** meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living; or

   b. **Fair Rental Value,** meaning the fair rental value of that part of the "residence premises" where you reside less any expenses that do not continue while the premises is not fit to live in.

   Payment under **a.** or **b.** will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

2. If a loss covered under this Section makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the:

   **Fair Rental Value,** meaning the fair rental value of that part of the "residence premises" rented to others or held for rental by you less any expenses that do not continue while the premises is not fit to live in.

   Payment will be for the shortest time required to repair or replace that part of the premises rented or held for rental.

3. If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against in this policy, we cover the Additional Living Expense and Fair Rental Value loss as provided under **1.** and **2.** above for no more than two weeks.

HOCB84409

The periods of time under **1.**, **2.** and **3.** above are not limited by expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

## ADDITIONAL COVERAGES

1. **Debris Removal.** We will pay your reasonable expense for the removal of:

   **a.** Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

   **b.** Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

   This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for debris removal expense.

   We will also pay your reasonable expense, up to $500, for the removal from the "residence premises" of:

   **a.** Your tree(s) felled by the peril of Windstorm or Hail;

   **b.** Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or

   **c.** A neighbor's tree(s) felled by a Peril Insured Against under Coverage C;

   provided the tree(s) damages a covered structure. The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

2. **Reasonable Repairs.** In the event that covered property is damaged by an applicable Peril Insured Against, we will pay the reasonable cost incurred by you for necessary measures taken solely to protect against further damage. If the measures taken involve repair to other damaged property, we will pay for those measures only if that property is covered under this policy and the damage to that property is caused by an applicable Peril Insured Against.

   This coverage:

   **a.** Does not increase the limit of liability that applies to the covered property;

   **b.** Does not relieve you of your duties, in case of a loss to covered property, as set forth in SECTION I – CONDITION **2.d.**

3. **Trees, Shrubs and Other Plants.** We cover trees, shrubs, plants or lawns, on the "residence premises," for loss caused by the following Perils Insured Against: Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles not owned or operated by a resident of the "residence premises," Vandalism or malicious mischief or Theft.

   We will pay up to 5% of the limit of liability that applies to the dwelling for all trees, shrubs, plants or lawns. No more than $500 of this limit will be available for any one tree, shrub or plant. We do not cover property grown for "business" purposes.

   This coverage is additional insurance.

4. **Fire Department Service Charge.** We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

   This coverage is additional insurance. No deductible applies to this coverage.

5. **Property Removed.** We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed. This coverage does not change the limit of liability that applies to the property being removed.

6. **Credit Card, Fund Transfer Card, Forgery and Counterfeit Money.**

   We will pay up to $500 for:

   **a.** The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

   **b.** Loss resulting from theft or unauthorized use of a fund transfer card used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

   **c.** Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

   **d.** Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

     Copyright, Insurance Services Office, Inc., 1990     HO 00 03 04 91

HOCB84409

We do not cover use of a credit card or fund transfer card:

**a.** By a resident of your household;

**b.** By a person who has been entrusted with either type of card; or

**c.** If an "insured" has not complied with all terms and conditions under which the cards are issued.

All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

We do not cover loss arising out of "business" use or dishonesty of an "insured."

This coverage is additional insurance. No deductible applies to this coverage.

Defense:

**a.** We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

**b.** If a suit is brought against an "insured" for liability under the Credit Card or Fund Transfer Card coverage, we will provide a defense at our expense by counsel of our choice.

**c.** We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under the Forgery coverage.

**7. Loss Assessment.** We will pay up to $1000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of direct loss to the property, owned by all members collectively, caused by a Peril Insured Against under COVERAGE A – DWELLING, other than earthquake or land shock waves or tremors before, during or after a volcanic eruption.

This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises."

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

The limit of $1000 is the most we will pay with respect to any one loss, regardless of the number of assessments.

Condition **1.** Policy Period, under SECTIONS I AND II CONDITIONS, does not apply to this coverage.

**8. Collapse.** We insure for direct physical loss to covered property involving collapse of a building or any part of a building caused only by one or more of the following:

**a.** Perils Insured Against in COVERAGE C – PERSONAL PROPERTY. These perils apply to covered buildings and personal property for loss insured by this additional coverage;

**b.** Hidden decay;

**c.** Hidden insect or vermin damage;

**d.** Weight of contents, equipment, animals or people;

**e.** Weight of rain which collects on a roof; or

**f.** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items **b., c., d., e.,** and **f.** unless the loss is a direct result of the collapse of a building.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

This coverage does not increase the limit of liability applying to the damaged covered property.

**9. Glass or Safety Glazing Material.**

We cover:

**a.** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window; and

**b.** Damage to covered property by glass or safety glazing material which is part of a building, storm door or storm window.

This coverage does not include loss on the "residence premises" if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant.

Loss for damage to glass will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

This coverage does not increase the limit of liability that applies to the damaged property.

 Copyright, Insurance Services Office, Inc., 1990

HOCB84409

10. **Landlord's Furnishings.** We will pay up to $2500 for your appliances, carpeting and other household furnishings, in an apartment on the "residence premises" regularly rented or held for rental to others by an "insured," for loss caused only by the following Perils Insured Against:

a. **Fire or lightning.**

b. **Windstorm or hail.**

This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

This peril includes loss to watercraft and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

c. **Explosion.**

d. **Riot or civil commotion.**

e. **Aircraft,** including self-propelled missiles and spacecraft.

f. **Vehicles.**

g. **Smoke,** meaning sudden and accidental damage from smoke.

This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

h. **Vandalism or malicious mischief.**

i. **Falling objects.**

This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

j. **Weight of ice, snow or sleet** which causes damage to property contained in a building.

k. **Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

This peril does not include loss:

(1) To the system or appliance from which the water or steam escaped;

(2) Caused by or resulting from freezing except as provided in the peril of freezing below; or

(3) On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises."

In this peril, a plumbing system does not include a sump, sump pump or related equipment.

l. **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

We do not cover loss caused by or resulting from freezing under this peril.

m. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.

This peril does not include loss on the "residence premises" while the dwelling is unoccupied, unless you have used reasonable care to:

(1) Maintain heat in the building; or

(2) Shut off the water supply and drain the system and appliances of water.

n. **Sudden and accidental damage from artificially generated electrical current.**

This peril does not include loss to a tube, transistor or similar electronic component.

o. **Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors.

The $2500 limit is the most we will pay in any one loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

---

## SECTION I – PERILS INSURED AGAINST

### COVERAGE A – DWELLING and COVERAGE B – OTHER STRUCTURES

We insure against risk of direct loss to property described in Coverages A and B only if that loss is a physical loss to property. We do not insure, however, for loss:

1. Involving collapse, other than as provided in Additional Coverage **8.**;

2. Caused by:

Copyright, Insurance Services Office, Inc., 1990   HO 00 03 04 91

HOCB84409

a. Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion applies only while the dwelling is vacant, unoccupied or being constructed, unless you have used reasonable care to:

   (1) Maintain heat in the building; or

   (2) Shut off the water supply and drain the system and appliances of water;

b. Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

   (1) Fence, pavement, patio or swimming pool;

   (2) Foundation, retaining wall, or bulkhead; or

   (3) Pier, wharf or dock;

c. Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

d. Vandalism and malicious mischief if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

e. Any of the following:

   (1) Wear and tear, marring, deterioration;

   (2) Inherent vice, latent defect, mechanical breakdown;

   (3) Smog, rust or other corrosion, mold, wet or dry rot;

   (4) Smoke from agricultural smudging or industrial operations;

   (5) Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against under Coverage C of this policy.

   Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

   (6) Settling, shrinking, bulging or expansion, including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings;

   (7) Birds, vermin, rodents, or insects; or

   (8) Animals owned or kept by an "insured."

If any of these cause water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

3. Excluded under Section I – Exclusions.

Under items **1.** and **2.,** any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

## COVERAGE C – PERSONAL PROPERTY

We insure for direct physical loss to the property described in Coverage C caused by a peril listed below unless the loss is excluded in SECTION I – EXCLUSIONS.

1. **Fire or lightning.**

2. **Windstorm or hail.**

   This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

   This peril includes loss to watercraft and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

3. **Explosion.**

4. **Riot or civil commotion.**

5. **Aircraft,** including self-propelled missiles and spacecraft.

6. **Vehicles.**

7. **Smoke,** meaning sudden and accidental damage from smoke.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8. **Vandalism or malicious mischief.**

9. **Theft,** including attempted theft and loss of property from a known place when it is likely that the property has been stolen.

   This peril does not include loss caused by theft:

   a. Committed by an "insured";

   b. In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied; or

HOCB84409

**c.** From that part of a "residence premises" rented by an "insured" to other than an "insured."

This peril does not include loss caused by theft that occurs off the "residence premises" of:

**a.** Property while at any other residence owned by, rented to, or occupied by an "insured," except while an "insured" is temporarily living there. Property of a student who is an "insured" is covered while at a residence away from home if the student has been there at any time during the 45 days immediately before the loss;

**b.** Watercraft, and their furnishings, equipment and outboard engines or motors; or

**c.** Trailers and campers.

**10.Falling objects.**

This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

**11.Weight of ice, snow or sleet** which causes damage to property contained in a building.

**12.Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

This peril does not include loss:

**a.** To the system or appliance from which the water or steam escaped;

**b.** Caused by or resulting from freezing except as provided in the peril of freezing below; or

**c.** On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises."

In this peril, a plumbing system does not include a sump, sump pump or related equipment.

**13.Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

We do not cover loss caused by or resulting from freezing under this peril.

**14.Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.

This peril does not include loss on the "residence premises" while the dwelling is unoccupied, unless you have used reasonable care to:

**a.** Maintain heat in the building; or

**b.** Shut off the water supply and drain the system and appliances of water.

**15.Sudden and accidental damage from artificially generated electrical current.**

This peril does not include loss to a tube, transistor or similar electronic component.

**16.Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors.

---

## SECTION I – EXCLUSIONS

**1.** We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

**a. Ordinance or Law,** meaning enforcement of any ordinance or law regulating the construction, repair, or demolition of a building or other structure, unless specifically provided under this policy.

**b. Earth Movement,** meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow; earth sinking, rising or shifting; unless direct loss by:

**(1)** Fire;

**(2)** Explosion; or

**(3)** Breakage of glass or safety glazing material which is part of a building, storm door or storm window;

ensues and then we will pay only for the ensuing loss.

This exclusion does not apply to loss by theft.

**c. Water Damage,** meaning:

**(1)** Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

**(2)** Water which backs up through sewers or drains or which overflows from a sump; or

          Copyright, Insurance Services Office, Inc., 1990          HO 00 03 04 91

HOCB84409

(3) Water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

Direct loss by fire, explosion or theft resulting from water damage is covered.

**d. Power Failure,** meaning the failure of power or other utility service if the failure takes place off the "residence premises." But, if a Peril Insured Against ensues on the "residence premises," we will pay only for that ensuing loss.

**e. Neglect,** meaning neglect of the "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

**f. War,** including the following and any consequence of any of the following:

(1) Undeclared war, civil war, insurrection, rebellion or revolution;

(2) Warlike act by a military force or military personnel; or

(3) Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

**g. Nuclear Hazard,** to the extent set forth in the Nuclear Hazard Clause of SECTION I – CONDITIONS.

**h. Intentional Loss,** meaning any loss arising out of any act committed:

(1) By or at the direction of an "insured"; and

(2) With the intent to cause a loss.

**2.** We do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

**a. Weather conditions.** However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss;

**b. Acts or decisions,** including the failure to act or decide, of any person, group, organization or governmental body;

**c. Faulty, inadequate or defective:**

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property whether on or off the "residence premises."

## SECTION I – CONDITIONS

**1. Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

**a.** To the "insured" for more than the amount of the "insured's" interest at the time of loss; or

**b.** For more than the applicable limit of liability.

**2. Your Duties After Loss.** In case of a loss to covered property, you must see that the following are done:

**a.** Give prompt notice to us or our agent;

**b.** Notify the police in case of loss by theft;

**c.** Notify the credit card or fund transfer card company in case of loss under Credit Card or Fund Transfer Card coverage;

**d.** Protect the property from further damage. If repairs to the property are required, you must:

(1) Make reasonable and necessary repairs to protect the property; and

(2) Keep an accurate record of repair expenses;

**e.** Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

**f.** As often as we reasonably require:

(1) Show the damaged property;

(2) Provide us with records and documents we request and permit us to make copies; and

(3) Submit to examination under oath, while not in the presence of any other "insured," and sign the same;

HOCB84409

**g.** Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

(1) The time and cause of loss;

(2) The interest of the "insured" and all others in the property involved and all liens on the property;

(3) Other insurance which may cover the loss;

(4) Changes in title or occupancy of the property during the term of the policy;

(5) Specifications of damaged buildings and detailed repair estimates;

(6) The inventory of damaged ·personal property described in **2.e.** above;

(7) Receipts for additional living expenses incurred and records that support the fair rental value loss; and

(8) Evidence or affidavit that supports a claim under the Credit Card, Fund Transfer Card, Forgery and Counterfeit Money coverage, stating the amount and cause of loss.

**3. Loss Settlement.** Covered property losses are settled as follows:

**a.** Property of the following types:

(1) Personal property;

(2) Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings; and

(3) Structures that are not buildings;

at actual cash value at the time of loss but not more than the amount required to repair or replace.

**b.** Buildings under Coverage A or B at replacement cost without deduction for depreciation, subject to the following:

(1) If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, after application of deductible and without deduction for depreciation, but not more than the least of the following amounts:

(a) The limit of liability under this policy that applies to the building;

(b) The replacement cost of that part of the building damaged for like construction and use on the same premises; or

(c) The necessary amount actually spent to repair or replace the damaged building.

(2) If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

(a) The actual cash value of that part of the building damaged; or

(b) That proportion of the cost to repair or replace, after application of deductible and without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

(3) To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

(a) Excavations, foundations, piers or any supports which are below the undersurface of the lowest basement floor;

(b) Those supports in **(a)** above which are below the surface of the ground inside the foundation walls, if there is no basement; and

(c) Underground flues, pipes, wiring and drains.

(4) We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss according to the provisions of **b.(1)** and **b.(2)** above.

However, if the cost to repair or replace the damage is both:

(a) Less than 5% of the amount of insurance in this policy on the building; and

(b) Less than $2500;

we will settle the loss according to the provisions of **b.(1)** and **b.(2)** above whether or not actual repair or replacement is complete.

     Copyright, Insurance Services Office, Inc., 1990     HO 00 03 04 91

HOCB84409

(5) You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to buildings on an actual cash value basis. You may then make claim within 180 days after loss for any additional liability according to the provisions of this Condition **3. Loss Settlement.**

**4. Loss to a Pair or Set.** In case of loss to a pair or set we may elect to:

**a.** Repair or replace any part to restore the pair or set to its value before the loss; or

**b.** Pay the difference between actual cash value of the property before and after the loss.

**5. Glass Replacement.** Loss for damage to glass caused by a Peril Insured Against will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

**6. Appraisal.** If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

**a.** Pay its own appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

**7. Other Insurance.** If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

**8. Suit Against Us.** No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss.

**9. Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like property.

**10. Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

**a.** Reach an agreement with you;

**b.** There is an entry of a final judgment; or

**c.** There is a filing of an appraisal award with us.

**11. Abandonment of Property.** We need not accept any property abandoned by an "insured."

**12. Mortgage Clause.**

The word "mortgagee" includes trustee.

If a mortgagee is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

**a.** Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

**b.** Pays any premium due under this policy on demand if you have neglected to pay the premium; and

**c.** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

If we pay the mortgagee for any loss and deny payment to you:

**a.** We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

**b.** At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

HOCB84409

13. **No Benefit to Bailee.** We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

14. **Nuclear Hazard Clause.**

   a. "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

   b. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against in Section I.

   c. This policy does not apply under Section I to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

15. **Recovered Property.** If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

16. **Volcanic Eruption Period.** One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

## SECTION II – LIABILITY COVERAGES

### COVERAGE E – Personal Liability

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which the "insured" is legally liable. Damages include prejudgment interest awarded against the "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from the "occurrence" equals our limit of liability.

### COVERAGE F – Medical Payments To Others

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury." Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees." As to others, this coverage applies only:

1. To a person on the "insured location" with the permission of an "insured"; or

2. To a person off the "insured location," if the "bodily injury":

   a. Arises out of a condition on the "insured location" or the ways immediately adjoining;

   b. Is caused by the activities of an "insured";

   c. Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or

   d. Is caused by an animal owned by or in the care of an "insured."

## SECTION II – EXCLUSIONS

1. **Coverage E – Personal Liability** and **Coverage F – Medical Payments to Others** do not apply to "bodily injury" or "property damage":

   a. Which is expected or intended by the "insured";

   b. Arising out of or in connection with a "business" engaged in by an "insured." This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business";

Copyright, Insurance Services Office, Inc., 1990

HO 00 03 04 91

HOCB84409

**c.** Arising out of the rental or holding for rental of any part of any premises by an "insured." This exclusion does not apply to the rental or holding for rental of an "insured location":

   **(1)** On an occasional basis if used only as a residence;

   **(2)** In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

   **(3)** In part, as an office, school, studio or private garage;

**d.** Arising out of the rendering of or failure to render professional services;

**e.** Arising out of a premises:

   **(1)** Owned by an "insured";

   **(2)** Rented to an "insured"; or

   **(3)** Rented to others by an "insured";

   that is not an "insured location";

**f.** Arising out of:

   **(1)** The ownership, maintenance, use, loading or unloading of motor vehicles or all other motorized land conveyances, including trailers, owned or operated by or rented or loaned to an "insured";

   **(2)** The entrustment by an "insured" of a motor vehicle or any other motorized land conveyance to any person; or

   **(3)** Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using a conveyance excluded in paragraph **(1)** or **(2)** above.

   This exclusion does not apply to:

   **(1)** A trailer not towed by or carried on a motorized land conveyance.

   **(2)** A motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and:

     **(a)** Not owned by an "insured"; or

     **(b)** Owned by an "insured" and on an "insured location";

   **(3)** A motorized golf cart when used to play golf on a golf course;

   **(4)** A vehicle or conveyance not subject to motor vehicle registration which is:

     **(a)** Used to service an "insured's" residence;

     **(b)** Designed for assisting the handicapped; or

     **(c)** In dead storage on an "insured location";

**g.** Arising out of:

   **(1)** The ownership, maintenance, use, loading or unloading of an excluded watercraft described below;

   **(2)** The entrustment by an "insured" of an excluded watercraft described below to any person; or

   **(3)** Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an excluded watercraft described below.

Excluded watercraft are those that are principally designed to be propelled by engine power or electric motor, or are sailing vessels, whether owned by or rented to an "insured." This exclusion does not apply to watercraft:

   **(1)** That are not sailing vessels and are powered by:

     **(a)** Inboard or inboard-outdrive engine or motor power of 50 horsepower or less not owned by an "insured";

     **(b)** Inboard or inboard-outdrive engine or motor power of more than 50 horsepower not owned by or rented to an "insured";

     **(c)** One or more outboard engines or motors with 25 total horsepower or less;

     **(d)** One or more outboard engines or motors with more than 25 total horsepower if the outboard engine or motor is not owned by an "insured";

     **(e)** Outboard engines or motors of more than 25 total horsepower owned by an "insured" if:

       **(i)** You acquire them prior to the policy period; and

         **(a)** You declare them at policy inception; or

         **(b)** Your intention to insure is reported to us in writing within 45 days after you acquire the outboard engines or motors.

       **(ii)** You acquire them during the policy period.

       This coverage applies for the policy period.

   **(2)** That are sailing vessels, with or without auxiliary power:

     **(a)** Less than 26 feet in overall length;

     **(b)** 26 feet or more in overall length, not owned by or rented to an "insured."

(3) That are stored;

**h.** Arising out of:

    **(1)** The ownership, maintenance, use, loading or unloading of an aircraft;

    **(2)** The entrustment by an "insured" of an aircraft to any person; or

    **(3)** Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an aircraft.

An aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

**i.** Caused directly or indirectly by war, including the following and any consequence of any of the following:

    **(1)** Undeclared war, civil war, insurrection, rebellion or revolution;

    **(2)** Warlike act by a military force or military personnel; or

    **(3)** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

**j.** Which arises out of the transmission of a communicable disease by an "insured";

**k.** Arising out of sexual molestation, corporal punishment or physical or mental abuse; or

**l.** Arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance(s) as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

Exclusions **e., f., g.,** and **h.** do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured."

**2. Coverage E – Personal Liability,** does not apply to:

**a.** Liability:

    **(1)** For any loss assessment charged against you as a member of an association, corporation or community of property owners;

    **(2)** Under any contract or agreement. However, this exclusion does not apply to written contracts:

    **(a)** That directly relate to the ownership, maintenance or use of an "insured location"; or

    **(b)** Where the liability of others is assumed by the "insured" prior to an "occurrence";

    unless excluded in **(1)** above or elsewhere in this policy;

**b.** "Property damage" to property owned by the "insured";

**c.** "Property damage" to property rented to, occupied or used by or in the care of the "insured." This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

**d.** "Bodily injury" to any person eligible to receive any benefits:

    **(1)** Voluntarily provided; or

    **(2)** Required to be provided;

    by the "insured" under any:

    **(1)** Workers' compensation law;

    **(2)** Non-occupational disability law; or

    **(3)** Occupational disease law;

**e.** "Bodily injury" or "property damage" for which an "insured" under this policy:

    **(1)** Is also an insured under a nuclear energy liability policy; or

    **(2)** Would be an insured under that policy but for the exhaustion of its limit of liability.

A nuclear energy liability policy is one issued by:

    **(1)** American Nuclear Insurers;

    **(2)** Mutual Atomic Energy Liability Underwriters;

    **(3)** Nuclear Insurance Association of Canada;

    or any of their successors; or

**f.** "Bodily injury" to you or an "insured" within the meaning of part **a.** or **b.** of "insured" as defined.

**3. Coverage F – Medical Payments to Others,** does not apply to "bodily injury":

**a.** To a "residence employee" if the "bodily injury":

    **(1)** Occurs off the "insured location"; and

    **(2)** Does not arise out of or in the course of the "residence employee's" employment by an "insured";

Copyright, Insurance Services Office, Inc., 1990
HO 00 03 04 91

HOCB84409

**b.** To any person eligible to receive benefits:

   **(1)** Voluntarily provided; or

   **(2)** Required to be provided;

  under any:

   **(1)** Workers' compensation law;

   **(2)** Non-occupational disability law; or

   **(3)** Occupational disease law;

**c.** From any:

   **(1)** Nuclear reaction;

   **(2)** Nuclear radiation; or

   **(3)** Radioactive contamination;

  all whether controlled or uncontrolled or however caused; or

   **(4)** Any consequence of any of these; or

**d.** To any person, other than a "residence employee" of an "insured," regularly residing on any part of the "insured location."

---

## SECTION II – ADDITIONAL COVERAGES

We cover the following in addition to the limits of liability:

**1. Claim Expenses.** We pay:

**a.** Expenses we incur and costs taxed against an "insured" in any suit we defend;

**b.** Premiums on bonds required in a suit we defend, but not for bond amounts more than the limit of liability for Coverage E. We need not apply for or furnish any bond;

**c.** Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $50 per day, for assisting us in the investigation or defense of a claim or suit; and

**d.** Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

**2. First Aid Expenses.** We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to you or any other "insured."

**3. Damage to Property of Others.** We will pay, at replacement cost, up to $500 per "occurrence" for "property damage" to property of others caused by an "insured."

We will not pay for "property damage":

**a.** To the extent of any amount recoverable under Section I of this policy;

**b.** Caused intentionally by an "insured" who is 13 years of age or older;

**c.** To property owned by an "insured";

**d.** To property owned by or rented to a tenant of an "insured" or a resident in your household; or

**e.** Arising out of:

   **(1)** A "business" engaged in by an "insured";

   **(2)** Any act or omission in connection with a premises owned, rented or controlled by an "insured," other than the "insured location"; or

   **(3)** The ownership, maintenance, or use of aircraft, watercraft or motor vehicles or all other motorized land conveyances.

   This exclusion does not apply to a motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and not owned by an "insured."

**4. Loss Assessment.** We will pay up to $1000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of:

**a.** "Bodily injury" or "property damage" not excluded under Section II of this policy; or

**b.** Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided:

   **(1)** The director, officer or trustee is elected by the members of a corporation or association of property owners; and

   **(2)** The director, officer or trustee serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises."

---

HOCB84409

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

Regardless of the number of assessments, the limit of $1000 is the most we will pay for loss arising out of:

a. One accident, including continuous or repeated exposure to substantially the same general harmful condition; or

b. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

The following do not apply to this coverage:

1. Section II – Coverage E – Personal Liability Exclusion 2.a.(1);

2. Condition 1. Policy Period, under SECTIONS I AND II – CONDITIONS.

## SECTION II – CONDITIONS

1. **Limit of Liability.** Our total liability under Coverage E for all damages resulting from any one "occurrence" will not be more than the limit of liability for Coverage E as shown in the Declarations. This limit is the same regardless of the number of "insureds," claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence."

   Our total liability under Coverage F for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the limit of liability for Coverage F as shown in the Declarations.

2. **Severability of Insurance.** This insurance applies separately to each "insured." This condition will not increase our limit of liability for any one "occurrence."

3. **Duties After Loss.** In case of an accident or "occurrence," the "insured" will perform the following duties that apply. You will help us by seeing that these duties are performed:

   a. Give written notice to us or our agent as soon as is practical, which sets forth:

      (1) The identity of the policy and "insured";

      (2) Reasonably available information on the time, place and circumstances of the accident or "occurrence"; and

      (3) Names and addresses of any claimants and witnesses;

   b. Promptly forward to us every notice, demand, summons or other process relating to the accident or "occurrence";

   c. At our request, help us:

      (1) To make settlement;

      (2) To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

      (3) With the conduct of suits and attend hearings and trials; and

      (4) To secure and give evidence and obtain the attendance of witnesses;

   d. Under the coverage – Damage to Property of Others – submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in the "insured's" control;

   e. The "insured" will not, except at the "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury."

4. **Duties of an Injured Person – Coverage F – Medical Payments to Others.**

   The injured person or someone acting for the injured person will:

   a. Give us written proof of claim, under oath if required, as soon as is practical; and

   b. Authorize us to obtain copies of medical reports and records.

   The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

5. **Payment of Claim – Coverage F – Medical Payments to Others.** Payment under this coverage is not an admission of liability by an "insured" or us.

   Copyright, Insurance Services Office, Inc., 1990   HO 00 03 04 91

HOCB84409

**6. Suit Against Us.** No action can be brought against us unless there has been compliance with the policy provisions.

No one will have the right to join us as a party to any action against an "insured." Also, no action with respect to Coverage E can be brought against us until the obligation of the "insured" has been determined by final judgment or agreement signed by us.

**7. Bankruptcy of an Insured.** Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

**8. Other Insurance – Coverage E – Personal Liability.** This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

## SECTIONS I AND II – CONDITIONS

**1. Policy Period.** This policy applies only to loss in Section I or "bodily injury" or "property damage" in Section II, which occurs during the policy period.

**2. Concealment or Fraud.** The entire policy will be void if, whether before or after a loss, an "insured" has:

  **a.** Intentionally concealed or misrepresented any material fact or circumstance;

  **b.** Engaged in fraudulent conduct; or

  **c.** Made false statements;

relating to this insurance.

**3. Liberalization Clause.** If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy.

**4. Waiver or Change of Policy Provisions.**

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**5. Cancellation.**

  **a.** You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

  **b.** We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

  **(1)** When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

  **(2)** When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

  **(3)** When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

    **(a)** If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

    **(b)** If the risk has changed substantially since the policy was issued.

    This can be done by letting you know at least 30 days before the date cancellation takes effect.

  **(4)** When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

  **c.** When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

  **d.** If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**6. Nonrenewal.** We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**7. Assignment.** Assignment of this policy will not be valid unless we give our written consent.

 Copyright, Insurance Services Office, Inc., 1990

HOCB84409

**8. Subrogation.** An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply under Section II to Medical Payments to Others or Damage to Property of Others.

**9. Death.** If any person named in the Declarations or the spouse, if a resident of the same household, dies:

**a.** We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death;

**b.** "Insured" includes:

**(1)** Any member of your household who is an "insured" at the time of your death, but only while a resident of the "residence premises"; and

**(2)** With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

Copyright, Insurance Services Office, Inc., 1990          HO 00 03 04 91

HOCB84409

**HOMEOWNERS**
**HO 01 06 11 99**

**UNLESS OTHERWISE PROVIDED, THE TERMS AND PROVISIONS OF THIS ENDORSEMENT MODIFY THE INSURANCE PROVIDED UNDER YOUR POLICY. PLEASE READ IT CAREFULLY.**

# SPECIAL PROVISIONS – CONNECTICUT

## DEFINITIONS

Item **8.** is deleted in all forms and endorsements other than Form **HO 00 06** and Endorsements **HO 05 68, HO 05 69** and **HO 05 82** and replaced by the following:

**8.** "Residence premises" means:

**a.** The one family dwelling where you reside;

**b.** The two, three or four family dwelling where you reside in at least one of the family units; or

**c.** That part of any other building where you reside;

and which is shown as the "residence premises" in the Declarations.

"Residence premises" also includes other structures and grounds at that location.

## SECTION I – PROPERTY COVERAGES

## COVERAGE C – PERSONAL PROPERTY

## SPECIAL LIMITS OF LIABILITY

Items **10.** and **11.** are deleted and replaced by the following (These are Items **7.** and **8.** in Form **HO 00 08.**):

**10.** $1,000 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic apparatus includes:

**a.** Accessories or antennas; or

**b.** Tapes, wires, records, discs or other media;

for use with any electronic apparatus described in this Item **10.**

**11.** $1,000 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:

**a.** Is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power;

**b.** Is away from the "residence premises"; and

**c.** Is used at any time or in any manner for any "business" purpose.

Electronic apparatus includes:

**a.** Accessories and antennas; or

**b.** Tapes, wires, records, discs or other media;

for use with any electronic apparatus described in this Item **11.**

## PROPERTY NOT COVERED

Item **3.b.** is deleted and replaced by the following:

**3.** Motor vehicles or all other motorized land conveyances. This includes:

**b.** Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of motor vehicles or all other motorized land conveyances. Electronic apparatus includes:

**(1)** Accessories or antennas; or

**(2)** Tapes, wires, records, discs or other media;

for use with any electronic apparatus described in this Item **3.b.**

The exclusion of property described in **3.a.** and **3.b.** above applies only while the property is in or upon the vehicle or conveyance.

We do cover vehicles or conveyances not subject to motor vehicle registration which are:

**a.** Used to service an "insured's" residence; or

**b.** Designed for assisting the handicapped;

## COVERAGE D – LOSS OF USE

For all forms other than **HO 00 04** and **HO 00 06,** Item **1.** is deleted and replaced by the following:

**1.** If a loss covered under this Section makes that part of the "residence premises" where you reside not fit to live in, we cover the Additional Living Expense, meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

HOCB84409

For Forms **HO 00 04** and **HO 00 06,** Item **1.** is deleted and replaced by the following:

**1.** If a loss by a Peril Insured Against under this policy to covered property or the building containing the property makes the "residence premises" not fit to live in, we cover the Additional Living Expense, meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

**ADDITIONAL COVERAGES**

(All forms except **HO 00 01**), Paragraph **f.** under Item **8.** Collapse is deleted and replaced by the following:

**f.** Use of defective material or methods in construction, remodeling or renovation.

**9. Glass or Safety Glazing Material** is deleted and replaced by the following:

**9. Glass Or Safety Glazing Material**

**a.** We cover:

**(1)** For all forms other than **HO 00 04** and **HO 00 06,** the breakage of glass or safety glazing material which is part of a covered building, storm door or storm window, and for:

**(a)** Form **HO 00 04,** the breakage of glass or safety glazing material which is part of a building, storm door or storm window, and covered as Building Additions And Alterations; and

**(b)** Form **HO 00 06,** the breakage of glass or safety glazing material which is part of a building, storm door or storm window, and covered under Coverage **A; and**

**(2)** For all forms other than **HO 00 04** and **HO 00 06,** the breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a covered building, storm door or storm window, and for:

**(a)** Form **HO 00 04,** the breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a building, storm door or storm window, and covered as Building Additions And Alterations; and

**(b)** Form **HO 00 06,** the breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a building, storm door or storm window, and covered under Coverage **A; and**

**(3)** The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

**b.** This coverage does not include loss:

**(1)** To covered property which results because the glass or safety glazing material has been broken, except as provided in **a.(3)** above; or

**(2)** On the "residence premises" if the dwelling has been vacant for more than 30 consecutive days immediately before the loss, except when the breakage results directly from Earth Movement as provided for in **a.(2)** above. A dwelling being constructed is not considered vacant.

Loss to glass covered under this Additional Coverage **9.** will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

For Forms **HO 00 01** and **HO 00 08,** we will pay up to $100 for loss under this coverage.

This coverage does not increase the limit of liability that applies to the damaged property.

(This is Additional Coverage **8.** in Forms **HO 00 01** and **HO 00 08.**)

The following Additional Coverage is added to all forms except **HO 00 08.** With respect to Form **HO 00 04,** the words 'covered building' used below, refer to property covered under Additional Coverage **10.** Building Additions And Alterations.

**11. Ordinance Or Law**

**a.** You may use up to 10% of the limit of liability that applies to Coverage **A** (or for Form **HO 00 04,** you may use up to 10% of the limit of liability that applies to Building Additions And Alterations) for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

**(1)** The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

**(2)** The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

Copyright, Insurance Services Office, Inc., 1999

HO 01 06 11 99

HOCB84409

**(3)** The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

**b.** You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **a.** above.

**c.** We do not cover:

**(1)** The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

**(2)** The costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

(This is Additional Coverage **10.** in Forms **HO 00 01** and **HO 00 06.**)

## SECTION I – EXCLUSIONS

**1. Ordinance or Law** is deleted and replaced by the following:

**1.** Ordinance Or Law, meaning any ordinance or law:

**a.** Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion **1.a.** in all forms other than **HO 00 03**, and **1.a.(1)** in Form **HO 00 03**, does not apply to the amount of coverage that may be provided for under Additional Coverages, Glass Or Safety Glazing Material or Ordinance Or Law;

**b.** The requirements of which result in a loss in value to property; or

**c.** Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This exclusion applies whether or not the property has been physically damaged.

(This is Exclusion **1.a.** in Form **HO 00 03.**)

**2. Earth Movement** is deleted and replaced by the following:

**2.** Earth Movement, meaning earthquake, including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow; earth sinking, rising or shifting; unless direct loss by:

**a.** Fire; or

**b.** Explosion;

ensues and then we will pay only for the ensuing loss.

This exclusion does not apply to loss by theft.

(This is Exclusion **1.b.** in Form **HO 00 03.**)

**4. Power Failure** is deleted and replaced by the following:

**4.** Power Failure, meaning the failure of power or other utility service if the failure takes place off the "residence premises". But if the failure of power or other utility service results in a loss, from a Peril Insured Against on the "residence premises", we will pay for the loss or damage caused by that Peril Insured Against.

(This is Exclusion **1.d.** in Form **HO 00 03.**)

**8. Intentional Loss** is deleted and replaced by the following:

**8. Intentional Loss**

We do not provide coverage for an "insured" who commits or directs an act with the intent to cause a loss.

(This is Item **1.h.** in Form **HO 00 03.**)

## SECTION I – CONDITIONS

**3. Loss Settlement**

Under Form **HO 00 06**, Item **b.(2)** is deleted and replaced by the following:

**(2)** If the damage is not repaired or replaced within a reasonable time, at actual cash value but not more than the amount required to repair or replace.

HOCB84409

**12. Mortgage Clause**

(All forms except **HO 00 04**) This condition is deleted and replaced by the following:

**12. Mortgagee Interest And Obligations**

If the loss hereunder is made payable, in whole or in part, to a designated mortgagee not named herein as the "insured", such interest in this policy may be cancelled by giving to such mortgagee ten days' written notice of cancellation.

If the "insured" fails to render proof of loss such mortgagee, upon notice, shall render proof of loss in the form herein specified within sixty (60) days thereafter and shall be subject to the provisions hereof relating to appraisal and time of payment and of bringing suit. If this Company shall claim that no liability existed as to the mortgagor or owner, it shall, to the extent of payment of loss to the mortgagee, be subrogated to all the mortgagee's rights of recovery, but without impairing mortgagee's right to sue; or it may pay off the mortgage debt and require an assignment thereof and of the mortgage. Other provisions relating to the interests and obligations of such mortgagee may be added hereto by agreement in writing.

**SECTION II – EXCLUSIONS**

Under Item **2**, Coverage **E** – Personal Liability, Paragraph **f.** is deleted in all forms and Endorsements **HO 24 73** and **HO 24 82**. (This is Exclusion **2.f.** in **HO 24 73**; Item **6.** in **HO 24 82**.)

**SECTIONS I AND II – CONDITIONS**

**2. Concealment or Fraud** is deleted and replaced by the following:

**2. Concealment Or Fraud**

The entire policy will be void if, whether before or after a loss, an "insured" has intentionally:

**a.** Concealed or misrepresented any material fact or circumstance;

**b.** Engaged in fraudulent conduct; or

**c.** Made false statements;

relating to this insurance.

**5. Cancellation**

The first two paragraphs of **b.** and Item **b.(2)** are deleted and replaced by the following:

**b.** We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice, stating the reasons for cancellation, may be delivered to you, or mailed to you at your mailing address shown in the Declarations by registered mail, certified mail or United States Post Office certificate of mailing. The notice will state that excess premium (if not tendered) will be refunded on demand.

**(2)** When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel by letting you know at least 30 days before the date cancellation takes effect.

**6. Nonrenewal** is deleted and replaced by the following:

**6. Nonrenewal**

We may elect not to renew this policy and may do so by letting you know in writing at least 60 days before the expiration date of this policy. The written notice, stating the reasons for nonrenewal, may be delivered to you, or mailed to you at your mailing address shown in the Declarations by registered mail, certified mail or United States Post Office certificate of mailing.

All other provisions of this policy apply.

Copyright, Insurance Services Office, Inc., 1999

**HO 01 06 11 99**

HOCB84409

**HOMEOWNERS**
**HO 04 16 04 91**

## PREMISES ALARM OR
## FIRE PROTECTION SYSTEM

For a premium credit, we acknowledge the installation of an alarm system or automatic sprinkler system approved by us on the "residence premises."  You agree to maintain this system in working order and to let us know promptly of any change made to the system or if it is removed.

Credit     Description

HOCB84409

HO 04 96 04 91

## <u>NO</u> SECTION II – LIABILITY COVERAGES FOR HOME DAY CARE BUSINESS
## <u>LIMITED</u> SECTION I – PROPERTY COVERAGES FOR HOME DAY CARE BUSINESS

If an "insured" regularly provides home day care services to a person or persons other than "insureds" and receives monetary or other compensation for such services, that enterprise is a "business." Mutual exchange of home day care services, however, is not considered compensation. The rendering of home day care services by an "insured" to a relative of an "insured" is not considered a "business."

Therefore, with respect to a home day care enterprise which is considered to be a "business," this policy:

1.  Does not provide Section II – Liability Coverages because a "business" of an "insured" is excluded under exclusion **1.b.** of Section II – Exclusions;

2.  Does not provide Section I – Coverage B coverage where other structures are used in whole or in part for "business";

3.  Limits coverage for property used on the "residence premises" for the home day care enterprise to $2,500, because Coverage C – Special Limits of Liability – item **8.** imposes that limit on "business" property on the "residence premises." (Item **8.** corresponds to item **5.** in Form **HO 00 08.**);

4.  Limits coverage for property used away from the "residence premises" for the home day care enterprise to $250, because Coverage C – Special Limits of Liability – item **9.** imposes that limit on "business" property away from the "residence premises." Special Limit of Liability item **9.** does not apply to adaptable electronic apparatus as described in Special Limit of Liability items **10.** and **11.** (Items **9., 10.** and **11.** correspond to items **6., 7.** and **8.** respectively in **HO 00 08.**)

THIS ENDORSEMENT DOES **NOT** CONSTITUTE A REDUCTION OF COVERAGE.

HO 04 96 04 91        Copyright, Insurance Services Office, Inc., 1990

# When things go wrong and you need help fast, we're 'Good people to know'



We hope you never suffer an insurance loss. But, if and when you do, Harleysville gives you two convenient ways to report your claim to our company, which is your first step toward getting the matter resolved to your satisfaction.

## 2 easy ways to report your claim

### Call us toll-free at …

## 1.800.892.8877

When you call to report a claim, our courteous, professional staff will ask you for essential information to help determine the extent of your loss and, within minutes, assign a claim number and explain the settlement process.

### Report your claim online at www.harleysvillegroup.com

Visit our company Web site—www.harleysvillegroup.com—and look for this icon …



On the next page, look for: "Click here to submit your claim online."

With the claim form open, follow the instructions and your claim will be received in our central claims unit as soon as you click on "Submit."

## Our Harleysville claims team stands ready to assist you

Our representatives are available 24 hours a day, seven days a week, and will help you take advantage of the many services we offer to make your claims experience as "painless" as possible. They include:

| | |
|---|---|
| Home emergency services | To protect your property from further damage and provide repairs that are *guaranteed*. |
| Auto repair service | You can opt to select one of our company-approved auto body shops to provide top-notch repairs in a timely manner. |
| Home repair service | Our network of company-approved contractors are available to provide prompt, guaranteed service every time. |
| Auto glass repair service | Our network of experienced professionals in the auto glass industry are ready to help you. |
| Auto rental service | Your vehicle is waiting through Harleysville's partnership with the Enterprise Rent-A-Car network. |
| Medical provider panels | For workers compensation claims, our company-approved healthcare providers specialize in treating occupational injuries, helping employees get back on the job, and managing costs. |

Have questions about our claims team and the services we provide? Call us anytime at 1.800.892.8877. Plus, to learn how a business can help prevent losses before they occur, call Harleysville loss control at 1.800.523.6344, ext. 8100. You also can contact your independent agent with questions about any of our services. Thank you again for choosing Harleysville!

### A special note about insurance fraud

Insurance fraud costs insurance companies and their customers billions of dollars each year. If you suspect a person or persons are committing insurance fraud, please call in your anonymous tip to our toll-free hotline at 1.800.917.0055.

Z-1288  02/09