# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **Michael Halloran, et al.** | ) | |
| *Plaintiff* | ) | |
| v. | ) Case No. | **3:16-cv-00133-VAB** |
| **Harleysville Preferred Insurance Company, et al** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**CSAA Fire & Casualty Insurance Company**

Date:   **Jun 28, 2017**          /s/Carl R. Ficks, Jr.

*Attorney's signature*

**Carl R. Ficks, Jr.; ct03342**

*Printed name and bar number*

**Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103**

*Address*

**ficks@halloransage.com**

*E-mail address*

**860-522-6103**

*Telephone number*

**860-548-0006**

*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **Jun 28, 2017**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Carl R. Ficks, Jr.

*Attorney's signature*