UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL AND JOYCE HALLORAN *et al.*, | : : | |
| Plaintiffs, | : : | CIVIL CASE NO. |
| v. | : : | 3:16-CV-133 (VAB) |
| HARLEYSVILLE PREFERRED INSURANCE CO. *et al.*, | : : | |
| Defendant. | : | |

## ORDER AMENDING SCHEDULING ORDER

Plaintiffs have moved the Court for leave to amend the Substituted Third Amended Complaint. ECF No. 462. In response, certain Defendants moved the Court to stay briefing on the Substituted Third Amended Complaint. ECF No. 463. Plaintiffs oppose the Defendants' motion to stay briefing. ECF No. 467.

On January 29, 2016, Plaintiffs, alleged homeowners in Hartford, Tolland or Windham Counties in Connecticut brought a Class Action Complaint against their homeowners' insurance companies and an association to which these companies belong (collectively "Defendants"). ECF. No. 1. Pending before the Court are Defendants' Motions to Dismiss or Strike the Substituted Third Amended Complaint or portions thereof, ECF No. 373, 375, 377, 379, 381, 384, 387, 391, 394, 397, 399, 401, 407, 403, 405, 409, 411, 413, 415, 416, 420, currently scheduled for oral argument before the Court on November 16, 2017, ECF No. 437.

Consistent with this Court's inherent authority to manage its docket with a "view toward the efficient and expedient resolution of cases," *Deitz v. Bouldin*, 136 S. Ct. 1885, 1892 (2016), the Court, treating Defendant's motion to stay as a motion to amend the Court's scheduling order, hereby **ORDERS** the following:

1. Oral argument is adjourned until a date the Court deems appropriate;

2. Defendants have forty-five (45) days from the date of this order to file a response to Plaintiffs' Motion for Leave to file a Fourth Amended Complaint;

3. Should the Court deny Plaintiffs' Motion for Leave to Amend, Defendants have thirty (30) days from the date of that order to file replies in opposition to the Substituted Third Amended Complaint; and

4. Should the Court grant Plaintiffs' Motion for Leave to Amend, Defendants have forty-five (45) days from the date of that order to answer, move, or otherwise plead as to the Fourth Amended Complaint.

**SO ORDERED** at Bridgeport, Connecticut, this 29th day of September, 2017.

/s/ Victor A. Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE