UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL AND JOYCE HALLORAN, et al., | : |
| Plaintiffs, | : CIVIL ACTION |
| | : NO. 3:16-CV-00133-VAB |
| v. | : |
| HARLEYSVILLE PREFERRED INSURANCE CO., et al., | : |
| Defendants. | : OCTOBER 2, 2017 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Kenneth and Victoria Masciovecchio hereby give notice that their claims against AIG Property Casualty Company are dismissed without prejudice, and without costs to either party.

PLAINTIFFS

By  /s/ Marilyn B. Fagelson
    Ryan M. Suerth (ct23669)
    *rsuerth@murthalaw.com*
    Marilyn B. Fagelson (ct17202)
    *mfagelson@murthalaw.com*
    Melissa A. Federico (ct28278)
    *mfederico@murthalaw.com*
    Sarah Gruber (ct29918)
    *sgruber@murthalaw.com*

Murtha Cullina LLP
265 Church Street, 9th Floor
New Haven, CT 06510
Telephone: (203) 772-7700
Fax: (203) 772-7723

    Ryan P. Barry (ct21683)
    *rbarry@bbsattorneys.com*
    Anthony J. Spinella, Jr. (ct29782)
    *anthony@bbsattorneys.com*

Barry, Barall & Spinella, LLC
202 West Center Street, 1st Floor
Manchester, CT 06040
Telephone: (860) 649-4400
Fax: (860) 649-7900

*Their Attorneys*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 2, 2017, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                               /s/ Marilyn B. Fagelson
                                                               Marilyn B. Fagelson