UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL HALLORAN, et al. | : |
| Plaintiff, | : CIVIL ACTION NO. 3:16-cv-00133-VAB |
| v. | : |
| HARLEYSVILLE PREFERRED INSURANCE CO., et al. | : |
| Defendants. | : MARCH 30, 2018 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Plaintiffs hereby give notice that all claims alleged against Defendant CSAA Fire & Casualty Insurance Company are hereby dismissed without prejudice.

PLAINTIFFS


By   /s/ Marilyn B. Fagelson
    Ryan M. Suerth (ct23669)
    *rsuerth@murthalaw.com*
    Marilyn B. Fagelson (ct17202)
    *mgagelson@murthalaw.com*

    Murtha Cullina LLP
    265 Church Street, 9th Floor
    New Haven, CT 06510
    T: 203.772.7700
    F: 203.772.7723


    Ryan P. Barry (ct21683)
    *rbarry@bbsattorneys.com*
    Anthony J. Spinella, Jr. (ct29782)
    *anthony@bbsattorneys.com*

    Barry, Barall & Spinella, LLC
    202 West Center Street, 1st Floor
    Manchester, CT 06040
    T: 860.649.4400
    F: 860.649.7900

    *Their Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2018, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

    /s/ Marilyn B. Fagelson
Marilyn B. Fagelson