## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL HALLORAN, et al., | : | DOCKET NO. 3:16-CV-00133-VAB |
| Plaintiffs | : | |
| vs. | : | |
| HARLEYSVILLE PREFERRED INSURANCE CO., et al., | : | |
| Defendants. | : | APRIL 6, 2018 |

### BUNKER HILL INSURANCE COMPANY'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the defendant, Bunker Hill Insurance Company ("Bunker Hill"), respectfully moves to dismiss all of the claims asserted against it in the plaintiffs' "Fourth Amended Class Action Complaint." (ECF No. 488) ("Complaint"). For the reasons stated in Bunker Hill's accompanying memorandum of law, and also in the Memorandum of Law in Support of Certain Defendants' Joint Motion to Dismiss Counts 47 to 184 of the Fourth Amended Complaint (ECF Nos. 497, 497-2), which Bunker Hill joins, the Complaint fails to state a claim upon which relief can be granted against Bunker Hill.

WHEREFORE, Bunker Hill respectfully requests that the Court enter an order dismissing the entire Complaint against it.

**ORAL ARGUMENT REQUESTED**

DEFENDANT, BUNKER HILL
INSURANCE COMPANY,


By:   */s/ Thomas O. Farrish*
      Thomas O. Farrish (ct26917)
      *tofarrish@daypitney.com*
      John W. Cerreta (ct28919)
      *jcerreta@daypitney.com*
      Daniel J. Raccuia (ct29535)
      *draccuia@daypitney.com*
      Jennifer L. Shukla (ct30204)
      *jshukla@daypitney.com*
      Day Pitney LLP
      242 Trumbull Street
      Hartford, CT  06103-3499
      (860) 275-0100
      (860) 275-0343 (fax)

      Michael P. Mullins (ct29746)
      *mmullins@daypitney.com*
      Day Pitney LLP
      One International Place
      Boston, MA 02110
      (617) 345-4600
      (617) 345-4745

      Its Attorneys

## **CERTIFICATION**

     I hereby certify that on the above date a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.


      */s/ Thomas O. Farrish*
      Thomas O. Farrish