# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL AND JOYCE HALLORAN, ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> HARLEYSVILLE PREFERRED INSURANCE COMPANY, ET AL. <br><br> Defendants. | CIVIL ACTION NO: 3:16-CV-00133-VAB |

## KEMPER INDEPENDENCE INSURANCE COMPANY'S
## MOTION TO DISMISS THE FOURTH AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Kemper Independence Insurance Company ("Kemper") by its undersigned attorneys, hereby moves to dismiss the claims brought by Michael and Joyce Halloran (the "Hallorans") and Stanley Zaremba ("Zaremba") against Kemper in the Fourth Amended Class Action Complaint (Doc. 488) (the "FAC"). Specifically, Kemper moves to dismiss Breach of Contract Counts: 2, 3, 45, 46; Declaratory Judgment Counts: 48, 72, 73, and 81; Breach of the Implied Covenant of Good Faith and Fair Dealing Counts: 94, 118, 119, and 127; and CUTPA/CUIPA Counts: 140, 164, 165, and 173 brought against it in the FAC. Once the Court dismisses the aforementioned Plaintiffs' claims, Kemper should be dismissed from the case in its entirety, as no other named plaintiffs claim to have had a policy with Kemper. By extension, no remaining named plaintiff has standing to represent the allegedly "similarly situated homeowners" in claims against Kemper.

ORAL ARGUMENT REQUESTED

In support of this Motion, Kemper submits the Memorandum of Law filed contemporaneously with this Motion, which is incorporated herein.  Kemper also hereby incorporates the Joint Motion to Dismiss and supporting Memorandum of Law filed at Doc. 497.

WHEREFORE, Kemper respectfully requests that this Court grant this Motion, dismiss Counts: 2, 3, 45, 46, 48, 72, 73, 81, 94, 118, 119, 127, 140, 164, 165, and 173 against Kemper, and award any further relief that the Court deems just and appropriate.

Dated: April 6, 2018

Respectfully submitted,

*/s/ Richard L. Fenton*
Richard L. Fenton, phv08139
Mark L. Hanover, phv08143
Kristen C. Rodriguez, phv08145
DENTONS US LLP
233 S. Wacker Dr., Ste. 5900
Chicago, IL 60606
T:  (312) 876-8000
F:  (312) 876-7934
richard.fenton@dentons.com
mark.hanover@dentons.com
kristen.rodriguez@dentons.com

Daniel P. Scapellati, ct03855
HALLORAN & SAGE, LLP
225 Asylum Street
Hartford, CT 06103
T:  (860) 522-6103
F:  (860) 548-0006
scapellati@halloransage.com

*Attorneys for Kemper Independence Insurance Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 6, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                        /s/ Richard L. Fenton

106975073