UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL AND JOYCE HALLORAN, ET AL,<br><br>      Plaintiffs,<br><br>  v.<br><br>HARLEYSVILLE PREFERRED INSURANCE COMPANY, ET AL.<br><br>      Defendants. | CIVIL ACTION NO: 3:16-CV-00133-VAB |

### METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE CO.'S MOTION TO DISMISS THE FOURTH AMENDED COMPLAINT

  Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Metropolitan Group Property and Casualty Insurance Co. ("Metropolitan") by its undersigned attorneys, hereby moves to dismiss the claims brought by Steven and Patricia Brozek against Metropolitan in the Fourth Amended Class Action Complaint (Doc. 488) (the "FAC"). Specifically, Metropolitan moves to dismiss Counts 11, 54, 100, and 146. Once the Court dismisses the aforementioned Plaintiffs' claims, Metropolitan should be dismissed from the case in its entirety, as no other named plaintiffs claim to have had a policy with Metropolitan. By extension, no remaining named plaintiff has standing to represent the allegedly "similarly situated homeowners" in claims against Metropolitan.

  In support of this Motion, Metropolitan submits the Memorandum of Law filed contemporaneously with this Motion, which is incorporated herein. Metropolitan also hereby incorporates the Joint Motion to Dismiss and supporting Memorandum of Law filed at Doc. 497.

ORAL ARGUMENT REQUESTED

WHEREFORE, Metropolitan respectfully requests that this Court grant this Motion, dismiss Counts 11, 54, 100, and 146 against Metropolitan, and award any further relief that the Court deems just and appropriate.

Dated: April 6, 2018                                Respectfully submitted,

<div style="margin-left: 3em;">

*/s/ Richard L. Fenton*
Richard L. Fenton, phv08139
Mark L. Hanover, phv08143
Kristen C. Rodriguez, phv08145
DENTONS US LLP
233 S. Wacker Dr., Ste. 5900
Chicago, IL 60606
T:  (312) 876-8000
F:  (312) 876-7934
richard.fenton@dentons.com
mark.hanover@dentons.com
kristen.rodriguez@dentons.com

Daniel P. Scapellati, ct03855
HALLORAN & SAGE, LLP
225 Asylum Street
Hartford, CT 06103
T:  (860) 522-6103
F:  (860) 548-0006
scapellati@halloransage.com

*Attorneys for Metropolitan Group Property and Casualty Insurance Co.*

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Richard L. Fenton*

106974860