UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL AND JOYCE HALLORAN, ET AL,<br><br>                    Plaintiffs,<br><br>    v.<br><br>HARLEYSVILLE PREFERRED INSURANCE COMPANY, ET AL.<br><br>                    Defendants. | CIVIL ACTION NO: 3:16-CV-00133-VAB |

## ALLSTATE INSURANCE COMPANY'S
## MOTION TO DISMISS THE FOURTH AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Allstate Insurance Co. ("Allstate") by its undersigned attorneys, hereby moves to dismiss the claims brought by Mark and Felice Pawelcyzk and Steven and Colleen Swart against Allstate in the Fourth Amended Class Action Complaint (Doc. 488) (the "FAC"). Specifically, Allstate moves to dismiss Counts 39, 41, 90, 91, 136, 137, 182, and 183 brought against it in the FAC. Once the Court dismisses the aforementioned Plaintiffs' claims, Allstate should be dismissed from the case in its entirety, as no other named plaintiffs claim to have had a policy with Allstate. By extension, no remaining named plaintiff has standing to represent the allegedly "similarly situated homeowners" in claims against Allstate.

In support of this Motion, Allstate submits the Memorandum of Law filed contemporaneously with this Motion, which is incorporated herein. Allstate also hereby incorporates the Joint Motion to Dismiss and supporting Memorandum of Law filed at Doc. 497.

ORAL ARUMENT REQUESTED

WHEREFORE, Allstate respectfully requests that this Court grant this Motion, dismiss Counts 39, 41, 90, 91, 136, 137, 182, and 183 against Allstate, and award any further relief that the Court deems just and appropriate.

Dated: April 6, 2018

Respectfully submitted,

*/s/ Richard L. Fenton*
Richard L. Fenton, phv08139
Mark L. Hanover, phv08143
Kristen C. Rodriguez, phv08145
DENTONS US LLP
233 S. Wacker Dr., Ste. 5900
Chicago, IL 60606
T:  (312) 876-8000
F:  (312) 876-7934
richard.fenton@dentons.com
mark.hanover@dentons.com
kristen.rodriguez@dentons.com

Elizabeth F. Flynn, CT03472
117 New London Turnpike
Glastonbury, CT 06033
T:  (860) 430-9993
F:  (860) 430-9899
Elizabeth@attyeflynn.com

*Attorneys for Allstate Insurance Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 6, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

    /s/ Richard L. Fenton

106974713