UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL AND JOYCE HALLORAN, et al., Individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARLEYSVILLE PREFERRED INSURANCE CO., *et al.*,<br><br>Defendants. | NO.: 3:16-cv-00133-VAB |

**LIBERTY ENTITIES' MOTION TO DISMISS COUNTS 10, 13, 14, AND 24 OF THE FOURTH AMENDED CLASS ACTION COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Liberty Mutual Fire Insurance Company ("LM Fire"), Peerless Insurance Company ("Peerless"), and Safeco Insurance Company of America ("Safeco") (collectively, the "Liberty Entities") hereby move to dismiss Counts 10, 13, 14, and 24 of Plaintiffs' Fourth Amended Class Action Complaint (the "FAC") (Dkt. No. 488).

In the FAC, Plaintiffs assert 184 causes of action against 23 different insurance companies, seeking homeowners insurance coverage arising from allegedly defective concrete in their basement walls. Three Plaintiffs have each asserted a breach of contract claim against one or more of the Liberty Entities: Steven and Patricia Brozek (the "Brozeks") against LM Fire (Count 10); Donna Frankenberg ("Frankenberg") against Peerless (Count 13); Frankenberg against Safeco (Count 14); and Peter and Paula LaValley (the "LaValleys") against LM Fire (Count 24).

ORAL ARGUMENT REQUESTED -- SCHEDULED FOR JUNE 27, 2018, AT 10:00 A.M.

As set forth in greater detail in the memorandum of law filed herewith, Counts 10, 13, 14, and 24 should be dismissed under Fed. R. Civ. P. 12(b)(6), because: (a) the Brozeks do not and cannot allege a "loss" that satisfies both the Suit Against Us Provision and the Policy Period Provision contained in their LM Fire policies; (b) Frankenberg's breach of contract claim is predicated solely on alleged damage to her basement walls, but her condominium insurance policies do not cover such damage; and (c) coverage for the LaValleys' claim under the LM Fire policies is barred by the "Suit Against Us Provision," because their lawsuit was not brought within 18 months of the property loss. Counts 10, 13, 14, and 24 also must be dismissed because they do not allege a covered "collapse," and a related exclusion would bar coverage in any event.

The Brozeks, Frankenberg, and the LaValleys also assert causes of action against Liberty Entities for declaratory judgment (Counts 53, 56, 57, and 62), breach of the implied covenant of good faith and fair dealing (Counts 99, 102, 103, and 108), and violations of the Connecticut Unfair Trade Practices Act ("CUTPA") and Connecticut Unfair Insurance Practices Act ("CUIPA") (Counts 145, 148, 149, and 154). Those purported causes of action are addressed in Certain Defendants' Joint Motion to Dismiss Counts 47 to 184 of the Fourth Amended Complaint (Dkt. No. 497).

WHEREFORE, the Liberty Entities respectfully request that this Court dismiss Counts 10, 13, 14, and 24 of the FAC, and grant such other and further relief as the Court deems just and proper.

- 3 -

        Respectfully submitted,

        /s/  Kieran W. Leary
        Philip T. Newbury, Jr. (ct05283)
        Kieran W. Leary (ct29484)
        Howd & Ludorf, LLC
        65 Wethersfield Avenue
        Hartford, CT 0614
        **(860) 249-1361**
        **(860) 249-7665 (Fax)**
        **E-Mail: pnewbury@hl-law.com**
        **E-Mail: kleary@hl-law.com**

        *Pro Hac Vice:*
        Robert A. Kole (phv08030)
        Lindsey A. Spinelli (phv09271)
        Choate Hall & Stewart, LLP
        Two International Place
        100-150 Oliver Street
        Boston, MA 02110
        **(617) 248-5000**
        **(617) 248-4000 (Fax)**
        **rkole@choate.com**
        **lspinelli@choate.com**

Date: April 6, 2018

- 4 -

## CERTIFICATE OF SERVICE

The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF on April 6, 2018.

        /s/ Kieran W. Leary
        ―――――――――――――――――

8535917