UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MICHAEL AND JOYCE HALLORAN, et al., Individually and on behalf of those similarly situated, | ) ) ) ) ) |  |
| Plaintiffs, | ) ) | NO.  3:16-cv-00133-VAB |
| v. | ) ) |  |
| HARLEYSVILLE PREFERRED INSURANCE CO., *et al.*, | ) ) ) |  |
| Defendants. | ) ) ) |  |

**HOMESITE INSURANCE COMPANY'S
MOTION TO DISMISS COUNTS 33 AND 34
OF PLAINTIFFS' FOURTH AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Homesite Insurance Company ("Homesite") hereby moves to dismiss the insurance coverage claims of Plaintiffs Kenneth and Victoria Masciovecchio, set forth in Counts 33 and 34 of Plaintiffs' Fourth Amended Class Action Complaint [Doc. 488]. By separate motion, incorporated by reference herein, Homesite has joined other defendants in moving to dismiss the non-contractual claims asserted in Counts 68, 79, 114, 125, 160, and 161. *See* Certain Defendants' Joint Motion to Dismiss Counts 47 to 184 of the Fourth Amended Complaint [Doc. 497].

Counts 33 and 34 do not state a claim for relief against Homesite. *First*, the Masciovecchios do not allege any "abrupt collapse," as unambiguously required to create coverage under the insurance policy issued to the Masciovecchios by Homesite in July 2015 (the "July 2015 Policy"). *Second*, the July 2015 Policy governs because that was the policy in effect

**ORAL ARGUMENT REQUESTED**

when the Masciovecchios first observed cracking in their basement walls, and because pre-2015 revisions to the policy language did not require any special notice to become effective.  *Third*, even under previous versions of the Homesite policy, the Masciovecchios' claim is not covered.  The additional coverage of collapse excludes loss to the "foundation," and basement walls are part of the foundation of a house.  Moreover, "collapse" is expressly defined to exclude "settling, cracking, shrinking, bulging, or expansion," which is the only direct physical loss alleged here.

For all of the reasons stated here, and more fully set forth in Homesite's accompanying memorandum, all of the Masciovecchios' claims against Homesite should be dismissed as a matter of law.

Respectfully submitted,

*/s/ Stephen R. Klaffky*
Judy Y. Barrasso (*pro hac vice*)
Email:  jbarrasso@barrassousdin.com
Stephen R. Klaffky (CT27037)
Email:  sklaffky@barrassousdin.com
BARRASSO USDIN KUPPERMAN FREEMAN
    & SARVER, LLC
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Tel:  504-589-9700
Fax:  504-589-9701

*Attorneys for Homesite Insurance Company*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF on April 6, 2018.

>                              */s/ Stephen R. Klaffky*

*1454383_1.docx*