IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL AND JOYCE HALLORAN, ET AL<br><br>Plaintiffs<br><br>vs.<br><br>HARLEYSVILLE PREFERRED INSURANCE CO., ET AL<br><br>Defendants | CIVIL ACTION NO.<br>3:16-cv-00133 (VAB) |

### DEFENDANT, MERRIMACK MUTUAL FIRE INSURANCE COMPANY'S, MOTION TO DISMISS THE PLAINTIFFS' FOURTH AMENDED COMPLAINT

Pursuant to Fed.R.Civ.P. 12(b)6, the defendant Merrimack Mutual Fire Insurance Company (hereinafter "Merrimack"), hereby move to dismiss Counts 26, 27, 28, 29, and 35 which allege individual plaintiff's breach of contract claim as to Defendant, Merrimack. Additionally the Defendant, Merrimack, joins in the Motion to Dismiss Counts 47 to 184 and adopts the Joint Memorandum to Dismiss filed by certain defendants (Document #497 filed April 5, 2018). As stated in more detail in the attached Memorandum of Law, the plaintiffs have failed to state a claim upon which relief can be granted.

{00737448;v1}

O'CONNELL, ATTMORE & MORRIS, LLC
280 TRUMBULL STREET · HARTFORD, CONNECTICUT 06103-3598 · (860) 548-1300
JURIS NO. 104083 · FAX NO. (860) 548-0023

1

|  |  |
|---|---|
| | **DEFENDANTS, MERRIMACK MUTUAL FIRE INSURANCE CO. and CAMBRIDGE MUTUAL FIRE INSURANCE CO.** |
| Date:  April 6, 2018 | */s/ Susan L. Miller*<br>Susan L. Miller, ct06385<br>Allison A. Russo, ct28348<br>O'Connell, Attmore & Morris, LLC<br>280 Trumbull Street, 23rd Floor<br>Hartford, Connecticut 06103<br>smiller@oamlaw.com<br>arusso@oamlaw.com<br>Telephone: (860) 548-1300<br>Facsimile: (860) 548-0023 |

{00737448;v1}

O'CONNELL, ATTMORE & MORRIS, LLC
280 TRUMBULL STREET · HARTFORD, CONNECTICUT 06103-3598 · (860) 548-1300
JURIS NO. 104083 · FAX NO. (860) 548-0023

2

## CERTIFICATE OF SERVICE

      I hereby certify that on April 6, 2018, a copy of the foregoing, Defendant, Merrimack Mutual Insurance Company's Motion to Dismiss, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

***Courtesy copy to:***
The Honorable Victor A. Bolden
United States District Judge
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

/s/ Susan L. Miller
Susan L. Miller

SLM/sjp

{00737448;v1}

O'CONNELL, ATTMORE & MORRIS, LLC
280 TRUMBULL STREET · HARTFORD, CONNECTICUT 06103-3598 · (860) 548-1300
JURIS NO. 104083 · FAX NO. (860) 548-0023

3