UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL AND JOYCE HALLORAN, et al., Individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARLEYSVILLE PREFERRED INSURANCE CO., *et al.*,<br><br>Defendants. | NO.: 3:16-cv-00133<br><br>Date: April 6, 2018 |

### DEFENDANT AMERICAN COMMERCE INSURANCE COMPANY'S MOTION TO DISMISS

Defendant American Commerce Insurance Company (hereafter "American Commerce") respectfully moves that the claims against it be dismissed pursuant to Rules 12(b)(1) and (12(b)(6) of the Federal Rules of Civil Procedure. As set forth in the attached Memorandum of Law, the Plaintiffs' claims for breach of contract (Counts 7, 23 and 37) and for declaratory relief (Counts 82, 85 and 88) must be dismissed because these allegations cannot plausibly be read to support a covered claim for "collapse" in light of the clear and unambiguous wordings in American Commerce's policies. Further, the extra-contractual claims that have been brought against American Commerce for breach of the implied covenant of good faith and fair dealing (Counts 128,. 131 and 134) and claimed violations of the Connecticut Unfair Trade Practices Act and the Connecticut Unfair Practices Act (Counts 174, 177 and 180) should be dismissed for the

1

**ORAL ARGUMENT REQUESTED**
**PURSUANT TO LR 7(a)(1)**

reasons set forth in Defendants' Joint Memorandum of Law on these claims, which American Commerce incorporates herein by reference.

For the foregoing reasons, American Commerce respectfully requests that this Court dismiss it from the Plaintiffs' Fourth Amended Complaint and for other and further relief as this Honorable Court may deem just and proper.

American Commerce herewith requests oral argument on this Motion.

Respectfully submitted,

AMERICAN COMMERCE INSURANCE COMPANY,

*/s/ Michael F. Aylward*

Michael F. Aylward
Federal Bar No.:  phv08156
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210
Phone: (617) 439-7556
Fax: (617 342-49123
[maylward@morrisonmahoney.com](mailto:maylward@morrisonmahoney.com)

## CERTIFICATE OF SERVICE

The undersigned certifies that this document, filed through the ECF system, will be electronically served on all counsel who are registered users of ECF on April 6, 2018.

/s/  Michael F. Aylward
Michael F. Aylward

**ORAL ARGUMENT REQUESTED
PURSUANT TO LR 7(a)(1)**