UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL AND JOYCE HALLORAN, et al., Individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARLEYSVILLE PREFERRED INSURANCE CO., *et al.*,<br><br>Defendants. | NO.: 3:16-cv-00133 |

**NGM INSURANCE CO.'S MOTION TO DISMISS COUNTS TWENTY TWO, SIXTY ONE, ONE HUNDRED AND SEVEN AND ONE HUNDRED AND FIFTY THREE OF THE FOURTH AMENDED COMPLAINT**

Pursuant to Fed R. Civ. P. 12(b)(6), the defendant, NGM Insurance Co. ("NGM"), hereby moves the Court to dismiss Counts Twenty Two (22), Sixty One (61), One Hundred and Seven (107) and One Hundred and Fifty Three (153) of the plaintiffs' Fourth Amended Class Action Complaint dated February 14, 2018 (the "Complaint"), alleging breach of contract, declaratory judgment, breach of the covenant of good faith and fair dealing and violations of the Connecticut Unfair Trade Practices Act/Connecticut Unfair Insurance Practices Act, respectively, against NGM by plaintiffs David and Patricia Kandrysawtz (the "Kandrysawtzs").

NGM submits that dismissal of Counts Sixty One, One Hundred and Seven and One Hundred and Fifty Three is appropriate under Fed R. Civ. P. 12 (b)(6) on the grounds that they fail to state a claim upon which relief can be granted because the Kandrysawtzs fail to allege a direct physical loss to the Property within the NGM Policy Period and the NGM Policy does not

afford coverage for the damages alleged by the Kandrysawtzs' because the damages do not constitute a "collapse" as that term is defined in the NGM Policy and by Connecticut Courts. NGM also joins in the Joint Motion to Dismiss filed by defendants on April 5, 2018 under docket entry no. 497 and hereby incorporates those bases as if fully set forth herein as to Counts Sixty One (61), One Hundred and Seven (107) and One Hundred and Fifty Three (153).

Accordingly, NGM seeks dismissal of Counts Twenty Two, Sixty One, One Hundred and Seven and One Hundred and Fifty Three of the Complaint for the foregoing separate and independent reasons set forth in the attached Memorandum of Law. NGM also seeks dismissal of Counts Sixty One, One Hundred and Seven and One Hundred and Fifty Three for the reasons set forth in the defendants' Joint Memorandum of Law.

    DEFENDANT,
NGM INSURANCE CO.,

*/s/ Kelly E. Petter*
Scott T. Ober, Esq. CT23046
sober@hassettanddonnelly.com
Kelly E. Petter, Esq. CT29762
kpetter@hassettanddonnelly.com
Hassett & Donnelly, P.C.
100 Pearl Street, 11th Floor
Hartford, CT  06103
(860) 247-0644

Dated:  April  6, 2018

## CERTIFICATE OF SERVICE

    I, Kelly E. Petter, counsel of record for the defendant, NGM Insurance Co., in this action, hereby certify that on this 6th day of April, 2018, a copy of the foregoing **Motion to Dismiss** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to the following, as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/Kelly E. Petter*
Kelly E. Petter, Esquire