UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL HALLORAN, et al., | : | DOCKET NO. 3:16-CV-00133-VAB |
| | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | |
| | : | |
| HARLEYSVILLE PREFERRED INSURANCE CO., et al., | : | |
| | : | |
| Defendants. | : | October 26, 2018 |

## CERTAIN DEFENDANTS' MOTION FOR ORDER

In its ruling on motions to dismiss, the Court dismissed all of the counts of the complaint against two defendants – American Commerce and Allstate – and dismissed them entirely from the case. ("Ruling," ECF No. 585, at 1-2.)

In the same Ruling, the Court likewise dismissed all of the counts of the complaint against three other defendants – but did not include them in the list of defendants who had been entirely dismissed from the case. Those three defendants are Metropolitan Property & Casualty Insurance Company, Nationwide Property & Casualty Insurance Company and Trumbull Insurance Company (the "Moving Defendants"). Because all of the claims against them have been dismissed, the three Moving Defendants respectfully request an order clarifying that they are dismissed from the case entirely.

*1. Metropolitan.* The only claims in the plaintiffs' Fourth Amended Complaint asserted against Metropolitan were those asserted in Counts 11, 54, 100 and 146, and all of those claims were dismissed at pages 29, 31, 33 and 38 of the Ruling, respectively.

*2. Nationwide.* The only claims in the plaintiffs' Fourth Amended Complaint asserted against Nationwide were those asserted in Counts 25, 86, 132 and 178, and all of those claims were dismissed at pages 29, 31, 33 and 38 of the Ruling, respectively.

3. *Trumbull.* The only claims in the plaintiffs' Fourth Amended Complaint asserted against Trumbull were those asserted in Counts 19, 83, 129 and 175, and all of those claims were dismissed at pages 29, 31, 33 and 38 of the Ruling, respectively.

Because there are no claims remaining in the case against the Moving Defendants, they respectfully request an order clarifying the Ruling; clarifying that they are similarly situated to American Commerce and Allstate; and stating that they are dismissed from the case entirely.

| DEFENDANT, METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY, | DEFENDANT, TRUMBULL INSURANCE COMPANY |
|---|---|
| By: ____/s/ Richard L. Fenton_____<br>Richard L. Fenton, phv08139<br>Mark L. Hanover, phv08143<br>Kristen C. Rodriguez, phv08145<br>DENTONS US LLP<br>233 S. Wacker Dr., Suite 5900<br>Chicago, IL 60606<br>T: (312) 876-8000<br>F: (312) 876-7934<br>richard.fenton@dentons.com<br>mark.hanover@dentons.com<br>kristen.rodriguez@dentons.com<br><br>Daniel P. Scapellati, ct03855<br>HALLORAN & SAGE, LLP<br>225 Asylum St.<br>Hartford, CT 06103<br>T: (860) 522-6103<br>F: (860) 548-0006<br>Scapellati@halloransage.com | By: __/s/ Thomas O. Farrish_____<br>Thomas O. Farrish (ct26917)<br>*tofarrish@daypitney.com*<br>John W. Cerreta (ct28919)<br>*jcerreta@daypitney.com*<br>Daniel J. Raccuia (ct29535)<br>*draccuia@daypitney.com*<br>Jennifer L. Shukla (ct30204)<br>*jshukla@daypitney.com*<br>Day Pitney LLP<br>242 Trumbull Street<br>Hartford, CT 06103-3499<br>(860) 275-0100<br>(860) 275-0343 (fax)<br><br>Michael P. Mullins (ct29746)<br>*mmullins@daypitney.com*<br>Day Pitney LLP<br>One International Place<br>Boston, MA 02110<br>(617) 345-4600<br>(617) 345-4745 |

DEFENDANT, NATIONWIDE PROPERTY &
CASUALTY INSURANCE COMPANY,

By: _____/s/ Daniel M. Blouin_____
      Daniel M. Blouin (ct29984)
      Seyfarth Shaw LLP
      233 S. Wacker, Suite 8000
      Chicago, IL  60606
      T:  (312) 460-5966
      dblouin@seyfarth.com

## **CERTIFICATION**

     I hereby certify that on the above date a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

                                         _/s/ Thomas O. Farrish_
                                         Thomas O. Farrish