UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL AND JOYCE HALLORAN, ET AL, :<br>    Plaintiffs, :<br>  :<br>v. :<br>  :<br>HARLEYSVILLE PREFERRED INSURANCE CO., ET AL, :<br>  :<br>    Defendants. : | CIVIL ACTION<br>NO. 3:16-CV-00133-VAB<br><br><br><br>DECEMBER 28, 2018 |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned on behalf of the Plaintiffs in the above-captioned action.

/s/ Madiha M. Malik
Madiha M. Malik-ct30318
mmalik@murthalaw.com

Murtha Cullina LLP
CityPlace I
185 Asylum Street, 29th Floor
Hartford, Connecticut 06103
Telephone: 860.240.6000
Facsimile: 860.240.6150

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2018, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

       /s/ Madiha M. Malik
       Madiha M. Malik

9694666v1