UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL HALLORAN, et al. | : |
| Plaintiffs, | : CIVIL ACTION NO. 3:16-cv-00133-VAB |
| v. | : |
| HARLEYSVILLE PREFERRED INSURANCE CO., et al. | : |
| Defendants. | : JANUARY 11, 2019 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel, Sarah Gruber, moves to withdraw her appearance for the Plaintiffs in this matter. As grounds therefor, the undersigned is leaving Murtha Cullina for other employment, effective January 12, 2019.

This case has not been assigned for trial. The withdrawal will neither delay these proceedings nor prejudice any party because the Plaintiffs continue to be represented by Attorneys Marilyn B. Fagelson, David P. Friedman, Madiha M. Malik, Emily McDonough Souza, and Rachel Snow Kindseth of Murtha Cullina, LLP, and Ryan Barry and Anthony Spinella of the firm Barry, Barall & Spinella, LLC, all of whom have already appeared in these proceedings.

In accordance with Rule 7(e), the Plaintiffs are being sent a copy of this motion.

WHEREFORE, the undersigned respectfully requests that the Court enter an order granting this Motion to Withdraw Appearance.

/s/ Sarah Gruber
Sarah Gruber – ct29918
sgruber@murthalaw.com

Murtha Cullina LLP
185 Asylum Street, 29th Floor
Hartford, CT 06103
Telephone:  860.240.6000
Facsimile:   860.240.6150

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

I also hereby certify that a copy of this motion is being sent to the Plaintiffs in this matter.

/s/ Sarah Gruber
Sarah Gruber – ct29918