**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MICHAEL HALLORAN, ET AL. | : | CIVIL ACTION |
| Plaintiffs, | : | No. 3:16-CV-00133-VAB |
| v. | : | |
| HARLEYSVILLE PREFERRED INSURANCE CO., ET AL. | : | |
| Defendants. | : | MARCH 1, 2019 |

**PARTIES' JOINT STATUS REPORT**

In accordance with footnote 2 of the Court's Order on Scope of and Schedule for Discovery ("Court's Discovery Order") dated November 30, 2018, the parties hereby provide the following joint status report.

**I.   STATUS OF DISCOVERY**

    **A. Plaintiffs' Written Discovery**

As previously set forth in the Parties' Joint Status Report dated February 1, 2019, Plaintiffs served their First Set of Interrogatories and Requests for Production on Defendants on December 13, 2018; their Second Set of Interrogatories and Requests for Production on December 31, 2018; and their Third Set of Requests for Production on January 31, 2019.  With regard to their First Set, Plaintiffs have received initial objections and responses from all Defendants,[1] and with regard to their Second Set, Plaintiffs have received objections and responses from all Defendants except Merrimack and Middlesex Mutual, with whom Plaintiffs have consented to extensions of time.  Defendants' responses to Plaintiffs' Third Set will be due on March 4.

---

[1] Negotiations with Defendants regarding a sampling of all of Plaintiffs' requested claims and underwriting files—and productions corresponding to the same—have been ongoing throughout the month of February.

B. **Defendants' Written Discovery**

All Defendants have served their First Set of Interrogatories and Requests for Production on Plaintiffs. In turn, Plaintiffs have served objections and responses to that discovery as follows:

- The Brozeks and the LaValleys served their objections and responses to Liberty Mutual's first set on February 5, 2019;

- The Hallorans, the Basquiat/Somervilles, the Brozeks, the MacGlaflins, Ms. Thieling, and Ms. Gribbon served their objections and responses to Travelers' first set on February 21, 2019;

- The Brozeks served their objections and responses to Citizens' first set on February 21, 2019;

- The Masciovecchios served their objections and responses to New London County's first set on February 21, 2019;

- The Masciovecchios served their objections and responses to Homesite's first set on February 21, 2019;

- The Pawelcyzks served their objections and responses to Bunker Hill's first set on February 21, 2019; and

- The Hallorans and Mr. Dyer served their objections and responses to Harleysville's first set on February 25, 2019.

In addition, Merrimack, NGM, and Kemper have consented to extensions of time for Plaintiffs to submit objections and responses to their first sets.

II. **<u>DISCOVERY DISPUTE(S) AND EFFORTS TO RESOLVE</u>**

To date, there are no discovery disputes between the parties that require the Court's attention.  The parties continue to have conversations with one another regarding various objections in an effort to work toward agreements on those issues.

III. **<u>NATURE OF UNRESOLVED DISCOVERY DISPUTE(S)</u>**

Not applicable.

IV. **<u>REMEDY SOUGHT FOR UNRESOLVED DISCOVERY DISPUTE(S</u>)**

Not applicable.

V. **<u>IN-PERSON CONFERENCE AVAILABILITY OF AFFECTED PARTIES</u>**

Not applicable.

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| By /s/Marilyn B. Fagelson<br>   Marilyn B. Fagelson (ct17202)<br>   *mfagelson@murthalaw.com*<br>   David P. Friedman (ct03558)<br>   *dfriedman@murthalaw.com*<br>   Rachel Snow Kindseth (ct17634)<br>   *rkindseth@murthalaw.com*<br>   Madiha M. Malik (ct30318)<br>   *mmalik@murthalaw.com*<br>   Emily McDonough Souza (ct30499)<br>   *esouza@murthalaw.com*<br><br>Murtha Cullina LLP<br>265 Church Street, 9th Floor<br>New Haven, CT 06510<br>Telephone: (203) 772-7700<br>Fax: (203) 772-7723<br><br>   Ryan P. Barry (ct21683)<br>   *rbarry@bbsattorneys.com*<br>   Anthony J. Spinella, Jr. (ct29782)<br>   *anthony@bbsattorneys.com*<br><br>Barry, Barall & Spinella, LLC<br>202 West Center Street, 1st Floor<br>Manchester, CT 06040<br>Telephone: (860) 649-4400<br>Fax: (860) 649-7900<br><br>       *Their Attorneys* | By /s/ Wystan M. Ackerman<br>   Stephen E. Goldman (ct06224)<br>   *sgoldman@rc.com*<br>   Wystan M. Ackerman (ct24090)<br>   *wackerman@rc.com*<br>   Jessica A.R. Hamilton (ct29702)<br>   *jhamilton@rc.com*<br><br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>Telephone: (860) 275-8200<br>Fax: (860) 275-8299<br><br>Attorneys for The Standard Fire Insurance Company, The Travelers Indemnity Company of America, The Automobile Insurance Company of Hartford, Connecticut, Fidelity and Guaranty Insurance Company, and Citizens Insurance Company of America<br><br>**And all other Defendants Listed on Exhibit 1 hereto.** |

**EXHIBIT 1**

| | |
|---|---|
| **AMICA MUTUAL INSURANCE CO.** | Anthony J. Antonellis<br>Brendan L. Labbe<br>Christopher M. Reilly<br>John Anthony Donovan, III<br>SLOANE AND WALSH, LLP<br>Three Center Plaza, 8th Floor<br>Boston, MA 02108<br>T: (617) 523-6010<br>F : (617) 227-0937<br>aantonellis@sloanewalsh.com<br>blabbe@sloanewalsh.com<br>creilly@sloanewalsh.com<br>jdonovan@sloanewalsh.com |
| **BUNKER HILL INSURANCE COMPANY** | Thomas O. Farrish<br>John W. Cerreta<br>Daniel J. Raccuia<br>Jennifer L. Shukla<br>DAY PITNEY LLP<br>242 Trumbull Street<br>Hartford, CT 06103<br>T: (860) 275-0100<br>F: (860) 275-0343<br>tofarrish@daypitney.com<br>jcerreta@daypitney.com<br>draccuia@daypitney.com<br>jshukla@daypitney.com<br><br>Michael P. Mullins<br>DAY PITNEY LLP<br>One International Place<br>Boston, MA 02110<br>T: (617) 345-4600<br>F: (617) 345-4745<br>mmullins@daypitney.com |
| **CITIZENS INSURANCE COMPANY OF AMERICA** | Wystan M. Ackerman<br>Jessica A.R. Hamilton<br>ROBINSON & COLE, LLP<br>280 Trumbull St.<br>Hartford, CT 06103<br>T: (860) 275-8388<br>F: (860) 275-8299<br>wackerman@rc.com<br>jhamilton@rc.com |

| | |
|---|---|
| **FIDELITY AND GUARANTY INSURANCE CO.** | Stephen E. Goldman<br>Wystan M. Ackerman<br>ROBINSON & COLE, LLP<br>280 Trumbull St.<br>Hartford, CT 06103<br>T: (860) 275-8388<br>F: (860) 275-8299<br>sgoldman@rc.com<br>wackerman@rc.com |
| **HARLEYSVILLE PREFERRED INSURANCE CO.** | Daniel Blouin<br>SEYFARTH SHAW LLP<br>233 South Wacker Drive, Ste. 8000<br>Chicago, IL 60606<br>T: (312) 460-5000<br>F: (312) 460-7000<br>dblouin@seyfarth.com |
| **HOMESITE INSURANCE CO.** | Judy Barrasso<br>Stephen R. Klaffky<br>BARRASSO, USDIN, KUPPERMAN, FREEMAN & SARVER, LLC<br>909 Poydras St., Suite 2400<br>New Orleans, LA 70112<br>T: (504) 589-9700<br>F: (504) 589-9701<br>jbarrasso@barrassousdin.com<br>sklaffky@barrassousdin.com |
| **KEMPER INDEPENDENCE INSURANCE CO.** | Richard L. Fenton<br>Mark L. Hanover<br>Kristen C. Rodriguez<br>DENTONS US LLP<br>233 S. Wacker Dr., Ste. 5900<br>Chicago, IL 60606<br>T: (312) 876-8000<br>F: (312) 876-7934<br>richard.fenton@dentons.com<br>mark.hanover@dentons.com<br>kristen.rodriguez@dentons.com |

|  |  |
|---|---|
|  | Carl R. Ficks, Jr.<br>Daniel P. Scapellati<br>Meg R. Reid<br>HALLORAN & SAGE, LLP<br>225 Asylum Street<br>Hartford, CT 06103<br>T: (860) 522-6103<br>F: (860) 548-0006<br>ficks@halloran-sage.com<br>scapellati@halloran-sage.com<br>reid@halloran-sage.com |
| **LIBERTY MUTUAL FIRE INSURANCE CO.** | Choity Khan<br>Philip T. Newbury, Jr.<br>HOWD & LUDORF, LLC<br>65 Wethersfield Ave.<br>Hartford, CT 06114-1121<br>T: (860) 249-1361<br>F: (860) 249-7665<br>pnewbury@hl-law.com<br>ckhan@hl-law.com<br><br>Kieran W Leary<br>QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.<br>2001 Bryan Street, Ste 1800<br>Dallas, TX 75201<br>214-871-2100<br>Fax: 214-871-2111<br>Email: kleary@qslwm.com<br><br>Robert A. Kole<br>Matthew B. Arnould<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>T: (617) 248-5000<br>F: (617) 248-4000<br>rkole@choate.com<br>marnould@choate.com |

| | |
|---|---|
| **MERRIMACK MUTUAL FIRE INSURANCE CO.** | Susan L. Miller<br>Marc T. Miller<br>O'CONNELL, ATTMORE<br>& MORRIS, LLC<br>280 Trumbull St., 23rd Floor<br>Hartford, CT 06103<br>Tel: (860) 548-1300<br>Fax: (860) 548-0023<br>smiller@oamlaw.com<br>mmiller@oamlaw.com<br><br>Derek E. Donnelly<br>Stuart G. Blackburn<br>Law Office of Stuart G. Blackburn<br>2 Concorde Way # 3C<br>P.O. Box 608<br>Windsor Locks, CT 06096<br>Tel: 860-292-1116<br>Fax: 860-292-1221<br>Email: derek@donnellylawoffice.com<br>Email: sgblackburn@sbcglobal.net |
| **MIDDLESEX MUTUAL ASSURANCE CO.** | William J. Kelly III<br>Chanda M. Feldkamp<br>KELLY & WALKER LLC<br>1512 Larimer St., Ste. 200<br>Denver, CO 80202<br>T: (720) 236-1800<br>F: (720) 236-1799<br>wkelly@kellywalkerlaw.com<br>cfeldkamp@kellywalkerlaw.com<br><br>Peter J. Ponziani<br>Kathleen F. Adams<br>LITCHFIELD CAVO LLP<br>82 Hopmeadow St., Ste. 210<br>Simsbury, CT 06089-9637<br>T: (860) 413-2800<br>F: (860) 413-2801<br>ponziani@litchfieldcavo.com<br>adamsk@litchfieldcavo.com |

| | |
|---|---|
| **NEW LONDON COUNTY MUTUAL INSURANCE CO.** | Thomas O. Farrish<br>John W. Cerreta<br>Daniel J. Raccuia<br>Jennifer L. Shukla<br>DAY PITNEY LLP<br>242 Trumbull Street<br>Hartford, CT 06103<br>T: (860) 275-0100<br>F: (860) 275-0343<br>tofarrish@daypitney.com<br>jcerreta@daypitney.com<br>draccuia@daypitney.com<br>jshukla@daypitney.com<br><br>Michael P. Mullins<br>DAY PITNEY LLP<br>One International Place<br>Boston, MA 02110<br>T: (617) 345-4600<br>F: (617) 345-4745<br>mmullins@daypitney.com |
| **NGM INSURANCE COMPANY** | Scott T. Ober<br>Kelly E. Petter<br>HASSETT & DONNELLY, P.C.-MA<br>100 Pearl Street, 11th Floor<br>Hartford, CT 06103<br>T : (860) 247-0644<br>F : (860) 247-0653<br>sober@hassettanddonnelly.com<br>kpetter@hassettanddonnelly.com |
| **STANDARD FIRE INS. CO.** | Stephen E. Goldman<br>Wystan M. Ackerman<br>ROBINSON & COLE, LLP<br>280 Trumbull St.<br>Hartford, CT 06103<br>T: (860) 275-8388<br>F: (860) 275-8299<br>sgoldman@rc.com<br>wackerman@rc.com |

| | |
|---|---|
| **THE AUTOMOBILE INS. CO. OF HARTFORD, CONNECTICUT** | Stephen E. Goldman<br>Wystan M. Ackerman<br>ROBINSON & COLE, LLP<br>280 Trumbull St.<br>Hartford, CT 06103<br>T: (860) 275-8388<br>F: (860) 275-8299<br>sgoldman@rc.com<br>wackerman@rc.com |
| **THE TRAVELERS IND. CO. OF AMERICA** | Stephen E. Goldman<br>Wystan M. Ackerman<br>ROBINSON & COLE, LLP<br>280 Trumbull St.<br>Hartford, CT 06103<br>T: (860) 275-8388<br>F: (860) 275-8299<br>sgoldman@rc.com<br>wackerman@rc.com |