UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL HALLORAN, ET AL. | CIVIL ACTION |
| Plaintiffs, | No. 3:16-CV-00133-VAB |
| v. | |
| HARLEYSVILLE PREFERRED INSURANCE CO., ET AL. | |
| Defendants. | JUNE 7, 2019 |

**PARTIES' JOINT STATUS REPORT**

In accordance with footnote 2 of the Court's Order on Scope of and Schedule for Discovery ("Court's Discovery Order") dated November 30, 2018, the parties hereby provide the following joint status report.

I. **STATUS OF DISCOVERY**

A. **Plaintiffs' Discovery**

As set forth in previous joint status reports, Plaintiffs served their First Set of Interrogatories and Requests for Production on Defendants on December 13, 2018; their Second Set of Interrogatories and Requests for Production on December 31, 2018; their Third Set of Requests for Production on January 31, 2019; and their Fourth Set of Interrogatories and Requests for Production on April 22, 2019.

With regard to their First Set, Plaintiffs have received initial written objections and responses from all Defendants. The First Set of production requests seeks production of claims and underwriting files for the plaintiffs and other claimants. Negotiations with Defendants regarding a sampling of all of Plaintiffs' requested claims and underwriting files—and productions corresponding to the same—were ongoing throughout the months of February, March, April, and May. Plaintiffs have yet to reach an agreement

1

on this issue with Bunker Hill, NLC, and Merrimack. Given that the close of discovery is quickly approaching, if an accommodation between the parties is not reached within two weeks, Plaintiffs expect to request the Court's intervention promptly thereafter.

With regard to their Second and Third Sets, Plaintiffs have received initial written objections and responses from all Defendants. Between April 11 and May 9, 2019, Plaintiffs sent out letters to Defendants outlining their principal concerns with each Defendant's discovery objections and responses, and seeking to meet and confer regarding the same. Since those communications have been sent, Plaintiffs have now held "meet and confer" telephonic discussions with all Defendants except Middlesex Mutual. Middlesex Mutual provided a partial response to Plaintiffs' concerns via email on May 22 and via voicemail and email on June 6, and has agreed to a telephone conference on June 11. For those with whom Plaintiffs have spoken, Plaintiffs have received some supplemental productions but, for most, are waiting on supplemental responses and other follow-up as discussed with each Defendant during those conversations.

Plaintiffs' Fourth Set of Interrogatories and Request for Production seeks information regarding the number of policies sold to homeowners whose homes were built in the affected area for homes built within the affected timeframe. It also seeks information as to the policy forms used during that timeframe. Plaintiffs have received initial written objections and/or responses from Harleysville, Liberty Mutual, Amica, NGM, Middlesex Mutual, Merrimack, NLC, Bunker Hill, and Citizens. They anticipate receiving responses from Kemper by June 19, Homesite by June 7, and Travelers by June 11.

In addition, on May 15, 2019, Plaintiffs issued 27 deposition notices to Defendants under Rule 30(b)(6) and pertinent claims handlers under Rule 30(b)(1) for dates throughout June and the first three weeks in July.  Most of the defendants (either the lawyers or their witnesses) are not available on the dates that the Plaintiffs chose for their notices.  The parties are discussing scheduling, and, thus far, have confirmed deposition dates for eight of the 27 deponents as follows:  Amica's 30(b)(6) and 30(b)(1) witnesses; Kemper's 30(b)(6) and 30(b)(1) witnesses; Liberty Mutual's 30(b)(6) witness and one of its two 30(b)(1) witnesses; NLC's 30(b)(1) witness; and one of Merrimack's two 30(b)(1) witnesses.  If any irreconcilable issues emerge regarding this scheduling, Plaintiffs will seek the assistance of the Court promptly.

### B. Defendants' Discovery

All Defendants have served their First Set of Interrogatories and Requests for Production on Plaintiffs.  In turn, Plaintiffs have served objections and responses to all of Defendants' First Sets and have periodically supplemented their document productions.  Bunker Hill has expressed concerns with the Pawelcyzks' written discovery objections and responses, and the Pawelcyzks will respond within the next two weeks.

Defendants have started taking the depositions of Plaintiffs.  Specifically, the depositions of Peter LaValley and Kenneth Masciovecchio were held on April 24, the depositions of Michael Dyer and Michael Halloran were held on April 30, the depositions of Mary Lou Thieling and Steven Brozek were held on June 5, and the deposition of Michael Furlong was held on June 7.  In the coming weeks, the depositions of Amy Somerville and David Kandrysawtz are scheduled for June 17.

**II.   DISCOVERY DISPUTE(S) AND EFFORTS TO RESOLVE**

As outlined in the previous section, if some significant discovery issues are not resolved over the course of the next 7-10 days, Plaintiffs expect to seek the intervention of the Court to compel responses against a few Defendants.  As set forth above, over the last two months, Plaintiffs' counsel had meet and confer telephone conferences with all Defendants except for Middlesex Mutual, which is scheduled for next week.

In addition, as noted above, Bunker Hill has expressed concerns about the sufficiency of the Pawelcyzks' responses to discovery, and the Pawelczyks have committed to respond by June 20th.  If those responses do not resolve the issues, Bunker Hill may likewise seek the intervention of the Court.

**III.   NATURE OF UNRESOLVED DISCOVERY DISPUTE(S)**

Not applicable.

**IV.   REMEDY SOUGHT FOR UNRESOLVED DISCOVERY DISPUTE(S)**

Not applicable.

**V.   IN-PERSON CONFERENCE AVAILABILITY OF AFFECTED PARTIES**

Not applicable.

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| By /s/ Marilyn B. Fagelson | By /Wystan M. Ackerman |
|     Marilyn B. Fagelson (ct17202)<br>    *mfagelson@murthalaw.com*<br>    David P. Friedman (ct03558)<br>    *dfriedman@murthalaw.com*<br>    Rachel Snow Kindseth (ct17634)<br>    *rkindseth@murthalaw.com*<br>    Taruna Garg (ct28652)<br>    *tgarg@murthalaw.com*<br>    Madiha M. Malik (ct30318)<br>    *mmalik@murthalaw.com*<br>    Emily McDonough Souza (ct30499)<br>    *esouza@murthalaw.com* |     Stephen E. Goldman (ct06224)<br>    *sgoldman@rc.com*<br>    Wystan M. Ackerman (ct24090)<br>    *wackerman@rc.com*<br>    Jessica A.R. Hamilton (ct29702)<br>    *jhamilton@rc.com* |
| Murtha Cullina LLP<br>265 Church Street, 9th Floor<br>New Haven, CT 06510<br>Telephone: (203) 772-7700<br>Fax: (203) 772-7723 | Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>Telephone: (860) 275-8200<br>Fax: (860) 275-8299 |
|     Ryan P. Barry (ct21683)<br>    *rbarry@bbsattorneys.com*<br>    Anthony J. Spinella, Jr. (ct29782)<br>    *anthony@bbsattorneys.com* | Attorneys for The Standard Fire Insurance Company, The Travelers Indemnity Company of America, The Automobile Insurance Company of Hartford, Connecticut, Fidelity and Guaranty Insurance Company, and Citizens Insurance Company of America |
| Barry, Barall & Spinella, LLC<br>202 West Center Street, 1st Floor<br>Manchester, CT 06040<br>Telephone: (860) 649-4400<br>Fax: (860) 649-7900 | **And all other Defendants Listed on Exhibit 1 hereto.** |
|     *Their Attorneys* | |

**EXHIBIT 1**

| | |
|---|---|
| **AMICA MUTUAL INSURANCE CO.** | Anthony J. Antonellis<br>Brendan L. Labbe<br>Christopher M. Reilly<br>John Anthony Donovan, III<br>SLOANE AND WALSH, LLP<br>Three Center Plaza, 8th Floor<br>Boston, MA 02108<br>T: (617) 523-6010<br>F : (617) 227-0937<br>aantonellis@sloanewalsh.com<br>blabbe@sloanewalsh.com<br>creilly@sloanewalsh.com<br>jdonovan@sloanewalsh.com |
| **BUNKER HILL INSURANCE COMPANY** | Thomas O. Farrish<br>John W. Cerreta<br>Daniel J. Raccuia<br>DAY PITNEY LLP<br>242 Trumbull Street<br>Hartford, CT 06103<br>T: (860) 275-0100<br>F: (860) 275-0343<br>tofarrish@daypitney.com<br>jcerreta@daypitney.com<br>draccuia@daypitney.com<br><br>Michael P. Mullins<br>DAY PITNEY LLP<br>One International Place<br>Boston, MA 02110<br>T: (617) 345-4600<br>F: (617) 345-4745<br>mmullins@daypitney.com |
| **CITIZENS INSURANCE COMPANY OF AMERICA** | Wystan M. Ackerman<br>Jessica A.R. Hamilton<br>ROBINSON & COLE, LLP<br>280 Trumbull St.<br>Hartford, CT 06103<br>T: (860) 275-8388<br>F: (860) 275-8299<br>wackerman@rc.com<br>jhamilton@rc.com |

| | |
|---|---|
| **FIDELITY AND GUARANTY INSURANCE CO.** | Stephen E. Goldman<br>Wystan M. Ackerman<br>ROBINSON & COLE, LLP<br>280 Trumbull St.<br>Hartford, CT 06103<br>T: (860) 275-8388<br>F: (860) 275-8299<br>sgoldman@rc.com<br>wackerman@rc.com |
| **HARLEYSVILLE PREFERRED INSURANCE CO.** | Daniel Blouin<br>SEYFARTH SHAW LLP<br>233 South Wacker Drive, Ste. 8000<br>Chicago, IL 60606<br>T: (312) 460-5000<br>F: (312) 460-7000<br>dblouin@seyfarth.com |
| **HOMESITE INSURANCE CO.** | Judy Barrasso<br>Stephen R. Klaffky<br>BARRASSO, USDIN, KUPPERMAN, FREEMAN & SARVER, LLC<br>909 Poydras St., Suite 2400<br>New Orleans, LA 70112<br>T: (504) 589-9700<br>F: (504) 589-9701<br>jbarrasso@barrassousdin.com<br>sklaffky@barrassousdin.com |
| **KEMPER INDEPENDENCE INSURANCE CO.** | Richard L. Fenton<br>Mark L. Hanover<br>Kristen C. Rodriguez<br>DENTONS US LLP<br>233 S. Wacker Dr., Ste. 5900<br>Chicago, IL 60606<br>T: (312) 876-8000<br>F: (312) 876-7934<br>richard.fenton@dentons.com<br>mark.hanover@dentons.com<br>kristen.rodriguez@dentons.com |

|  | Carl R. Ficks, Jr.<br>Daniel P. Scapellati<br>Meg R. Reid<br>**HALLORAN & SAGE, LLP**<br>225 Asylum Street<br>Hartford, CT 06103<br>T: (860) 522-6103<br>F: (860) 548-0006<br>ficks@halloran-sage.com<br>scapellati@halloran-sage.com<br>reid@halloran-sage.com |
|---|---|
| **LIBERTY MUTUAL FIRE INSURANCE CO.** | Choity Khan<br>Philip T. Newbury, Jr.<br>**HOWD & LUDORF, LLC**<br>65 Wethersfield Ave.<br>Hartford, CT 06114-1121<br>T: (860) 249-1361<br>F: (860) 249-7665<br>pnewbury@hl-law.com<br>ckhan@hl-law.com<br><br>Kieran W Leary<br>**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**<br>2001 Bryan Street, Ste 1800<br>Dallas, TX 75201<br>214-871-2100<br>Fax: 214-871-2111<br>Email: kleary@qslwm.com<br><br>Robert A. Kole<br>Matthew B. Arnould<br>**CHOATE, HALL & STEWART LLP**<br>Two International Place<br>Boston, MA 02110<br>T: (617) 248-5000<br>F: (617) 248-4000<br>rkole@choate.com<br>marnould@choate.com |

| | |
|---|---|
| **MERRIMACK MUTUAL FIRE INSURANCE CO.** | Susan L. Miller<br>Marc T. Miller<br>O'CONNELL, ATTMORE<br>& MORRIS, LLC<br>280 Trumbull St., 23rd Floor<br>Hartford, CT 06103<br>Tel: (860) 548-1300<br>Fax: (860) 548-0023<br>smiller@oamlaw.com<br>mmiller@oamlaw.com<br><br>Derek E. Donnelly<br>Stuart G. Blackburn<br>Law Office of Stuart G. Blackburn<br>2 Concorde Way # 3C<br>P.O. Box 608<br>Windsor Locks, CT 06096<br>Tel: 860-292-1116<br>Fax: 860-292-1221<br>Email: derek@donnellylawoffice.com<br>Email: sgblackburn@sbcglobal.net |
| **MIDDLESEX MUTUAL ASSURANCE CO.** | William J. Kelly III<br>Chanda M. Feldkamp<br>KELLY & WALKER LLC<br>1512 Larimer St., Ste. 200<br>Denver, CO 80202<br>T: (720) 236-1800<br>F: (720) 236-1799<br>wkelly@kellywalkerlaw.com<br>cfeldkamp@kellywalkerlaw.com<br><br>Peter J. Ponziani<br>Kathleen F. Adams<br>LITCHFIELD CAVO LLP<br>82 Hopmeadow St., Ste. 210<br>Simsbury, CT 06089-9637<br>T: (860) 413-2800<br>F: (860) 413-2801<br>ponziani@litchfieldcavo.com<br>adamsk@litchfieldcavo.com |

| | |
|---|---|
| **NEW LONDON COUNTY MUTUAL INSURANCE CO.** | Thomas O. Farrish<br>John W. Cerreta<br>Daniel J. Raccuia<br>**DAY PITNEY LLP**<br>242 Trumbull Street<br>Hartford, CT 06103<br>T: (860) 275-0100<br>F: (860) 275-0343<br>tofarrish@daypitney.com<br>jcerreta@daypitney.com<br>draccuia@daypitney.com<br><br>Michael P. Mullins<br>**DAY PITNEY LLP**<br>One International Place<br>Boston, MA 02110<br>T: (617) 345-4600<br>F: (617) 345-4745<br>mmullins@daypitney.com |
| **NGM INSURANCE COMPANY** | Scott T. Ober<br>Kelly E. Petter<br>**HASSETT & DONNELLY, P.C.-MA**<br>100 Pearl Street, 11th Floor<br>Hartford, CT 06103<br>T : (860) 247-0644<br>F : (860) 247-0653<br>sober@hassettanddonnelly.com<br>kpetter@hassettanddonnelly.com |
| **STANDARD FIRE INS. CO.** | Stephen E. Goldman<br>Wystan M. Ackerman<br>**ROBINSON & COLE, LLP**<br>280 Trumbull St.<br>Hartford, CT 06103<br>T: (860) 275-8388<br>F: (860) 275-8299<br>sgoldman@rc.com<br>wackerman@rc.com |

| | |
|---|---|
| **THE AUTOMOBILE INS. CO. OF HARTFORD, CONNECTICUT** | **Stephen E. Goldman<br>Wystan M. Ackerman<br>ROBINSON & COLE, LLP<br>280 Trumbull St.<br>Hartford, CT 06103<br>T: (860) 275-8388<br>F: (860) 275-8299<br>sgoldman@rc.com<br>wackerman@rc.com** |
| **THE TRAVELERS IND. CO. OF AMERICA** | **Stephen E. Goldman<br>Wystan M. Ackerman<br>ROBINSON & COLE, LLP<br>280 Trumbull St.<br>Hartford, CT 06103<br>T: (860) 275-8388<br>F: (860) 275-8299<br>sgoldman@rc.com<br>wackerman@rc.com** |