## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL HALLORAN, ET AL. | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | No. 3:16-CV-00133-VAB |
| | : | |
| v. | : | |
| | : | |
| HARLEYSVILLE PREFERRED | : | |
| INSURANCE CO., ET AL. | : | |
| | : | |
| Defendants. | : | AUGUST 21, 2019 |

### PARTIES' JOINT STATUS REPORT

In accordance with footnote 2 of the Court's Order on Scope of and Schedule for Discovery ("Court's Discovery Order") dated November 30, 2018, the parties hereby provide the following joint status report.

### I.   STATUS OF DISCOVERY

#### A.   Plaintiffs' Discovery

As set forth in previous joint status reports, Plaintiffs served their First Set of Interrogatories and Requests for Production on Defendants on December 13, 2018; their Second Set of Interrogatories and Requests for Production on December 31, 2018; their Third Set of Requests for Production on January 31, 2019; and their Fourth Set of Interrogatories and Requests for Production on April 22, 2019.

Throughout the months of June, July, and August, Plaintiffs took the depositions of Defendants pursuant to Rule 30(b)(6) and of Defendants' pertinent claims handlers pursuant to Rule 30(b)(1).  Specifically, Plaintiffs deposed claims handler Elizabeth Lawton Anderson (Liberty Mutual) on June 19; Liberty Mutual's 30(b)(6) witness on June 21; claims handler Ian Kondratowicz (NLC) on June 26; claims handler Jeffrey McClain (Travelers) on July 10; claims handler Leland Craver (Citizens) on July 11;

10197816v1

eSegment

claims handler Chataigner Red (Liberty Mutual) on July 16; Amica's 30(b)(6) on July 17;

claims handler Dallas Dodge (Amica) and Travelers' 30(b)(6) witnesses on July 19;

claims handler Karl Krieg (Bunker Hill) on July 23; claims handler Paul Panagrosso

(MMAC) on July 24; MMAC's 30(b)(6) witness and Bunker Hill's 30(b)(6) witness on

July 25; claims handlers Christopher Anderson (Merrimack) and Stephen Angell

(Homesite) on July 30; NLC's 30(b)(6) witness on July 31; Homesite's 30(b)(6)

witnesses on August 2; Merrimack's 30(b)(6) witness, NGM's 30(b)(6) witness, and

claims handler Brian Brennan (NGM) on August 7; and Citizens' 30(b)(6) witnesses on

August 13.  Plaintiffs plan to take the deposition of Joseph Meagher, former claims

handler for MMAC, on August 22.

Following these depositions, some discovery issues emerged between Plaintiffs

and certain Defendants.  Those parties are in the process of conferring with respect to a

Motion for Discovery Conference regarding two disputes over discovery sought by the

Plaintiffs involving the disclosure of: (1) information about settlements of other

policyholders' claims involving crumbling concrete that is encompassed by

confidentiality agreements with those policyholders (the "Settlement Information Issue");

and (2) identification of case law considered by certain defendants and/or their counsel

in certain circumstances (the "Case Law Information Issue").  In addition, Plaintiffs are

still conferring with some of the Defendants—specifically, Merrimack, Homesite, and

NGM—with regard to additional discovery issues specific to those parties (the

"Additional Discovery Issues").  If the parties cannot come to a resolution on these

issues promptly, Plaintiffs will seek the assistance of the Court.

10197816v1

Most recently, on August 14, Plaintiffs disclosed four expert witnesses to testify on their behalf: James Heneghan; Jonathan R. Gourley, Ph. D.; Kevin E. Miller; and Edward G. Shelomis, P.E., L.S.

**B.  Defendants' Discovery**

As set forth in previous joint status reports, Defendants have served their First Set of Interrogatories and Requests for Production on Plaintiffs.  In turn, Plaintiffs have served objections and responses to all of Defendants' First Sets and have periodically supplemented their document productions.

In addition, throughout the months of April, May, June, and July, Defendants took the depositions of most of the Plaintiffs.  Specifically, the depositions of Peter LaValley and Kenneth Masciovecchio were held on April 24, the depositions of Michael Dyer and Michael Halloran were held on April 30, the depositions of Mary Lou Thieling and Steven Brozek were held on June 5, the deposition of Michael Furlong was held on June 7, the deposition of Amy Somerville was held on June 17, the deposition of Jacqueline Gribbon was held on July 1, the depositions of Mark and Felice Pawelcyzk were held on July 22,  and the deposition of David Kandrysawtz was held on July 26.

With regard to the depositions of Plaintiffs' recently disclosed expert witnesses, Defendants have begun to touch base with Plaintiffs with regard to document subpoenas for these experts, as well as the scheduling of their depositions.  Relatedly, Defendants have expressed an interest in a short extension of some of the interim deadlines in the case, starting with the deadline for deposing Plaintiffs' experts.  As proposed by Defendants, that extension would not impact the date of the hearing on class certification, scheduled for February 25, 2020.  The parties likely will be able to

10197816v1

reach agreement on this issue, and expect to present a joint extension motion to the Court shortly.

## II.   DISCOVERY DISPUTE(S) AND EFFORTS TO RESOLVE

As outlined in the previous section, Plaintiffs and certain of the Defendants are conferring with respect to: (a) a Motion for Discovery Conference to address: (i) the Settlement Information Issue; and (ii) the Case Law Information Issue; and (b) the Additional Discovery Issues.  If these issues are not resolved promptly, Plaintiffs expect to seek the intervention of the Court to compel production by a set deadline.

## III.   NATURE OF UNRESOLVED DISCOVERY DISPUTE(S)

As noted above, certain parties are in the process of conferring with respect to: (a) a Motion for Discovery Conference to address: (i) the Settlement Information Issue; and (ii) the Case Law Information Issue; and (b) the Additional Discovery Issues.

## IV.   REMEDY SOUGHT FOR UNRESOLVED DISCOVERY DISPUTE(S)

As for a remedy, to avoid the necessity of a continued deposition, Plaintiffs propose that production of settlement agreements and written answers to interrogatories will suffice.

## V.   IN-PERSON CONFERENCE AVAILABILITY OF AFFECTED PARTIES

Plaintiffs are currently available on any day in September except for September 6, 24 and 30.  If a conference is necessary with regard to Merrimack, as of this date, Merrimack's counsel is available September 16 - 30, 2019, with the exception of September 25, 2019.  Additional information will be provided in the Motion for Discovery Conference that is expected to be filed shortly.

4

PLAINTIFFS,

By  /s/ Emily McDonough Souza
    Marilyn B. Fagelson (ct17202)
    *mfagelson@murthalaw.com*
    David P. Friedman (ct03558)
    *dfriedman@murthalaw.com*
    Rachel Snow Kindseth (ct17634)
    *rkindseth@murthalaw.com*
    Taruna Garg (ct28652)
    *tgarg@murthalaw.com*
    Madiha M. Malik (ct30318)
    *mmalik@murthalaw.com*
    Emily McDonough Souza (ct30499)
    *esouza@murthalaw.com*

Murtha Cullina LLP
265 Church Street, 9th Floor
New Haven, CT 06510
Telephone:  (203) 772-7700
Fax:  (203) 772-7723

    Ryan P. Barry (ct21683)
    *rbarry@bbsattorneys.com*
    Anthony J. Spinella, Jr. (ct29782)
    *anthony@bbsattorneys.com*

Barry, Barall & Spinella, LLC
202 West Center Street, 1st Floor
Manchester, CT 06040
Telephone:  (860) 649-4400
Fax:  (860) 649-7900

    *Their Attorneys*

DEFENDANTS,

By  /s/ Wystan M. Ackerman
    Wystan M. Ackerman (ct24090)
    *wackerman@rc.com*
    Stephen E. Goldman (ct06224)
    *sgoldman@rc.com*
    Jessica A.R. Hamilton (ct29702)
    *jhamilton@rc.com*
    Charles F. Modzelewski (ct30564)
    *cmodzelewski@rc.com*
    Jonathan E. Small (ct43661)
    *jsmall@rc.com*

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8200
Fax: (860) 275-8299

    Attorneys for The Standard Fire
    Insurance Company, The Travelers
    Indemnity Company of America,
    The Automobile Insurance
    Company of Hartford, Connecticut,
    Fidelity and Guaranty Insurance
    Company, and Citizens Insurance
    Company of America

    **And all other Defendants listed
    below.**

**Amica Mutual Insurance Co.**

Christopher M. Reilly
Anthony J Antonellis
Brendan L. Labbe
John Anthony Donovan, III
Michael S. Antonellis
John McCormack
SLOANE AND WALSH, LLP
Three Center Plaza, 8th Floor
Boston, MA 02108
T:  617-523-6010
F:  617-227-0927
*creilly@sloanewalsh.com*
*aantonellis@sloanewalsh.com*
*blabbe@sloanewalsh.com*
*jdonovan@sloanewalsh.com*
*mantonellis@sloanewalsh.com*
*jmccormack@sloanewalsh.com*

**Bunker Hill Insurance Company**
**New London County Mutual**
**Insurance Company**

Daniel Joseph Raccuia
John W. Cerreta
Michael P. Mullins
Thomas O. Farrish
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06033
T:  860-275-0373
F:  860-218-9711
*draccuia@daypitney.com*
*jcerreta@daypitney.com*
*mmullins@daypitney.com*
*tofarrish@daypitney.com*

**Harleysville Preferred Insurance Co.**

Daniel Michael Blouin
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
T:  312-460-5000
F:  312-460-7000
*dblouin@seyfarth.com*

**Kemper Independence Insurance Co.**

Carl R. Ficks, Jr.
Daniel P. Scapellati
HALLORAN & SAGE
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
T:  860-297-4623
F:  860-548-0006
*ficks@halloran-sage.com*
*scapellati@halloran-sage.com*

_____

Kristen C. Rodriguez
Mark L. Hanover
Richard L. Fenton
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
T:  212-876-8000
F:  312-876-7934
*kristen.rodriguez@dentons.com*
*mark.hanover@dentons.com*
*richard.fenton@dentons.com*

10197816v1

**Liberty Mutual Fire Insurance Co.**
**Peerless Insurance Co.**
**Safeco**

Matthew B Arnould
Robert A. Kole
Allison Sue Ercolano
CHOATE, HALL & STEWART, LLP
Two International Place
100-150 Oliver Street
Boston, MA 02110
T:  617-248-4079
F:  617-502-4079
*marnould@choate.com*
*rkole@choate.com*
_____

Choity Khan
Philip T. Newbury, Jr.
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1121
T:  860-249-1361
F:  860-249-7665
*ckhan@hl-law.com*
*pnewbury@hl-law.com*
_____

Kieran W Leary
QUILLING, SELANDER, LOWNDS,
  WINSLETT & MOSER, P.C.
2001 Bryan Street, Ste. 1800
Dallas, TX 75201
T:  214-871-2100
F:  214-871-2111
*kleary@qslwm.com*

**Merrimack Mutual Fire Insurance**

Derek E. Donnelly
Stuart G. Blackburn
LAW OFFICE OF STUART G.
   BLACKBURN
2 Concorde Way # 3C
P.O. Box 608
Windsor Locks, CT 06096
T:  860-292-1116
F:  860-292-1221
*derek@donnellylawoffice.com*
*sgblackburn@sbcglobal.net*

──────────

Marc T Miller
Susan L. Miller
O'CONNELL, ATTMORE & MORRIS,
LLC
280 Trumbull Street, 23rd Floor
Hartford, CT 06103
T:  860-548-1300
F:  860-548-0023
*mmiller@oamlaw.com*
*smiller@oamlaw.com*

**Middlesex Mutual Assurance Co.**

Chanda M. Feldkamp
William J. Kelly
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202

T:  720-236-1800
F:  720-236-1799
*cfeldkamp@kellywalkerlaw.com*
*wkelly@kellywalkerlaw.com*

──────────

10197816v1

Kathleen F. Adams
Peter J. Ponziani
LITCHFIELD CAVO LLP
82 Hopmeadow Street, Ste. 210
Simsbury, CT 06089
T:  860-413-2800
F:  860-413-2801
*adamsk@litchfieldcavo.com*
*ponziani@litchfieldcavo.com*

**NGM Insurance Co.**
**Homesite Insurance Co.**

Kelly E. Petter
Scott T. Ober
HASSETT AND DONNELLY, P.C.
100 Pearl Street, 11th Floor
Hartford, CT 06103
T:  860-247-0644
F:  860-247-0653
*kpetter@hassettanddonnelly.com*
*sober@hassettanddonnelly.com*

**Travelers Indemnity Co. of America**
**Automobile Insurance Co. of**
**Hartford, CT**
**Fidelity & Guaranty Insurance Co.**
**Standard Fire Insurance Co.**
**Citizens Insurance Co. of America**

Wystan M. Ackerman
Stephen E. Goldman
Jonathan E. Small
Jessica A.R. Hamilton
Charles F. Modzelewski
ROBINSON & COLE, LLP
280 Trumbull Street
Hartford, CT 06103
T:  860-275-8300
F:  860-275-8299
*wackerman@rc.com*
*sgoldman@rc.com*
*jsmall@rc.com*
*jhamilton@rc.com*
*cmodzelewski@rc.com*

10197816v1