UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL HALLORAN, ET AL. | CIVIL ACTION |
| Plaintiffs, | No. 3:16-CV-00133-VAB |
| v. | |
| HARLEYSVILLE PREFERRED INSURANCE CO., ET AL. | |
| Defendants. | NOVEMBER 26, 2019 |

**PARTIES' JOINT STATUS REPORT**

In accordance with footnote 2 of the Court's Order on Scope of and Schedule for Discovery ("Court's Discovery Order") dated November 30, 2018, the parties hereby provide the following joint status report.

**I.   STATUS OF DISCOVERY**

**A.   Plaintiffs' Discovery**

As set forth in previous joint status reports, Plaintiffs conducted fact discovery, through interrogatories and requests for production, as well as in the form of depositions, from December 2018 through August 2019.

On August 14, Plaintiffs disclosed four expert witnesses to testify on their behalf: James Heneghan; Jonathan R. Gourley, Ph. D.; Kevin E. Miller; and Edward G. Shelomis, P.E., L.S.  Defendants have deposed Plaintiffs' experts with the last deposition occurring on September 18, 2019.

Plaintiffs have requested reimbursement of the experts fees related to Defendants' expert discovery and Defendants have indicated that the reimbursement will be paid.

### B. Defendants' Discovery

As set forth in previous joint status reports, Defendants conducted fact discovery in the form of Interrogatories and Requests for Production on Plaintiffs. Defendants took the depositions of most of the Plaintiffs during the months of April through July 2019. The Defendants issued document production subpoenas to the Plaintiffs' four experts, and then took the experts' depositions in September. After the depositions, the Defendants requested production of documents identified during certain experts' depositions.

On or about October 25, 2019, Defendants disclosed their expert witnesses: Leonard J. Morse-Fortier, Ph.D, P.E., and Sidney W. Carter, Ph.D, P.G.

## II. DISCOVERY DISPUTE(S) AND EFFORTS TO RESOLVE

Other than the request for reimbursement of expert fees, there are no outstanding discovery issues.

## III. NATURE OF UNRESOLVED DISCOVERY DISPUTE(S)

Not applicable.

## IV. REMEDY SOUGHT FOR UNRESOLVED DISCOVERY DISPUTE(S)

Not applicable.

## V. IN-PERSON CONFERENCE AVAILABILITY OF AFFECTED PARTIES

Not applicable.

## VI. OTHER: RELEVANT STATUS UPDATES

On November 12, 2019, the Connecticut Supreme Court released its rulings in three crumbling concrete cases: Karas et al. v. Liberty Ins. Co. (SC 20149), Jemiola et al. v. Hartford Cas. Ins. Co. (SC19978), and Vera et al. v. Liberty Mutual Fire Ins. Co.

(SC20178).  In considering the impact of the decisions of the Connecticut Supreme Court in consultation with counsel, as of November 25, 2019 all remaining Plaintiffs have asked counsel to withdraw their claims from this action.  Plaintiffs and Defendants intend to file a Joint Motion to Withdraw all remaining claims in the case.  When the Joint Motion is filed, the parties would request that the Court promptly enter an Order granting the motion so that the Plaintiffs will be able to immediately pursue alternative resources for repairing their homes, as applicable, including activating their applications with the Connecticut Foundations Solutions Indemnity Company, LLC.

PLAINTIFFS,

By   /s/ Marilyn B. Fagelson
    Marilyn B. Fagelson (ct17202)
    *mfagelson@murthalaw.com*
    David P. Friedman (ct03558)
    *dfriedman@murthalaw.com*
    Rachel Snow Kindseth (ct17634)
    *rkindseth@murthalaw.com*
    Taruna Garg (ct28652)
    *tgarg@murthalaw.com*
    Madiha M. Malik (ct30318)
    *mmalik@murthalaw.com*
    Emily McDonough Souza (ct30499)
    *esouza@murthalaw.com*

Murtha Cullina LLP
265 Church Street, 9th Floor
New Haven, CT 06510
Telephone: (203) 772-7700
Fax: (203) 772-7723

    Ryan P. Barry (ct21683)
    *rbarry@bbsattorneys.com*
    Anthony J. Spinella, Jr. (ct29782)
    *anthony@bbsattorneys.com*

Barry, Barall & Spinella, LLC
202 West Center Street, 1st Floor
Manchester, CT 06040
Telephone: (860) 649-4400
Fax: (860) 649-7900

    *Their Attorneys*

DEFENDANTS,

By   /s/ Wystan M. Ackerman
    Wystan M. Ackerman (ct24090)
    *wackerman@rc.com*
    Stephen E. Goldman (ct06224)
    *sgoldman@rc.com*
    Jessica A.R. Hamilton (ct29702)
    *jhamilton@rc.com*
    Charles F. Modzelewski (ct30564)
    *cmodzelewski@rc.com*
    Jonathan E. Small (ct43661)
    *jsmall@rc.com*

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8200
Fax: (860) 275-8299

    Attorneys for The Standard Fire Insurance Company, The Travelers Indemnity Company of America, The Automobile Insurance Company of Hartford, Connecticut, Fidelity and Guaranty Insurance Company, and Citizens Insurance Company of America

**And all other Defendants listed below.**

**Amica Mutual Insurance Co.**

Christopher M. Reilly
Anthony J Antonellis
Brendan L. Labbe
John Anthony Donovan, III
Michael S. Antonellis
John McCormack
SLOANE AND WALSH, LLP
Three Center Plaza, 8th Floor
Boston, MA 02108
T:  617-523-6010
F:  617-227-0927
*creilly@sloanewalsh.com*
*aantonellis@sloanewalsh.com*
*blabbe@sloanewalsh.com*
*jdonovan@sloanewalsh.com*
*mantonellis@sloanewalsh.com*
*jmccormack@sloanewalsh.com*

**Bunker Hill Insurance Company**
**New London County Mutual**
**Insurance Company**

Daniel Joseph Raccuia
John W. Cerreta
Michael P. Mullins
Thomas O. Farrish
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06033
T:  860-275-0373
F:  860-218-9711
*draccuia@daypitney.com*
*jcerreta@daypitney.com*
*mmullins@daypitney.com*
*tofarrish@daypitney.com*

**Liberty Mutual Fire Insurance Co.**

Matthew B Arnould
Robert A. Kole
Allison Sue Ercolano
CHOATE, HALL & STEWART, LLP
Two International Place
100-150 Oliver Street
Boston, MA 02110
T:  617-248-4079
F:  617-502-4079
*marnould@choate.com*
*rkole@choate.com*

―――――――

Philip T. Newbury, Jr.
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1121
T:  860-249-1361
F:  860-249-7665
*pnewbury@hl-law.com*

―――――――

Kieran W Leary
QUILLING, SELANDER, LOWNDS,
  WINSLETT & MOSER, P.C.
2001 Bryan Street, Ste. 1800
Dallas, TX 75201
T:  214-871-2100
F:  214-871-2111
*kleary@qslwm.com*

**Merrimack Mutual Fire Insurance**

Derek E. Donnelly
Stuart G. Blackburn
LAW OFFICE OF STUART G.
  BLACKBURN
2 Concorde Way # 3C
P.O. Box 608
Windsor Locks, CT 06096
T:  860-292-1116
F:  860-292-1221
*derek@donnellylawoffice.com*
*sgblackburn@sbcglobal.net*

———

Susan L. Miller
Kathryn C. Rivet
O'CONNELL, ATTMORE & MORRIS, LLC
280 Trumbull Street, 23rd Floor
Hartford, CT 06103
T:  860-548-1300
F:  860-548-0023
*smiller@oamlaw.com*
*krivet@oamlaw.com*

**Middlesex Mutual Assurance Co.**

Chanda M. Feldkamp
William J. Kelly
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202

T:  720-236-1800
F:  720-236-1799
*cfeldkamp@kellywalkerlaw.com*
*wkelly@kellywalkerlaw.com*

———

Kathleen F. Adams
Peter J. Ponziani
LITCHFIELD CAVO LLP
82 Hopmeadow Street, Ste. 210
Simsbury, CT 06089
T:  860-413-2800
F:  860-413-2801
*adamsk@litchfieldcavo.com*
*ponziani@litchfieldcavo.com*

**NGM Insurance Co.**
**Homesite Insurance Co.**

Kelly E. Petter
Scott T. Ober
HASSETT AND DONNELLY, P.C.
100 Pearl Street, 11th Floor
Hartford, CT 06103
T:  860-247-0644
F:  860-247-0653
*kpetter@hassettanddonnelly.com*
*sober@hassettanddonnelly.com*