**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MICHAEL HALLORAN, ET AL. | : | CIVIL ACTION |
| Plaintiffs, | : | No. 3:16-CV-00133-VAB |
| v. | : | |
| HARLEYSVILLE PREFERRED INSURANCE CO., ET AL. | : | |
| Defendants. | : | DECEMBER 3, 2019 |

**<u>JOINT MOTION TO DISMISS ALL REMAINING PLAINTIFFS' CLAIMS</u>**

Pursuant to Fed. R. Civ. P. 41(a)(2), all remaining Plaintiffs in this action (Mary Lou Thieling, Patricia and Steven Brozek, Felice and Mark Pawelcyzk, Michael and SueAnn Furlong, Jacqueline Gribbon, Joyce and Michael Halloran, David Kandrysawtz, Paula and Peter LaValley, Alfred & Jeannette Lesperance, individually and as trustees of the Lesperance Family Living Trust, Geoffrey Luxenberg, Kenneth and Victoria Masciovecchio, and Carolyn and Mark McKinney, hereinafter "Plaintiffs") and remaining Defendants (Amica Mutual Insurance Company, Bunker Hill Insurance Company, New London County Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Homesite Insurance Company, Merrimack Mutual Fire Insurance Company, Middlesex Mutual Assurance Company, NGM Insurance Company, The Standard Fire Insurance Company, The Travelers Indemnity Company of America, The Automobile Insurance Company of Hartford, Connecticut, Fidelity and Guaranty Insurance Company, and Citizens Insurance Company of America, hereinafter "Defendants") in this action hereby seek an Order from the Court dismissing, with prejudice, all of Plaintiffs' claims and requests for relief, without costs, attorneys' fees or expenses to any party, and with all parties waiving any and all rights of appeal. As grounds in support of this motion, the

parties state that this request is made in light of the recent decisions issued by the Connecticut Supreme Court in three crumbling concrete cases: <u>Karas et al. v. Liberty Ins. Co.</u> (SC 20149), <u>Jemiola et al. v. Hartford Cas. Ins. Co.</u> (SC19978), and <u>Vera et al. v. Liberty Mutual Fire Ins. Co.</u> (SC20178).

      WHEREFORE, Plaintiffs and Defendants respectfully request that this Court dismiss this action, with prejudice, without costs, and waiving all rights of appeal.

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| By  /s/ Marilyn B. Fagelson  <br>    Marilyn B. Fagelson (ct17202)  <br>    *mfagelson@murthalaw.com*  <br>    David P. Friedman (ct03558)  <br>    *dfriedman@murthalaw.com*  <br>    Rachel Snow Kindseth (ct17634)  <br>    *rkindseth@murthalaw.com*  <br>    Taruna Garg (ct28652)  <br>    *tgarg@murthalaw.com*  <br>    Madiha M. Malik (ct30318)  <br>    *mmalik@murthalaw.com*  <br>    Emily McDonough Souza (ct30499)  <br>    *esouza@murthalaw.com*  <br><br>Murtha Cullina LLP  <br>265 Church Street, 9th Floor  <br>New Haven, CT 06510  <br>Telephone:  (203) 772-7700  <br>Fax:  (203) 772-7723  <br><br>    Ryan P. Barry (ct21683)  <br>    *rbarry@bbsattorneys.com*  <br>    Anthony J. Spinella, Jr. (ct29782)  <br>    *anthony@bbsattorneys.com*  <br><br>Barry, Barall & Spinella, LLC  <br>202 West Center Street, 1st Floor  <br>Manchester, CT 06040  <br>Telephone:  (860) 649-4400  <br>Fax:  (860) 649-7900  <br><br>        *Their Attorneys* | By  /s/ Wystan M. Ackerman  <br>    Wystan M. Ackerman (ct24090)  <br>    *wackerman@rc.com*  <br>    Stephen E. Goldman (ct06224)  <br>    *sgoldman@rc.com*  <br>    Jessica A.R. Hamilton (ct29702)  <br>    *jhamilton@rc.com*  <br>    Charles F. Modzelewski (ct30564)  <br>    *cmodzelewski@rc.com*  <br>    Jonathan E. Small (ct43661)  <br>    *jsmall@rc.com*  <br><br>Robinson & Cole LLP  <br>280 Trumbull Street  <br>Hartford, CT 06103  <br>Telephone: (860) 275-8200  <br>Fax: (860) 275-8299  <br><br>    Attorneys for The Standard Fire Insurance Company, The Travelers Indemnity Company of America, The Automobile Insurance Company of Hartford, Connecticut, Fidelity and Guaranty Insurance Company, and Citizens Insurance Company of America  <br><br>**And all other Defendants listed below.** |

**Amica Mutual Insurance Co.**

Christopher M. Reilly
Anthony J Antonellis
Brendan L. Labbe
John Anthony Donovan, III
Michael S. Antonellis
John McCormack
SLOANE AND WALSH, LLP
Three Center Plaza, 8th Floor
Boston, MA 02108
T:  617-523-6010
F:  617-227-0927
*creilly@sloanewalsh.com*
*aantonellis@sloanewalsh.com*
*blabbe@sloanewalsh.com*
*jdonovan@sloanewalsh.com*
*mantonellis@sloanewalsh.com*
*jmccormack@sloanewalsh.com*

**Bunker Hill Insurance Company**
**New London County Mutual**
**Insurance Company**

Daniel Joseph Raccuia
John W. Cerreta
Michael P. Mullins
Thomas O. Farrish
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06033
T:  860-275-0373
F:  860-218-9711
*draccuia@daypitney.com*
*jcerreta@daypitney.com*
*mmullins@daypitney.com*
*tofarrish@daypitney.com*

**Liberty Mutual Fire Insurance Co.**

Matthew B Arnould
Robert A. Kole
Allison Sue Ercolano
CHOATE, HALL & STEWART, LLP
Two International Place
100-150 Oliver Street
Boston, MA 02110
T:  617-248-4079
F:  617-502-4079
*marnould@choate.com*
*rkole@choate.com*
_____

Philip T. Newbury, Jr.
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1121
T:  860-249-1361
F:  860-249-7665
*pnewbury@hl-law.com*
_____

Kieran W Leary
QUILLING, SELANDER, LOWNDS,
   WINSLETT & MOSER, P.C.
2001 Bryan Street, Ste. 1800
Dallas, TX 75201
T:  214-871-2100
F:  214-871-2111
*kleary@qslwm.com*

**Merrimack Mutual Fire Insurance**

Derek E. Donnelly
Stuart G. Blackburn
LAW OFFICE OF STUART G.
  BLACKBURN
2 Concorde Way # 3C
P.O. Box 608
Windsor Locks, CT 06096
T:  860-292-1116
F:  860-292-1221
*derek@donnellylawoffice.com*
*sgblackburn@sbcglobal.net*

_____

Susan L. Miller
Kathryn C. Rivet
O'CONNELL, ATTMORE & MORRIS, LLC
280 Trumbull Street, 23rd Floor
Hartford, CT 06103
T:  860-548-1300
F:  860-548-0023
*smiller@oamlaw.com*
*krivet@oamlaw.com*

**Middlesex Mutual Assurance Co.**

Chanda M. Feldkamp
William J. Kelly
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202

T:  720-236-1800
F:  720-236-1799
*cfeldkamp@kellywalkerlaw.com*
*wkelly@kellywalkerlaw.com*

_____

Kathleen F. Adams
Peter J. Ponziani
LITCHFIELD CAVO LLP
82 Hopmeadow Street, Ste. 210
Simsbury, CT 06089
T:  860-413-2800
F:  860-413-2801
*adamsk@litchfieldcavo.com*
*ponziani@litchfieldcavo.com*

**NGM Insurance Co.**
**Homesite Insurance Co.**

Kelly E. Petter
Scott T. Ober
HASSETT AND DONNELLY, P.C.
100 Pearl Street, 11th Floor
Hartford, CT 06103
T:  860-247-0644
F:  860-247-0653
*kpetter@hassettanddonnelly.com*
*sober@hassettanddonnelly.com*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 3, 2019, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM-ECF System.

                                                    /s/ Marilyn B. Fagelson
                                               Marilyn B. Fagelson (ct17202)