UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MICHAEL AND JOYCE HALLORAN,
PATRICIA AND STEVEN BROZEK,
MICHAEL AND SUE ANN FURLONG,
JACQUELINE GRIBBON, DAVID
KANDRYSAWTZ, PETER AND PAULA
LAVALLEY,
ALFRED AND JEANNETTE
LESPERANCE, *individually and as trustees
of the Lesperance Family Living Trust,*
GEOFFREY LUXENBERG,
KENNETH AND VICTORIA MASCIOVECCHIO,
MARK AND FELICE PAWELCYZK,
MARY LOU THIELING, MARK AND CAROLYN
MCKINNEY
    Plaintiffs,

V.

AMICA MUTUAL INSURANCE COMPANY,
BUNKER HILL INSURANCE COMPANY,
CITIZENS INSURANCE COMPANY OF AMERICA,
FIDELITY AND GUARANTY INSURANCE COMPANY,
HOMESITE INSURANCE COMPANY, LIBERTY
MUTUAL FIRE INSURANCE COMPANY,
MERRIMACK MUTUAL FIRE INSCURANCE COMPANY,
MIDDLESEX MUTUAL ASSURANCE COMPANY,
NGM INSURANCE COMPANY, NEW LONDON
COUNTY MUTUAL INSURANCE COMPANY,
THE STANDARD FIRE INSURANCE COMPANY,
THE TRAVELERS INDEMNITY COMPANY OF AMERICA,
THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD,
CONNECTICUT.
    Defendants.

Civil Number 3:16cv0133(VAB)

## **JUDGMENT**

This matter having come on for consideration of the parties' joint motion to dismiss all remaining plaintiffs' claims doc.#718, before the Honorable Victor A. Bolden, United States District Judge; and the Court having considered the full record of the case including applicable principles of law and granted the parties' joint motion. It is therefore;

ORDERED, ADJUDGED and DECREED that the case is dismissed with prejudice, without costs, attorneys' fees or expense to any party, and all parties waive any rights to appeal.

Dated at Bridgeport, Connecticut this 6th day of February, 2020.

ROBIN D. TABORA, Clerk
By:/s/_____
Jazmin Perez
Deputy Clerk

EOD:   2/6/2020